1  ROBERT E. CARTWRIGHT, JR. (SBN: 104284)
   THE CARTWRIGHT LAW FIRM, INC.
2  222 FRONT STREET, FIFTH FLOOR
   SAN FRANCISCO, CA  94111
3  PHONE:           415.433.0444
   FACSIMILE:    415.433.0449
4
   Attorney for Plaintiff, KIM IOCOVOZZI
5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11 | **IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION** | Case No. MDL No. 2:13-ML-02424-GW-FFM |
|---|---|
| | **OBJECTION TO DOCKET NO. 6 PROPOSED LEADERSHIP STRUCTURE** |
| | Status Conference Hearing: |
| | Date:         February 28, 2013<br>Time:        9:30 a.m.<br>Courtroom:  10 |
| | Hon. George H. Wu |

19              **OBJECTION TO PROPOSED LEADERSHIP STRUCTURE**

20       On February 26, 2013, attorneys for plaintiffs in Espinosa, et al. v Hyundai Motor America, Case

21 No. 2:12-cv-00800, among others, filed with this Court a "Plaintiff's Joint Status Conference Brief"

22 (Docket No. 6).  The undersigned represents Plaintiff Kim Iocovozzi in the related case *Iocovozzi v. Kia*

23 *Motors America, Inc*, Case No. 8:13-cv-159.

24       Plaintiff Iocovozzi and his counsel The Cartwright Law Firm, Inc. respectfully object to the

25 proposed appointment of McCune Wright ("McCUNE") and Hagens Berman Sobol Shapiro, LLP

("HAGENS") as respective liaison and lead counsel for the putative class.  McCUNE and HAGENS have already conducted closed-door settlement negotiations with Defendant Hyundai that the undersigned and most other related case plaintiffs were not party to.  As applied to the class, such settlement negotiations are premature at best and without participation amongst other plaintiff's firms involved in this multidistrict litigation, may not be in the best interest of the class members.

The Federal Rules of Civil Procedure Rule 23(g) states that "the court" must appoint class counsel and must "appoint the applicant best able to represent the class."  Fed. R. Civ. P. Rule 23(g)(1)-(2).  In this matter, the undersigned respectfully requests this Court appoint counsel that was not a party to these already-conducted, closed-door settlement negotiations so that the class may obtain an objective evaluation of the proposed settlement terms and their fairness to the entire class.

Therefore, Plaintiff Iocovozzi and the undersigned respectfully object to McCUNE's and HAGENS' proposed appointment as lead counsel.  We request that the Court evaluate what firm(s) or individual(s) amongst plaintiffs' counsel are best suited to represent the class at this stage in the litigation and appoint them as class counsel for purposes of further settlement negotiations.

DATED:  February 27, 2013                                    THE CARTWRIGHT LAW FIRM, INC.


By:     */s/Robert E. Cartwright, Jr.*
        ROBERT E. CARTWRIGHT, JR.
        *Attorney for Plaintiff, KIM IOCOVOZZI*