Elaine T. Byszewski (SBN 222304)
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
E-mail:  elaine@hbsslaw.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail: steve@hbsslaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>HYUNDAI AND KIA FUEL ECONOMY LITIGATION | No. MDL 13-2424-GW(FFMx)<br><br>RESPONSE OF PLAINTIFFS BRADY *ET AL*. TO KRAUTH'S STATUS CONFERENCE STATEMENT RE "SETTLEMENT LIAISON COUNSEL" |

The *Krauth* plaintiffs filed a "status conference statement re settlement liaison counsel." This unauthorized filing is a thinly-veiled attempt to reargue the Court's ruling regarding the role of liaison counsel. We respond as follows.

The *Krauth* plaintiffs, on less-than-timely four hours' notice, moved to intervene in the *Espinosa* case and have themselves appointed lead counsel. Dkt. No. 79. The Court rejected this power grab. Dkt. No. 97. Having failed to wrest control of the case from the McCune firm, the *Krauth* group now seeks to play the role of spoiler even before it has a complete factual basis to assess the settlement. In its status conference report, it claims the settlement has flaws. The only flaw mentioned in Court was the settlement is "claims-made." When the settlement is presented the justification for a claims-made process will be explained to the Court – in short, it protects those who wish to remain in the current reimbursement program. The motion will make plain how the settlement and current program work together to benefit owners and offer options (*e.g.*, 100% of actual fuel costs/100% of mileage but with yearly applications, or high-value lump sum, or even greater compensation for in-kind relief). Owners are not required to make claims, only to select the option best satisfying their individual needs.

This criticism stems from the notion that McCune and Hagens Berman lack the skills to negotiate a settlement is far-fetched. Judge Selna has granted preliminary approval to a $1.3 billion settlement in the Toyota MDL.[1] That is the largest automobile settlement, in terms of dollars and class members (20 million) in

---

[1] Order of Preliminary Approval is attached as Exhibit A.

- 1 -

U.S. history.  It demonstrates that we know how to negotiate a settlement without the assistance of the *Krauth* lawyers.

DATED:  March 7, 2013

Hagens Berman Sobol Shapiro LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, CA   91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
E-mail:  elaine@hbsslaw.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA   98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail:  steve@hbsslaw.com

Robert B. Carey
Camille S. Bass
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ   85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
E-mail:  rob@hbsslaw.com
E-mail:  camilleb@hbsslaw.com

*Attorneys for Plaintiffs and the Class in Hunter v. Hyundai Motor America and Brady v. Hyundai Motor America*

010339-12  592101 V1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **RESPONSE OF PLAINTIFFS BRADY ET AL. TO KRAUTH'S STATUS CONFERENCE STATEMENT RE "SETTLEMENT LIAISON COUNSEL"** was filed electronically with the Clerk of Courts at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record on the March 7, 2013.

By     s / Elaine T. Byszewski
        Elaine T. Byszewski

- 3 -

010339-12 592101 V1