Eric H. Gibbs (SBN # 178658)
  ehg@girardgibbs.com
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:   (415) 981-4800
Facsimile:   (415) 981-4846

Norman E. Siegel
  siegel@stuevesiegel.com
Jack D. McInnes
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714 7100
Facsimile:   (816) 714-7101

Attorneys for Individual and Representative
Plaintiffs Kamneel Maharaj, *et al*.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**THE MAHARAJ PLAINTIFFS' STATUS REPORT REGARDING DEFENDANTS' PROPOSED RULE 408 CONFIDENTIALITY AGREEMENT**<br><br>Status Conference Hearing:<br><br>Date: March 28, 2013<br>Time: 9:30am<br>Location: Courtroom 10 |

THE MAHARAJ PLAINTIFFS' STATUS REPORT REGARDING DEFENDANTS'
PROPOSED RULE 408 CONFIDENTIALITY AGREEMENT

Plaintiffs Kamneel Maharaj, Phillip Hoffman, Debra Simmons, Abelardo Morales, Lin McKinney, and Ryan Cross ("Maharaj Plaintiffs"), hereby submit this Status Report Regarding Defendants' Proposed Rule 408 Confidentiality Agreement as directed by the Court in its February 28, 2012 Civil Minutes.

On February 28, 2013, the Court issued Civil Minutes directing the Defendants to file a proposed confidentiality agreement by March 4, 2013, which they did. Plaintiffs were then given until March 8, 2013, to approve the Defendants' proposed agreement or confer with Defendants. After carefully reviewing Defendants' proposed agreement, on March 6, 2013 counsel for the Maharaj Plaintiffs sent an email to all plaintiffs' counsel explaining their position on the agreement. Counsel also proposed a conference call to discuss various plaintiffs' positions regarding the agreement, with the goal of streamlining the approval process by providing the Defendants with a consolidated set of proposed amendments on behalf of the plaintiffs.

Counsel for plaintiffs in 19 of the cases included in the MDL participated on a conference call the next morning, during which counsel for the Maharaj and other plaintiffs expressed their views on Defendants' proposed agreement. Later that day, counsel for the Maharaj Plaintiffs, on behalf of plaintiffs in 20 of the pending cases, emailed counsel for Hyundai and Kia a redlined document containing proposed amendments to the agreement and requested that the parties confer regarding the proposed amendments.[1] Since then counsel for the Maharaj Plaintiffs has spoken with counsel for Kia and will speak with counsel for Hyundai soon. No agreement has been reached as of this filing and counsel for the Maharaj Plaintiffs will continue to discuss the proposed amendments with Defendants, with the goal of reaching an agreement by Wednesday, March 13.

---

[1] The proposed changes were submitted on behalf of the following plaintiffs: Maharaj, et al.; Gordon; Thomson, et al.; Sanders, et al.; Wilton, et al.; Graewingholt, et al.; Kievit, et al.; Maturani; Gudgalis, et al.; Quiroz, et al.; Woodruff; Armstrong; Hoessler; Leggett; Hammond; Washburn; Carullo, et al.; Young; Dunst; and Wilson.

| | | |
|---|---|---|
| 1 | DATED: March 8, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/ Eric H. Gibbs |
| | |     Eric H. Gibbs |
| 4 | |     Dylan Hughes |
| 5 | |     Scott Grzenczyk |
| | |     **GIRARD GIBBS LLP** |
| 6 | |     601 California Street, Suite 1400 |
| 7 | |     San Francisco, California 94104 |
| | |     Telephone: (415) 981-4800 |
| 8 | |     Facsimile: (415) 981-4846 |
| 9 | |     Email: ehg@girardgibbs.com |
| 10 | |             dsh@girardgibbs.com |
| | |             smg@girardgibbs.com |

Norman E. Siegel
Jack D. McInnes
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 298-9847
Facsimile: (816) 714-7101
Email: siegel@stuevesiegel.com
       mcinnes@stuvesiegel.com

Attorneys for Individual and Representative Plaintiffs Kamneel Maharaj, *et al*.

THE MAHARAJ PLAINTIFFS' STATUS REPORT REGARDING DEFENDANTS'
PROPOSED RULE 408 CONFIDENTIALITY AGREEMENT