Eric H. Gibbs (SBN # 178658)
  ehg@girardgibbs.com
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Norman E. Siegel
  siegel@stuevesiegel.com
Jack D. McInnes
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714 7100
Facsimile: (816) 714-7101

Attorneys for Individual and Representative
Plaintiffs Kamneel Maharaj, *et al*.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**JOINT STATEMENT REGARDING LIAISON SETTLEMENT COUNSEL**<br><br>Status Conference Hearing:<br><br>Date: March 28, 2013<br>Time: 9:30am<br>Location: Courtroom 10 |

Plaintiffs Kamneel Maharaj, Phillip Hoffman, Debra Simmons, Abelardo Morales, Lin McKinney, and Ryan Cross ("Maharaj Plaintiffs"), hereby submit this Statement Regarding Liaison Settlement Counsel as directed by the Court in its February 28, 2013 Civil Minutes.  Non-settling plaintiffs in 21 of the cases pending before the Court join this Statement (collectively, "Plaintiffs") and support the appointment of Eric H. Gibbs of Girard Gibbs LLP as liaison settlement counsel.  Those cases are:

- *Armstrong v. Kia Motors America, Inc.*
- *Carullo, et al. v. Kia Motors America, Inc., et al.*
- *Dunst v. Hyundai Motor America, Inc., et al.*
- *Gordon v. Hyundai Motor America, Inc.*
- *Graewingholt v. Hyundai Motor America, Inc.*
- *Gudgalis, et al. v. Hyundai Motor America, Inc.*
- *Hammond, et al. v. Hyundai Motor America, Inc.*
- *Hayes v. Kia Motors America, Inc., et al.*
- *Hoessler, et al. v. Kia Motors America, Inc.*
- *Leggett vs. Kia Motors Corporation, Inc.*
- *Maharaj v. Hyundai Motor America, et al.*
- *Maturani v. Hyundai Motor America, Inc.*
- *Quiroz, et al. v. Kia Motors America, Inc., et al*
- *Sanders, et al. v. Hyundai Motor Company, et al.*
- *Thomas, et al. v. Hyundai Motor America, et al.*
- *Torres v. Kia Motors America, Inc., et al.*
- *Washburn v. Kia Motors Corporation, et al.*
- *Wilson v. Kia Motors America, Inc., et al.*
- *Wilton v. Kia Motors America, Inc., et al.*
- *Woodruff v. Kia Motors America, Inc.*
- *Young v. Kia Motors America, Inc., et al.*

## I. The Court Should Appoint Liaison Counsel to Represent the Views of Non-Settling Plaintiffs

On February 14, 2013, the Court ordered the plaintiffs who had participated in the settlement negotiations to provide non-settling plaintiffs with the general term sheet by February 21, 2013, and directed the parties to submit briefing regarding the proposed settlement by February 26.  On February 28, 2013, the Court held a hearing to discuss the settlement and the viewpoints of the various plaintiffs.  From the February 28 hearing transcript and based on discussions between Mr. Gibbs and the Hagens Berman firm, Plaintiffs understand that the Court is prepared to appoint counsel to act as a liaison between the settling parties and the remaining plaintiffs and their counsel.  Plaintiffs further understand that the Court expects that liaison counsel will be present during settlement discussions, and, with respect to those discussions, that liaison counsel may raise questions, provide comments and input, and relay the views, concerns, and objections of the other plaintiffs and their counsel, and ultimately provide the Court with those firms' positions on any proposed final settlements.  But the Court does not expect liaison counsel to participate directly in the negotiations between the defendant manufacturers and the Hagens Berman and McCune firms.[1]

## II. Mr. Gibbs is Qualified to Fulfill the Liaison Role

Mr. Gibbs is a recognized leader in consumer class actions and has extensive experience litigating and resolving complex, multi-party litigations.  *See* Exhibit A (Firm Resume of Girard Gibbs LLP).  For example, Mr. Gibbs recently lead settlement negotiations in the *In re Chase Bank U.S.A., N.A. "Check Loan" Contract Litigation*, MDL No. 2032, which resulted in a $100 million cash settlement.  Mr. Gibbs also has a long history of successfully litigating and resolving litigation with Hyundai.  *See Irwin v.*

---

[1] Plaintiffs request any such appointment be limited to early-stage settlement negotiations and that appointment cease when a settlement is approved, or if no settlement is reached, when the litigation proceeds.  Lead and liaison counsel should then be determined through the process contemplated by Federal Rule of Civil Procedure 23.

1  *Hyundai*, No. 02CC00287 (Cal. Sup. Ct.); *Roy v. Hyundai Motor America*, No. 05-CV-
2  0483-AHS (C.D. Cal.) (the Honorable Alicemarie Stotler described the settlement as a
3  "win- win" for the parties); *Parkinson v. Hyundai Motor America*, No. 06-CV-0345-AHS
4  (C.D. Cal.) (certifying a nationwide litigation class).  He has served as class counsel in
5  numerous class actions against some of the country's largest auto manufacturers.  *See*,
6  *e.g.*, *Browne v. American Honda Motor Co., Inc.*, No. CV 09-06750-MMM (DTBx)
7  (C.D. Cal.); *Collado v. Toyota Motor Sales, U.S.A., Inc.*, No. 2:10-cv-03113-R-RC (C.D.
8  Cal.); *In re Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914 (D. N.J.); *In re*
9  *General Motors Dex-Cool Cases*, No. HG03093843 (Cal. Super. Ct., Alameda County);
10 *Bacca v. BMW of North America,* No. 06-CV-06753 (C.D. Cal.).

  Mr. Gibbs has already begun the process of communicating with non-settling plaintiffs to understand their concerns and viewpoints.  Should the Court appoint liaison counsel to assist in the settlement discussions, Mr. Gibbs is uniquely qualified for the position.

### III. Conclusion

  For the foregoing reasons, Plaintiffs request that the Court appoint Eric Gibbs of Girard Gibbs LLP to serve as liaison settlement counsel on behalf of the non-settling plaintiffs.  The Maharaj Plaintiffs look forward to discussing these issues with the Court at the upcoming status conference.

DATED:  March 11, 2013    Respectfully submitted,

            By:   /s/ Eric H. Gibbs

            Eric H. Gibbs
            Dylan Hughes
            Scott Grzenczyk
            **GIRARD GIBBS LLP**
            601 California Street, Suite 1400
            San Francisco, California 94104
            Telephone: (415) 981-4800

Facsimile: (415) 981-4846
Email: ehg@girardgibbs.com
dsh@girardgibbs.com
smg@girardgibbs.com

Norman E. Siegel
Jack D. McInnes
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 298-9847
Facsimile: (816) 714-7101
Email: siegel@stuevesiegel.com
mcinnes@stuvesiegel.com

Attorneys for Individual and Representative Plaintiffs Kamneel Maharaj, *et al*.