Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel
for Individual and Representative
Plaintiffs Kamneel Maharaj, et al.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**LIAISON COUNSEL'S STATUS REPORT**<br><br>Scheduling Conference Hearing:<br><br>Date: April 25, 2013<br>Time: 1:30pm<br>Location: Courtroom 10 |

LIAISON COUNSEL'S STATUS REPORT

1  On April 11th the Court held a status conference concerning, among other things, the ongoing settlement discovery efforts in *In re Hyundai and Kia Fuel Economy Litigation*, MDL 2424.  Following the status conference, the Court issued a minute entry ordering the undersigned to submit a report regarding settlement discovery and scheduling.  (*See* Dkt. #76.)

Prior to the April 11th status conference, I filed a report updating the Court on the status of the production of Hyundai documents that had been previously shared with the settling plaintiffs.  (*See* Dkt. #47.)  The report informed the Court that the documents had been loaded onto a secure web-based database, although Hyundai and settling plaintiffs' counsel were still reviewing the documents for privilege and other issues.  The report also informed the Court that I had received early access to the database and that I expected the documents to be available to non-settling plaintiffs' counsel within 10 days.

On April 18th, after Hyundai and settling plaintiffs' counsel finished their review of the database, I informed counsel for the non-settling plaintiffs who signed the Rule 408 Confidentiality Agreement: (i) of the procedure for obtaining a username and password to access the secure database, and (ii) that we were finalizing and would circulate a report regarding the contents of the website, including a document index of the contents.  Since that time several counsel for non-settling plaintiffs have informed me that they received a username and password and have been able to access the database and documents.  The next day, in order to orient the non-settling plaintiffs to the organization and content of the database, I circulated a 26-page report reflecting my observations regarding the contents of the database.  Included with that report was a 118-page document index that described the 10,800-plus documents contained in the database.  I have also convened a conference call this afternoon to discuss, among other things, the database, its contents, and my preliminary review of the documents.

Counsel for several of the non-settling plaintiffs have noted that the database does not appear to include a spreadsheet showing the final assumptions and calculations used

1
LIAISON COUNSEL'S STATUS REPORT

to produce the lump-sum payment amounts. I anticipate that this will be a topic of discussion at Thursday's Status Conference.

Regarding confirmatory discovery, the settling parties have agreed to extend the schedule discussed at the last conference and are currently working on finalizing an overall discovery schedule. Once I receive preliminary discovery requests from the settling plaintiffs, I will circulate those to the non-settling plaintiffs and promptly discuss any additional requests that they feel are necessary. The current tentative schedule contemplates that depositions of Hyundai and Kia personnel, including personnel at the vehicle testing facility, will occur over the next two to three months.

I look forward to addressing the schedule going forward and any questions the Court may have at the April 25th scheduling conference.

DATED: April 23, 2013                Respectfully submitted,

By:   /s/ Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative Plaintiffs Kamneel Maharaj, et al.*
2
LIAISON COUNSEL'S STATUS REPORT

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on April 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/ Eric H. Gibbs
Eric H. Gibbs