Robert J. Bonsignore (NH 21241)
BONSIGNORE AND BREWER
193 Plummer Hill Road
Belmond, N.H.  03220
Telephone: (781) 350-0000
E-Mail:  rbonsignore@classactions.us
*Counsel for Plaintiffs Nicole Grey and Ritz Camera & Image, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  LITHIUM BATTERIES ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No.: 4:13-MD-2420 YGR<br><br>MDL No. 2420<br><br>**NOTICE OF APPEARANCE OF ROBERT J. BONSIGNORE**<br>**Master Case No. 4:13-md-0420-YGR** |

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert J. Bonsignore (rbonsignore@classactions.us) of the law firm of Bonsignore and Brewer, 193 Plummer Hill Road, Belmont, N.H. 03220, hereby enters his appearance on behalf of the Direct Purchaser Putative Class, through Plaintiffs Nicole Grey and Ritz Camera & Image, LLC (hereafter "Plaintiffs") in the above referenced In re: Lithium Ion Batteries Antitrust Litigation, MDL 2420 Master Case No. 4:13-md-02420-YGR (N.D. Cal.) and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email address listed above.

Plaintiffs' rely on this Court's order dated March 4, 2013 (MDL 2420 Master Case No. 4:13-md-02420-YGR #8 ¶4(a)) and the attached affidavit.

Dated: May 3, 2013                                        Respectfully submitted,

/s/ Robert J. Bonsignore
ROBERT J. BONSIGNORE (NH 21241)
BONSIGNORE AND BREWER
193 Plummer Hill Road
Belmont, N.H.  03220
Telephone (781) 856 - 7650

*Counsel for Plaintiffs Grey and Ritz Camera & Image, LLC*

Robert J. Bonsignore (NH 21241)
BONSIGNORE AND BREWER
193 Plummer Hill Road
Belmond, N.H. 03220
Telephone: (781) 856- 7650
E-Mail: rbonsignore@classactions.us
*Counsel for Plaintiffs Nicole Grey and Ritz Camera & Image, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: LITHIUM BATTERIES ANTITRUST LITIGATION | ) Case No.: 4:13-MD-2420 YGR<br>)<br>) MDL No. 2420<br>) |
| This document relates to: | ) **AFFIDAVIT IN SUPPORT OF NOTICE**<br>) **OF APPEARANCE OF ROBERT J.**<br>) **BONSIGNORE** |
| ALL DIRECT PURCHASER ACTIONS | ) **Master Case No. 4:13-md-0420-YGR**<br>) |

I, Robert Bonsignore, verify under oath and state as follows:

1.      I am an attorney practicing law at the law firm of Bonsignore and Brewer,

LLC located at 193 Plummer Hill Road, Belmont NH 03220.

2.      I am a member in good standing and was admitted to practice in the United States District Court for the District of Massachusetts in 1987.

Sworn under penalties as provided by law pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: May 2, 2013

/s/Robert J Bonsignore
Robert J. Bonsignore, Affiant

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States, an of counsel lawyer in the office of Bonsignore and Brewer, and a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My firm address is 193 Plummer Hill Road, Belmont, N.H. 03220.

On May 3, 2013, I caused to be served the following document:

### NOTICE OF APPEARANCE OF ROBERT J BONSIGNORE

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

By Mail: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon full prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed On May 3, 2013, at Sacramento, CA.

_/s/ Robin E. Brewer_____
Robin Brewer, Esq.

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).:

| | |
|---|---|
| **Sarah B. Abshear** | **James W. Andeson** |
| **Winston & Strawn LLP** | **Heins Mills & Olson PLC** |
| **200 Park Avenue** | **310 Clifton Avenue** |
| **New York, NY 10166** | **Minneapolis, MH 55403** |

Toni Becnel
Becnel Law Firm LLC
106 W. 7th Street
P.O Drawer H
Reserve, LA 70084

Willian T. Crowder
Emerson Poynter LLP
500 President Clinton Ave
Suite 305
Little Rock, AR 72201

Greg L. Davis
Davis & Taliaferro LLC
7031 Haleyon Park Drive
Montgomery, AL 36117

Mark A. Delaney
Block & Leviton LLP
155 Federal Street, Suite 1303
Boston MA 02110

