Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel*
*for Individual and Representative*
*Plaintiffs Kamneel Maharaj, et al.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**STIPULATION REGARDING DISCOVERY SCHEDULE** |

STIPULATION REGARDING DISCOVERY SCHEDULE

Defendants, Settling Plaintiffs and Liaison Counsel, by and through their undersigned attorneys, stipulate as follows:

Defendants, Settling Plaintiffs and Liaison Counsel met and conferred on September 19-26 to discuss the filing of a Motion for Preliminary Approval and the schedule for resolving remaining discovery disputes. The parties also discussed these issues with the Court at the September 26, 2013 status conference. Shortly thereafter the Court entered an order setting a status conference for December 9, 2013 to resolve discovery disputes and a November 22, 2013 deadline for the parties to complete the briefing related to those disputes.

The parties further stipulate to the following schedule:

1. No later than October 16, 2013: Non-Settling Plaintiffs present their remaining discovery issues to the Defendants.
2. No earlier than November 1, 2013: Settling Plaintiffs file a Motion for Preliminary Approval, including a final, executed settlement agreement.
3. No later than November 5, 2013: Non-Settling Plaintiffs provide Defendants with their portion of the joint discovery stipulation pursuant to Local Rule 37-2.2.
4. No later than November 12, 2013: Defendants provide Non-Settling Plaintiffs with their portion of the joint discovery stipulation pursuant to Local Rule 37-2.2.
5. No later than November 15, 2013: Non-Settling Plaintiffs file the parties' joint discovery stipulation.
6. No later than November 22, 2013: Parties file separate supplemental briefs pursuant to Local Rule 37-2.3.

A Proposed Order accompanies this stipulation.

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED: October 1, 2013 | GIRARD GIBBS LLP |
| | By: /s/ Eric H. Gibbs |
| | Eric H. Gibbs<br>601 California Street, Suite 1400<br>San Francisco, California 94104<br>Telephone:  (415) 981-4800<br>ehg@girardgibbs.com |
| | *Liaison Counsel and Counsel for Individual and Representative  Plaintiffs Kamneel Maharaj, et al.* |
| DATED: October 1, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: /s/ Thomas E. Loeser<br>Thomas E. Loeser |
| | *Attorneys for Settling Plaintiffs* |
| DATED: October 1, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ Shon Morgan<br>Shon Morgan |
| | *Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company* |
| DATED: October 1, 2013 | DYKEMA GOSSETT PLLC |
| | By: /s/ James P. Feeney<br>James P. Feeney |
| | *Attorneys for Defendant Kia Motors America, Inc.* |

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  October 1, 2013          Respectfully submitted,

By: ___/s/  Eric H. Gibbs___

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative  Plaintiffs Kamneel Maharaj, et al.*

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on October 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/ Eric H. Gibbs

Eric H. Gibbs