# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. MDL 13-2424-GW(FFMx)<br><br>**ORDER REGARDING DISCOVERY SCHEDULE** |

The Court, having fully considered the parties' Stipulation Regarding Discovery Schedule, and good cause appearing, enters the schedule proposed by the parties.

**IT IS HEREBY ORDERED** that the parties shall adhere to the following dates:

1. No later than October 16, 2013: Non-Settling Plaintiffs present their remaining discovery issues to the Defendants.
2. No earlier than November 1, 2013: Settling Plaintiffs file a Motion for Preliminary Approval, including an executed settlement agreement.
3. No later than November 5, 2013: Non-Settling Plaintiffs provide Defendants with their portion of the joint discovery stipulation.
4. No later than November 12, 2013: Defendants provide Non-Settling Plaintiffs with their portion of the joint discovery stipulation.
5. No later than November 15, 2013: Non-Settling Plaintiffs file the parties' joint discovery stipulation.
6. No later than November 22, 2013: Parties file separate supplemental briefs.

**IT IS SO ORDERED**

DATED: October 7, 2013

_____
GEORGE H. WU, U.S. District Judge