Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and*
*Counsel for Plaintiffs Maharaj, et al.*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**NOTICE OF MOTION REGARDING DISCOVERY**<br><br>Hearing Date: December 9, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2013, at 9:30 a.m. the parties will present their Joint Discovery Stipulation to the Court to resolve discovery related issues. Dkt. No. 143. The parties have met and conferred in good faith and were not able to resolve all of their discovery disputes.

The parties' contentions are supported by the Joint Discovery Stipulation and accompanying declarations and exhibits.

DATED: November 21, 2013          GIRARD GIBBS LLP

By: /s/ *Eric H. Gibbs*

Eric H. Gibbs
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Plaintiffs Maharaj, et al.*

1
NOTICE OF MOTION REGARDING DISCOVERY

# CERTIFICATE OF SERVICE

I, Eric H. Gibbs, hereby certify that on November 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/  Eric H. Gibbs
Eric H. Gibbs

2
NOTICE OF MOTION REGARDING DISCOVERY