Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and*
*Counsel for Plaintiffs Maharaj, et al.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM  **NON-SETTLING PLAINTIFFS' SUPPLEMENTAL DISCOVERY MEMORANDUMS**  Hearing Date: December 9, 2013  Discovery Cutoff: Not Scheduled  Pretrial Conference: Not Scheduled  Trial Date: Not Scheduled |

Local Rule 37-2.3 provides that "each party may file a supplemental memorandum of law" after the filing of a Joint Discovery Stipulation. Pursuant to the Court's October 7, 2013 Order, Dkt. No. 147, parties were to "file separate supplemental briefs" after the filing of the Joint Discovery Stipulation. This process is consistent with the parties' prior discussions with the Court during which the Court indicated that each Non-Settling Plaintiff is entitled to pursue discovery. It is also consistent with the plaintiff-by-plaintiff approach taken in the Joint Discovery Stipulation and meet and confers efforts.

Non-Settling Plaintiffs are presenting their supplemental memorandums in a consolidated submission for the convenience of the Court. Each Non-Settling Plaintiffs' memorandum is attached:

- Liaison Counsel's Supplemental Discovery Memorandum, along with Reply Declaration of Eric H. Gibbs
- Krauth and Hasper Plaintiffs' Supplemental Discovery Memorandum, along with Reply Declaration of Laura Antonini
- Figueroa Supplemental Discovery Memorandum
- Alex Maturani Supplemental Discovery Memorandum

DATED: November 25, 2013    GIRARD GIBBS LLP

By:  */s/* Eric H. Gibbs

Eric H. Gibbs
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Plaintiffs Maharaj, et al.*

1

NON-SETTLING PLAINTIFFS' SUPPLEMENTAL DISCOVERY MEMORANDUMS

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on November 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/ Eric H. Gibbs
Eric H. Gibbs

2
NON-SETTLING PLAINTIFFS' SUPPLEMENTAL DISCOVERY MEMORANDUMS