1 | Elaine T. Byszewski (SBN 222304)
*elaine@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Tel. (213) 330-7150
Fax (213) 330-7152

Robert B. Carey
*rob@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax (602) 840-3012

Steve W. Berman
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel. (206) 623-7292
Fax. (206) 623-0594

*Attorneys for Plaintiff Kaylene P. Brady, et al. and Nicole Marie Hunter, et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LTIGATION | MDL Case No. 2:13-ml-2424-GW-FFM<br><br>**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND ORDER DIRECTING NOTICE TO CLASS**<br><br>Hon. George Wu; Courtroom: 10 |

Pursuant to L.R. 11-6, Plaintiffs hereby move to exceed the page limit for their concurrently filed Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Settlement and Order Directing Notice to Class, exclusive of the indices and exhibits. Plaintiffs request this extension in order to properly and thoroughly brief the issues contained in the Memorandum of Points and Authorities, which addresses a complex range of standards and issues associated with history and settlement of numerous claims on behalf of a putative nationwide class in this multidistrict litigation.

A proposed order is lodged herewith.

DATED: December 23, 2013          Hagens Berman Sobol Shapiro LLP

By /s/Robert B. Carey

Robert B. Carey
*rob@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Tel. (602) 840-5900
Fax (602) 840-3012

Elaine T. Byszewski (SBN 222304)
*elaine@hbsslaw.com*
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Tel. (213) 330-7150
Fax (213) 330-7152

Steve W. Berman
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel. (206) 623-7292
Fax. (206) 623-0594

1
2     *Attorneys for Plaintiff Kaylene P. Brady, et al.*
3     *and Nicole Marie Hunter, et al.*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Robert B. Carey, hereby certify that on December 23, 2013, a true and correct copy of the foregoing Plaintiffs' Motion to Exceed Page Limit for Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Settlement and Order Directing Notice to Class was filed electronically with the Clerk of Courts at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/Robert B. Carey