1  Elaine T. Byszewski (SBN 222304)
   *elaine@hbsslaw.com*
2  Hagens Berman Sobol Shapiro LLP
3  301 North Lake Avenue, Suite 203
   Pasadena, CA  91101
4  Tel. (213) 330-7150
5  Fax (213) 330-7152

6  Robert B. Carey
   *rob@hbsslaw.com*
7  Hagens Berman Sobol Shapiro LLP
8  11 West Jefferson Street, Suite 1000
   Phoenix, AZ  85003
9  Tel. (602) 840-5900
10 Fax (602) 840-3012

11 Steve W. Berman
   *steve@hbsslaw.com*
12 Hagens Berman Sobol Shapiro LLP
13 1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
14 Tel. (206) 623-7292
15 Fax. (206) 623-0594

16 *Attorneys for Plaintiff Kaylene P. Brady, et al. and Nicole Marie Hunter, et al.*

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19                    WESTERN DIVISION

| | |
|---|---|
| IN RE:  HYUNDAI AND KIA FUEL ECONOMY LTIGATION | MDL Case No. 2:13-ml-2424-GW-FFM |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND ORDER DIRECTING NOTICE TO CLASS** |
| | Hon. George Wu; Courtroom:  10 |

1  The Court, having fully considered the Plaintiffs' Motion to Exceed Page Limit for Memorandum of Points and Authorities in Support of Motion for Prelminary Approval of Class Settlement and Order Directing Notice to Class, and good cause appearing, grants the motion.

**IT IS HEREBY ORDERED** that Plaintiffs may exceed the page limit for their concurrently filed Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Settlement and Order Directing Notice to Class, exclusive of the indices and exhibits.

**IT IS SO ORDERED**

DATED: _____, 201__          _____
                                        United States District Court Judge
                                        Hon. George H. Wu