Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel
for Individual and Representative
Plaintiffs Kamneel Maharaj, et al.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM <br><br> **LIAISON COUNSEL'S STATUS REPORT** |

## I. SCHEDULING

At the December 9, 2013 Status Conference the Court ordered the Settling Plaintiffs to file their preliminary approval papers by December 24, which they did. Liaison counsel promptly distributed the settlement papers, along with the sealed documents, to Non-Settling Plaintiffs.[1]

The Non-Settling Plaintiffs had a productive conference call on January 3, 2014 to discuss the proposed settlement. The call included thirty-one counsel representing plaintiffs in thirty-five cases. Given the timing of the filing, counsel for some of the Non-Settling Plaintiffs had not completed a thorough review of the proposed settlement with their clients, and thus required additional time to assess their position. Counsel who had carefully reviewed and vetted the proposed settlement with their clients expressed a variety of overlapping (and sometimes differing) criticisms of all or parts of the proposed settlement. Concerned about the ability to accurately capture and distill the various views via a thirty-one lawyer conference call, Liaison Counsel asked counsel from each of the non-settling cases to provide their position by email or individual phone call no later than noon on January 8, 2014. To date, Liaison Counsel has received responses ranging from a laundry list of concerns, on the one hand, to complete support for the settlement, on the other.

Once Liaison Counsel receives and is able to distill the various positions of Non-Settling Plaintiffs, he will be in a position to further discuss a schedule with the Settling Parties. (Liaison Counsel has had brief discussions regarding scheduling with the Settling Parties.) Liaison Counsel should then be in a position to have Non-Settling Plaintiffs present their issues to the Settling Parties in an organized fashion, clarify any misunderstandings about the terms of the settlement, and discuss any concerns or objections to the settlement.

---

[1] "Non-Settling Plaintiffs" refers only to those plaintiffs and their counsel that have signed the Rule 408 Confidentiality Agreement.

Liaison Counsel will be prepared to discuss scheduling with the Court at Thursday's conference. Other Non-Settling Plaintiffs will likely wish to be heard, as well.

## II. ONGOING DISCOVERY ISSUES

### A. HMA's Privilege Log (Issue No. 2 in Joint Discovery Stipulation):

Following the hearing on December 9, 2013, Defendant, Hyundai Motor America ("HMA") made additional productions with revised privilege logs on December 16, 2013 and December 30, 2013. The most recent productions confirm Non-Settling Plaintiffs' concerns about the insufficiency of the confirmatory discovery process and the legally improper nature of HMA's redactions and withholdings. At the hearing January 9, 2014, Non-Settling Plaintiffs will renew their request that the Court compel disclosure from HMA, and will be prepared to share documents with the Court in support of the request.

### B. *Krauth* and *Hasper* Plaintiffs' Document Request (Issue No. 4 in Joint Discovery Stipulation):

Pursuant to the Court's comments at the December 9, 2013 hearing and footnote 8 of the December 9 Tentative Ruling, counsel for the *Krauth* and *Hasper* Plaintiffs narrowed the document request set forth in the Joint Discovery Stipulation as Item No. 4. Counsel for HMA has provided inconsistent responses and has failed to respond to Plaintiffs' request to clarify whether HMA has and is refusing to produce responsive documents, or whether no responsive documents exist. Counsel for the *Krauth* and *Hasper* Plaintiffs request that the Court order HMA to clarify whether HMA has any documents responsive to the amended request.

DATED: January 7, 2014          Respectfully submitted,

By: */s/ Eric H. Gibbs*

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk

**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative Plaintiffs Kamneel Maharaj, et al.*

## CERTIFICATE OF SERVICE

I, Eric H. Gibbs, hereby certify that on January 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/ Eric H. Gibbs

Eric H. Gibbs