Eric H. Gibbs (SBN # 178658)
Dylan Hughes (SBN # 209113)
Scott Grzenczyk (SBN # 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel
for Individual and Representative
Plaintiffs Kamneel Maharaj, et al.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM  **LIAISON COUNSEL'S REPORT LISTING NON-SETTLING PLAINTIFFS' CASES AND POSITIONS REGARDING PROPOSED SETTLEMENT** |
|---|---|

At the January 9, 2014 status conference the Court asked Liaison Counsel to prepare a report listing the cases included in the MDL and related cases not currently pending in the MDL, along with their positions on the proposed settlement.

On separate occasions, my office emailed counsel for each of the cases in the MDL and the known related cases. My office also coordinated with Defendants to identify any other related cases, including those not currently pending in the MDL.[1]

The information requested by the Court is included in the report attached as Appendix A. Cases are arranged by filing date. The report provides the following information:

(1) Case name

(2) Filing date

(3) Court of original filings

(4) Plaintiff's counsel name

(5) Plaintiff's counsel firm

(6) Classes

(7) Causes of action

Below each case's information is the position statement we received for that case, highlighted in purple. Two sets of cases provided their positions in separate memoranda, which are included as Exhibits A, B, and C.

Two points of clarification regarding the class information are necessary. To the extent a class definition includes a list of parties excluded from the class, we have not included that information. Additionally, to the extent a complaint includes state sub-classes that are identical to a nationwide class that was also alleged, for the sake of brevity, we put "[State] Sub-Class" instead of writing out the entire sub class definition.

---

[1] Liaison Counsel recently identified the *Sutta* action, and is working with counsel in that case to finalize their position on the settlement, which Liaison Counsel expects to file next week.

1

LIAISON COUNSEL'S REPORT LISTING NON-SETTLING PLAINTIFFS' CASES
AND POSITIONS REGARDING PROPOSED SETTLEMENT

1    For the Court's convenience, we've also attached Appendix B, which only
2 provides the case name, plaintiff's counsel firm, and settlement position.  Appendix B
3 also groups cases with overlapping counsel and identical settlement positions and lists
4 them together.  For example, counsel for the *Iocovozzi* action (generally, The Tate Law
5 Group, The Cartwright Law Firm, and Bonsignore and Brewer) also represent plaintiffs
6 in ten other actions:  *Bonsignore, Brown, Cestaro, Elliott, Fellers, Martyn, Myers, Setser,*
7 *Terhost,* and *Woodward*.  The *Iocovozzi* action was filed January 31, 2013, and the other
8 actions were filed on March 5 (4 cases), March 15 (4 cases) and March 26, 2013 (2
9 cases).  Each of the eleven actions was brought on behalf of a state-specific class and
10 includes statutory claims under only California law.  In Appendix A the ten actions filed
11 in March are listed according to their filing date, whereas in Appendix B they are listed
12 together along with *Iocovozzi*.
13    We are happy to provide the information in a different format if that would be
14 preferable or to discuss any other issues the Court may have.

DATED:  January 30, 2014                    Respectfully submitted,

                                            By:   /s/ Eric H. Gibbs

                                            Eric H. Gibbs
                                            Dylan Hughes
                                            Scott Grzenczyk
                                            **GIRARD GIBBS LLP**
                                            601 California Street, Suite 1400
                                            San Francisco, California 94104
                                            Telephone:  (415) 981-4800
                                            Facsimile:  (415) 981-4846
                                            ehg@girardgibbs.com

                                            *Liaison Counsel and Counsel for Individual and*
                                            *Representative Plaintiffs Kamneel Maharaj, et al.*

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on January 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

/s/ Eric H. Gibbs
Eric H. Gibbs