1
2
3
4
5
6
7
8
9
10
11                     UNITED STATES DISTRICT COURT
12                    CENTRAL DISTRICT OF CALIFORNIA
13                            WESTERN DIVISION

14 | In Re: | No. MDL 13-2424-GW(FFMx)
15 | HYUNDAI AND KIA FUEL ECONOMY LITIGATION | **ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE AND CONTINUING HEARING DATE FOR THE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS**
18 | THIS DOCUMENT RELATES TO:
19 | ALL ACTIONS | Courtroom: 10
20 | | Hon. George H. Wu
21
22
23
24
25
26
27
28

# ORDER

On July 2, 2014, the parties filed a stipulation regarding the supplemental briefing schedule and continuing the hearing date for the motion for preliminary approval of class settlement and order directing notice to the class, (Dkt. No. 185), and motion for certification of settlement class, (Dkt. No. 184). The Court, having fully considered the parties' stipulation and good cause appearing, enters the schedule proposed by the parties:

**IT IS HEREBY ORDERED** that the parties shall adhere to the following dates:

1. Settling parties' supplemental briefs and revised notices and forms to be filed by July 9, 2014,
2. non-settling plaintiffs' responses to be filed by July 18, 2014,
3. settling parties' replies to be filed by noon on July 21, 2014, and
4. a continued hearing on July 24, 2014, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: July 7, 2014

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE