# EXHIBIT A

**Front of Short-Form Mailer When Folded**



PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SANTA ANA, CA
PERMIT NO 222

**IMPORTANT LEGAL NOTICE
FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

[RETURN ADDRESS]

[Name]
[Address]
[City, State, Zip]

**Back of Short-Form Mailer When Folded**



IMPORTANT LEGAL NOTICE

# IMPORTANT LEGAL NOTICE
# FROM THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**If you purchased or leased certain 2011, 2012, or 2013 model year Hyundai vehicles, you may be entitled to money or other benefits from a proposed settlement.**

You are receiving this notice because you likely qualify for a proposed federal court settlement that gives you the option of a lump sum of cash (via debit card), a larger dealership credit for goods and services (via debit card), or an even larger new car rebate certificate. Other benefits exist. This is not a solicitation and you do not have to pay any money to qualify for settlement benefits.

A proposed settlement has been reached in a class action lawsuit alleging that prior to November 2, 2012, the fuel economy ratings for certain Hyundai vehicles were misrepresented. The lawsuit claims that because of the alleged misrepresentations, class members purchased vehicles they otherwise would not have purchased or paid more for the vehicles than they otherwise would have paid. The lawsuit also claims that the Lifetime Reimbursement Program initiated by Hyundai on November 2, 2012 to reimburse class members for increased fuel costs is inadequate. Hyundai has denied the lawsuit's allegations. The parties agreed to resolve these matters before these issues were decided by the Court. The sole purpose of this notice is to inform you of the class action lawsuit and the proposed settlement so that you may decide what to do.

Records available to Hyundai indicate that you may be a class member for a vehicle for which the last four digits of the Vehicle Identification Number (VIN) is [last four digits]. If you are a class member, your rights may be affected, even if you take no action. You may be required to take action in order to get money and/or to protect your rights.

If you are a class member, you may be entitled to receive a cash payment or other benefits. Payments depend on your type of ownership and the year and model, minus any payments you have received under the Lifetime Reimbursement Program.

If you think you qualify, you can go to www.HyundaiMPGClassSettlement.com, where you can make a claim by typing in your vehicle's VIN and the following Unique ID Number:

## [Unique ID]

You should also review a Long Form Notice for more information and, if applicable, the Claim Form. They are available (1) at www.HyundaiMPGClassSettlement.com; (2) by calling, toll-free, at [(xxx) xxx-xxxx]; and/or (3) by writing to the Hyundai Fuel

Economy Class Action Settlement Center, P.O. Box 10759, Newport Beach, CA 92658.

Two key deadlines are [date] for requests to be excluded and objections and [date] for submitting claims (either through the website or by mailing a Claim Form). There are other deadlines, too. All deadlines are available (and may be updated) at www.HyundaiMPGClassSettlement.com. Para vereste aviso en Español, visita www.HyundaiMPGClassSettlement.com.