David D. Dishman
Law office of David D. Dishman
224 Lewis Wharf
Boston, MA 02110

Bruce D. Greenberg
Lite Depalma Greenberg LLC
Two Gateway Center
12th Floor
Newark NJ 07102

Jack Brady
Polsinelli Shughart PC
120 W 12th Street
Suite 1700
Kansas City, MO 64105

Jonathan W. Cuneo
The Cuneo Law Group, P.C
317 Massachusetts Ave, N. E.
Suite 300
Washington, DC 20002

Lindsey A. Davis
Zelle Hofmann Voelbel & Mason LLP
500 Washington Ave
Suite 4000
Minneapolis MN 55415

Isaac L Diel
Sharp Mcqueen
6900 College Blvd.
Suite 285
Overland Park, KS 66221

Gary B. Friedman
Friedman Law Group LLP
270 Lafayette Street, 14th floor
New York, NY 10012

Brian C. Gudmunson
Zimmerman Reed PLLP
1100 IDS Center
80 South 6th Street
Minneapolis, MN 55402

Marissa P. Harris
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20006

James Kaufmann
Levin Papantonio Thomas Mitchell
Rafferty & Proctor
316 s. Baylen Street
Suite 600
Pensacola , FL 32502

Susan Lacava
Lacava & Lief, S.C
1237 Rutledge
Madison, WI 53703

Timothy A.C May
Messina Law Firm
961 Holmdel Road
Holmdel , NJ 07733

Vic A. Merjanian
Krause Kalfayan Beninj & Slavens
550 W. C Street
Suite 530
San Diego, CA 92102

Thomas H. Johnson
The Law Firm of Thomas H. Johnson
410 Hickory Street
Texarkana, AR 71854

Richard Kirchner
Bonsignore & Brewer
193 Plummer Hill Road
Belmont, NH 03220

Casey L. Lott
Langston & Lott P.A
P.O Box 382
100 South Main Street
Booneville, MS 38829

Sarah K. McGrath
Berman Devalerio
One California Street
Suite 900
San Francisco, CA 94111

Peter Mougey
Levin Papantonio Thomas Mitchell
Rafferty & Proctor P.A
316 Baylen Street
Suite 600
Pensacola FL 32502

5

Krishna Narine
Meridith & Narine
100 S. Broadd St
Suite 905
Philadelphia, PA 19110

Nanci E. Nishimura
Cotchett Pitre & McCarthy LLP
840 Malcom Road Suite 200
Burlingame, CA 94010


Mark Reinhardt
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Kevin P. Roddy
Wilents Goldman & Spitser, PA
90 Woodbridge Center Drive
Suite 900
Box 10
Woodbridge, NJ 07095


Lisa J. Rodrigues
Trujillo Rodrigues & Richards LLC
258 Kings Highway East
Haddonfield, NJ 08033

Dennis Schmelser
Vinson & Elkins LLP
2200 Pennsylvania Ave
Suite 500 West
Washington, DC


Rosa E. Shelton
1307 Stratford Ct
Del Mar, CA 92104

Stephen M. Sohmer
The Sohmer Law Firm LLC
1018 Broad Street
Suite 101
Bloomfield, NJ 07003


Jeremy S. Spiegel
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Marvin Srulowits
49 West 37th St
9th floor
New York, NY 10018

6

Willian Straus
Law Offices of Willian Straus
115 Orchard Road
New Bedford, MA 02740

Dan W. Taliaferro
Davis & Taliaferro LLC
7031 Halcyon Park Drive
Montgomery, AL 36117

Jamie E. Weiss
Complex Litigation Group LLC
513 Central Avenue
Suite 300
Highland Park, IL 60035

Paul M. Weiss
Complex Litigation Group
LLC
513 Central Avenue
Suite 300
Highland Park, IL 60035

Steven N. Williams
Cotchett Pietre & McCarthy
LLP
840 Malcolm Road
Burlingame, CA 94010

Kirk E. Wood
Wood Law Firm LLC
P.O Box 382434
Birmingham, AL
35238

James Wyatt
Wyatt & Blake LLP
435 E. Morehead Street
Charlotte, NC 28202

John D. Zaremba
Zaremba Brownell &
Brown PLLC
40 Wall Street, 27th Floor
New York, NY 10005

Gabriel G. Sorogastua
Polsinelli Shughart PC
120 W. 12th Street
Suite 1700
Kansas City, MO 64105

7