# EXHIBIT C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
*In Re: Hyundai and Kia Fuel Economy Litigation*, No. MDL 13-2424-GW(FFMx)

*This is not a solicitation from a lawyer.*
*The U.S. District Court has authorized that this notice be sent to you.*

## If you purchased or leased one of the Model Year 2011, 2012 or 2013 Hyundai vehicles listed in <u>Schedule A</u> at the end of this notice, you may be entitled to a cash payment or other benefits:

- If the Settlement described below is approved by the Court, certain current and former owners and lessees of the Model Year 2011, 2012 and 2013 Hyundai vehicles listed in Schedule A (hereinafter "Class Vehicles") can receive a cash payment or other benefits (for more details, see response to Question 9 below: "What does the Settlement provide? What can I get from the Settlement?").

- If you previously received compensation under the reimbursement program initiated by Hyundai Motor America (hereinafter "HMA") in November 2012, you may still be eligible to participate in the Settlement.

- Your legal rights are affected whether you act or don't act. Please read this entire notice carefully.

| Your Legal Rights and Options in this Settlement | | Deadlines |
|---|---|---|
| **Submit a Claim for a Lump Sum Payment (or Other Settlement Benefits)** | To receive a Lump Sum Payment or other benefit under the Settlement, you must submit a claim. Your Lump Sum Payment (or other Settlement benefit) will only be paid if the Court approves the Settlement.<br><br>If you would like to submit a claim, you can do so online at www.HyundaiMPGClassSettlement.com. | Deadline to Submit a Claim: **[9 months after deadline for mailing class notice]** |
| **Register for or Continue Participating In the Lifetime Reimbursement Program**<br><br>**and**<br><br>**Submit a Claim for additional compensation** | Instead of receiving a Lump Sum Payment under the Settlement, you may choose to continue participating in, or register for, the Lifetime Reimbursement Program. If you would like to register, you can do so online at www.HyundaiMPGClassSettlement.com. If you have already enrolled in the Lifetime Reimbursement Program, you do not need to take any further action to remain enrolled.<br><br>Even if you wish to remain in or register for the Lifetime Reimbursement Program, you may still be entitled to some additional compensation through the Settlement (see Question 9 below). To claim this compensation, you must submit a claim. | Deadline to Register for the Lifetime Reimbursement Program and Deadline to Submit a Claim for Additional Compensation: **[9 months after deadline for mailing class notice]** |

1

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

| **DO NOTHING** | You will be bound by the Settlement but will not receive any benefits from the Settlement.  In order to receive compensation, you must either submit a claim or participate in the Lifetime Reimbursement Program. | Deadline to Submit a Claim or Register for the Lifetime Reimbursement Program:  [9 months after deadline for mailing class notice] |
|---|---|---|
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | Receive no benefits from the Settlement.  This is the only option that allows you to be part of any other lawsuit against HMA, Kia Motors America, Inc. (hereinafter "KMA"), Hyundai America Technical Center, Inc. (also doing business as Hyundai-Kia America Technical Center), Hyundai Motor Company, Kia Motors Corporation, and/or their affiliates in connection with the legal claims in this case.  If you exclude yourself, you will be able to remain in or register for the Lifetime Reimbursement Program. | Deadline to Submit Your Request to be Excluded from the Settlement and Deadline to Register for the Lifetime Reimbursement Program:  [9 months after deadline for mailing class notice] |

Unless you exclude yourself from the Settlement, you also have the opportunity to object to the Settlement.  The process for objecting to the Settlement is explained more fully in the response to Questions 18-22.

These rights and options–**and the deadlines to exercise them**–are explained in this notice.

The Court in charge of this matter still has to decide whether to approve the Settlement.  Settlement benefits will become available if the Court approves the Settlement and after any appeals are resolved.  Please be patient.

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**………………………………………………..…………………PAGE 4
    1. Why should I read this notice?
    2. What are these lawsuits about?
    3. Why are these lawsuits class actions?
    4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT**…………………………………………………..………PAGE 5
    5. How do I know if I am part of the Settlement?
    6. I'm still not sure if I am included.
    7. Am I still eligible for the Settlement if I received money under the Lifetime Reimbursement
       Program?
    8. How is the Lifetime Reimbursement Program HMA established in 2012 different
       from the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET**………………………………………PAGE 6
    9. How do the Settlement Benefits that I can receive compare to what I would receive under the
       Lifetime Reimbursement Program?

**HOW YOU CAN PARTICIPATE IN THE SETTLEMENT**……………………………….……..… PAGE 9
    10. How can I participate in the Settlement?
    11. When would I get my Settlement benefits?
    12. What am I giving up to stay in the Class and receive a benefit?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**………………………………….……..…PAGE 10
    13. How do I get out of the Settlement?
    14. If I don't exclude myself, can I sue HMA or KMA for the same thing later?
    15. If I exclude myself, can I get benefits from this Settlement?

**THE LAWYERS REPRESENTING YOU**……………………………………………….……PAGE 11
    16. Do I have a lawyer in the case?
    17. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**……………………………………………….……PAGE 12
    18. How do I tell the Court that I don't like the Settlement?
    19. What's the difference between objecting and excluding?
    20. When and where will the Court decide whether to approve the Settlement?
    21. Do I have to come to the hearing?
    22. May I speak at the hearing?

**IF YOU DO NOTHING**………………………………………………….……..…PAGE 13
    23. What happens if I do nothing at all?

**GETTING MORE INFORMATION**……………………………………………….……PAGE 13
    24. Are there more details about the Settlement?
    25. How do I get more information?

3

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

## BASIC INFORMATION

| 1.  Why should I read this notice? |
| --- |

This notice applies to you if you owned or leased—on or before November 2, 2012—one of the vehicles listed in Schedule A attached to this notice.  These vehicles are the subject of more than 50 lawsuits currently pending in multidistrict litigation ("MDL Litigation").  The Court in charge of the multidistrict litigation is the U.S. District Court for the Central District of California, *In Re: Hyundai and Kia Fuel Economy Litigation*, No. MDL 13-2424-GW (FFMx).  The people who sued are called Plaintiffs or Class Representatives, and the companies they sued, HMA and KMA, are called the Defendants.

The Court has ordered this notice to be available to you because you have a right to know about a proposed Settlement, and about your options, before the Court decides whether to approve the Settlement.  If the Court approves the Settlement, and after any objections and appeals are resolved, HMA and KMA will provide payments and other benefits agreed to in the Settlement for certain past and present owners and lessees.  This notice explains the litigation, the Settlement, your legal rights, the benefits available, who is eligible for them, and how to get them.  You should read this entire notice.

| 2.  What are these lawsuits about? |
| --- |

On November 2, 2012, HMA and KMA each issued a statement informing the public that they were voluntarily adjusting the fuel economy ratings downward for the Class Vehicles.  Both HMA and KMA simultaneously announced that each company was instituting a lifetime reimbursement program (hereinafter "Lifetime Reimbursement Program") to compensate affected vehicle owners and lessees for the additional fuel costs associated with the lowered fuel economy ratings.

The lawsuits claim that, prior to November 2, 2012, the fuel economy ratings for the Class Vehicles were misrepresented.  Plaintiffs claim that, because of the alleged misrepresentation, they purchased vehicles they otherwise would not have purchased or paid more for the vehicles than they otherwise would have paid.  Plaintiffs also assert that the Lifetime Reimbursement Program is inadequate.  HMA and KMA deny Plaintiffs' Allegations.

| 3.  Why are these lawsuits class actions? |
| --- |

In a class action, people called "Class Representatives" sue on behalf of other people who have similar claims.  All of these people together are the "Class" or "Class Members."  The Court has determined that the Class Representatives may pursue legal claims and enter into the Settlement on behalf of the entire Class, except those that choose to exclude themselves from the Settlement (described more fully below).

| 4.  Why is there a Settlement? |
| --- |

The Class Representatives and the Defendants agreed to a Settlement to avoid the cost and risk of further litigation, including a potential trial, and so that the Class Members can get payments and other benefits, in exchange for releasing HMA and KMA from liability.  The Settlement does not mean that HMA or KMA broke any laws and/or did anything wrong, and the Court did not decide which side was right.  The Settlement here has been preliminarily approved by the Court, which authorized the issuance of this

4

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

notice.  The Class Representatives and the lawyers representing them (called "Class Counsel") believe that the Settlement is in the best interests of all Class Members.

This notice summarizes the terms of the Settlement.  The Settlement Agreement along with all exhibits and addenda sets forth in greater detail the rights and obligations of the parties and are available at website www.HyundaiMPGClassSettlement.com.  If there is any conflict between this notice and the Settlement Agreement, the Settlement Agreement governs.

## WHO IS IN THE SETTLEMENT

### 5.  How do I know if I am part of the Settlement?

The Class included in the Settlement includes any current or former owner or lessee of a Class Vehicle who was the owner or lessee, on or before November 2, 2012, of such Class Vehicle that was registered in the District of Columbia or one of the fifty (50) states of the United States, except that the following are excluded:  (i) Rental Fleet Owners; (ii) government entities, except to the extent that a government entity is the owner or lessee of a Fleet Class Vehicle (in which case such government entity is not excluded from the Class); (iii) judges assigned to the MDL Litigation, including the judge or judges assigned to any lawsuit prior to the transfer of that lawsuit to the MDL Litigation; and (iv) persons who have previously executed a release of HMA or KMA that includes a claim concerning the fuel economy of such Class Vehicle.

"Rental Fleet Owner" means an owner of one or more Fleet Class Vehicles that are available to be rented or leased.

"Fleet Class Vehicle" means a Class Vehicle purchased by a governmental entity, corporation, or Person that negotiated the purchase terms with HMA or KMA (as the case may be), as opposed to one of their authorized dealers, provided that neither HMA nor KMA agreed to repurchase such Fleet Class Vehicles at a later date.

The Class Vehicles are the Model Year 2011, 2012 and 2013 Hyundai vehicles listed in Schedule A attached to this notice.

### 6.  I'm still not sure if I am included.

If you are still not sure whether you are included in this class, you can ask for free help.  You can visit the website at www.HyundaiMPGClassSettlement.com.  You can also call [(XXX)-XXX-XXXX and ask whether your vehicle is included in the Settlement.  Whether you visit the website or call the toll-free number, you will need to have your Vehicle Identification Number (VIN) ready.  The VIN is located on a placard on the top of the dashboard and is visible through the driver's side corner of the windshield.  It also appears on your vehicle registration card and probably appears on your vehicle insurance card.

### 7.  Am I still eligible for the Settlement if I received money under the Lifetime Reimbursement Program?

In November 2012, HMA and KMA initiated the Lifetime Reimbursement Program to reimburse certain current and former owners and lessees of the Class Vehicles for the additional fuel costs associated with the fuel economy ratings that were adjusted downward on November 2, 2012.   If you received reimbursement pursuant to this Lifetime Reimbursement Program (or if you receive such reimbursement

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

in the future), you will still be a member of the Class, unless you take the steps to exclude yourself from the Class (see response to Question 13 below: "How do I get out of the Settlement?").  If you do exclude yourself, you can keep any reimbursement you already received and you may continue receiving reimbursements pursuant to the Lifetime Reimbursement Program in the future, but you will not have the right to share in the benefits offered in the Settlement.

### 8.  How is the Lifetime Reimbursement Program HMA established in 2012 different from the Settlement?

Pursuant to the Lifetime Reimbursement Program, owners and lessees who owned or leased their Class Vehicle on or before November 2, 2012, are eligible to receive a personalized debit card that reimburses them for the additional fuel costs associated with the fuel economy ratings that were adjusted downward on November 2, 2012.  The reimbursement formula is based on three factors:  (1) the number of miles the owner or lessee has accumulated on the vehicle in question; (2) the difference between the original and revised combined fuel economy ratings of the vehicle in question, in miles per gallon; and (3) a 52-week average fuel price for the area in which the owner lives, based on U.S. Energy Information Association data.  In addition, HMA adds an extra 15 percent to the reimbursement amount.  Former owners and lessees of the Class Vehicles are eligible to receive a one-time reimbursement using this formula.  Current owners and lessees are eligible to receive a reimbursement for prior accumulated mileage, as well as periodic future reimbursement as the Class Vehicle accumulates mileage in the future.

If you register for the Lifetime Reimbursement Program, you will be eligible to receive benefits for as long as you own or lease your Class Vehicle.

Detailed information about the Lifetime Reimbursement Program, including a tool that provides a reimbursement estimate, is available at www.HyundaiMPGClassSettlement.com.  To participate in the Lifetime Reimbursement Program, eligible owners and lessees who have not already registered must register within nine (9) months of [Deadline for date that class notice must be mailed.]  If you are already registered for the Lifetime Reimbursement Program, you do not need to take any further action to remain in the program.

As outlined below you can now elect whether to remain in (or register for) the Lifetime Reimbursement Program and whether to receive the Settlement benefits (some of which are applicable to participants in the Lifetime Reimbursement Program).

## THE SETTLEMENT BENEFITS—WHAT YOU GET

### 9.  How do the Settlement benefits that I can receive compare to what I would receive under the Lifetime Reimbursement Program?

Those eligible have two options:

- **Lump Sum Payment**.  Rather than participating in the Lifetime Reimbursement Program (described above), you can elect to receive a Lump Sum Payment, the cash value of which is listed on Schedule A.  The amount of each Lump Sum Payment is determined by your Class Vehicle and what type of Class Member you are, which is explained below.  Former owners and

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

lessees are eligible to receive a Lump Sum Payment with the same cash value that they would receive under the Lifetime Reimbursement Program.  All those eligible for a Lump Sum Payment can also choose whether to receive a Dealer Service Debit Card or a New Car Rebate Certificate in larger amounts than a Cash Debit Card (as described in STEP 2 below).

- Participate in the Lifetime Reimbursement Program instead of receiving a Lump Sum Payment under the Settlement.  Instructions for estimating the amount you could potentially receive under the Lifetime Reimbursement Program are provided below.  If you have not previously registered for the Lifetime Reimbursement Program, you can do so by visiting www.HyundaiMPGClassSettlement.com.  If you are already registered for the Lifetime Reimbursement Program, you do not need to take any further action to remain in the program.  You may also be entitled to the Additional Compensation provided by the Settlement that is described below in STEP 4.  If you are eligible for this Additional Compensation, you must submit a claim to receive it.

To make your election, you may want to consider the benefits available under the Lifetime Reimbursement Program and the Settlement for your particular Class Vehicle and your other personal circumstances.  The following steps will assist you in determining what is available to you.  The amounts of your potential benefits can also be viewed by visiting www.HyundaiMPGClassSettlement.com.

**STEP 1: Determine What Type of Class Member You Are:**

If you…

Purchased your Class Vehicle as a new vehicle on or before November 2, 2012 and you still owned it as of December 23, 2013, you are considered a **Current Original Owner**.

Purchased your Class Vehicle as a used vehicle on or before November 2, 2012 and you still owned it as of December 23, 2013, you are considered a **Current Non-Original Owner**.

Purchased your Class Vehicle on or before November 2, 2012 and you no longer owned it as of December 23, 2013, you are considered a **Former Owner**.

Leased your Class Vehicle on or before November 2, 2012 and you still leased it as of December 23, 2013, you are considered a **Current Lessee**.

Leased your Class Vehicle on or before November 2, 2012 and you no longer leased or owned it as of December 23, 2013, you are considered a **Former Lessee**.

Purchased your Fleet Class Vehicle (defined above) on or before November 2, 2012 and you still owned them as of December 23, 2013, provided that neither HMA or KMA agreed to repurchase such Class Vehicle at a later date, you are considered a **Current Fleet Owner**.

Purchased your Fleet Class Vehicle (defined above) on or before November 2, 2012 and you no longer owned them as of December 23, 2013, provided that neither HMA or KMA agreed to repurchase such Class Vehicle at a later date, you are considered a **Former Fleet Owner**.

This information can also be found at www.HyundaiMPGClassSettlement.com.

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

\DC - 029016/000012 - 5185382 v18

**STEP 2: Determine the Value of Your Lump Sum Payment:**

If you are a Current Original Owner, Current Non-Original Owner, Current Fleet Owner, or Current Lessee, refer to Schedule A for the amount that corresponds to your vehicle and Class Member type.

If you are a Former Owner, Former Fleet Owner, or Former Lessee, you are entitled to a Lump Sum Payment with the same cash value that you would receive pursuant to the Lifetime Reimbursement Program, which is explained in Step 3 below.

Lump Sum Payments may be claimed as a Cash Debit Card at 100% cash value of the amount listed on Schedule A, a Dealer Service Debit Card valued at 150% of the amount listed on Schedule A, or a New Car Rebate Certificate valued at 200% of the amount listed on Schedule A.  Details regarding each option are provided in Table 1 below.

After determining the value of the form of compensation set forth in Table 1, a deduction will be made for any amounts already received pursuant to the Lifetime Reimbursement Program.  If you have questions regarding how much you may have already received under the Lifetime Reimbursement Program, e-mail hyundaimpgsettlement@jnrcorp.com or call [HMA TOLLFREE].

**Table 1**

| |
|---|
| • **Cash Debit Card** <br>     o   100% of amount awarded <br>     o   May be used like a credit card or at an ATM <br>     o   No issuer-imposed restrictions that would prevent a recipient transferring the entire balance of the debit card to a checking or other bank account <br>     o   Non-transferrable <br>     o   Expires one year after it is issued |
| • **Dealer Service Debit Card** <br>     o   150% of amount that otherwise would be paid as a Cash Debit Card <br>     o   May only be used at an authorized Hyundai dealer (for Settlement Class Members who own(ed) or lease(d) Hyundai Class Vehicles) in payment towards merchandise, parts or service <br>     o   Non-transferrable <br>     o   Expires two years after it is issued. |
| • **New Car Rebate Certificate** <br>     o   200% of the amount that otherwise would be paid as a Cash Debit Card <br>     o   May only be used toward the purchase of a new Hyundai vehicle (for Settlement Class Members who own(ed) or lease(d) Hyundai Class Vehicles). <br>     o   Non-transferrable, except that it may be transferred to a family member (child, parent or sibling) <br>     o   Expires three years after it is issued. |

The value of any Cash Debit Card, Dealer Service Debit Card, and New Car Rebate Certificate shall remain the property of the issuer, HMA, unless and until it is expended by the Settlement Class Member.  Upon expiration of any Cash Debit Card, Dealer Service Debit Card, or New Car Rebate Certificate, any unexpended funds shall

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

\DC - 029016/000012 - 5185382 v18

become the permanent property of the issuer (HMA).  No issuer fees will be imposed on the recipient of a Cash Debit Card, Dealer Service Debit Card, or New Car Rebate Certificate.

**STEP 3: Estimate Your Lifetime Reimbursement Program Compensation:**

The Lifetime Reimbursement Program is summarized in the response to Question 8.

Detailed information about the Lifetime Reimbursement Program, including a tool that provides a reimbursement estimate, is available at www.HyundaiMPGClassSettlement.com.

**STEP 4: Determine Whether You Are Eligible for Additional Compensation**

Any Current Original Owner, Current Lessee, or Current Fleet Owner of an Elantra, Accent, Veloster or Sonata Hybrid listed on Schedule A who elects to remain in or register for the Lifetime Reimbursement Program may elect to receive the additional compensation set forth below.  In addition, any Former Owner of an Elantra, Accent, Veloster or Sonata Hybrid listed on Schedule A who elects to remain in or register for the Lifetime Reimbursement Program may elect to receive the additional compensation set forth below if:  (i) the Former Owner was the original *retail* owner of such Class Vehicle (e.g., the Former Owner did not purchase the Class Vehicle as a Fleet Vehicle); and (ii) the Former Owner remained the owner of such Class Vehicle on February 12, 2013.

| Current Original Owners Certain Former Owners (described above) | $100 per Elantra, Accent, Veloster, and Sonata Hybrid Class Vehicles. You can receive this compensation in any form of compensation outlined in Table 1. |
|---|---|
| Current Lessees and Current Fleet Owners | $50 per Elantra, Accent, Veloster, and Sonata Hybrid Class Vehicles. You can receive this compensation in any form of compensation outlined in Table 1. |

To the extent that any Current Original Owner, Current Lessee, Current Fleet Owner, or Current Non-Original Owner of an Elantra, Accent, Veloster or Sonata Hybrid listed on Schedule A elects to receive a Lump Sum Payment, the foregoing "Additional Compensation" is already included in the Lump Sum Payment amounts listed on Schedule A.

## HOW YOU CAN PARTICIPATE IN THE SETTLEMENT

**10.  How can I participate in the Settlement?**

If you wish to receive the benefits offered under this Settlement, then you will be required to submit a claim within nine (9) months of [Deadline for date that class notice must be mailed].  You can submit your claim electronically at www.HyundaiMPGClassSettlement.com or you can mail a claim form, which you can obtain at www.HyundaiMPGClassSettlement.com or by calling [HMA TOLLFREE].

9

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

### 11.  When would I get my Settlement benefits?

The Hon. George H. Wu, U.S. District Court Judge, will hold a hearing on [DATE], at [TIME] at the U.S. District Court for the District of Central California, Western Division, 312 North Spring Street, Los Angeles, CA 90012-4701, to decide whether to approve this Settlement.  If the Court approves the Settlement, there may be appeals afterwards.  It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps even more than a year.  You may continue to check on the progress of the Settlement by visiting the website www.HyundaiMPGClassSettlement.com or calling [HMA TOLLFREE].

### 12.  What am I giving up to stay in the Class and receive a benefit?

Unless you exclude yourself, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against HMA, KMA, Hyundai America Technical Center, Inc. (also doing business as Hyundai-Kia America Technical Center), Hyundai Motor Company, Kia Motors Corporation, all affiliates of the Hyundai Motor Group, or any other related entity about the legal issues in this case if the Settlement is approved.  It also means that all of the Court's orders will apply to you and legally bind you.

However, nothing in this Settlement will prohibit you from pursuing claims for:  (i) personal injury; (ii) damage to property other than to a Class Vehicle; or (iii) any and all claims that pertain to something other than a Class Vehicle.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want to participate in this Settlement, but you want to keep the right to sue or continue to sue HMA or KMA, on your own, about the legal issues in this case, then you must take steps to get out.  This is called excluding yourself—or it is sometimes referred to as opting out of the Class.

### 13.  How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter by mail stating that you want to "opt-out" or "be excluded from the Settlement."  Be sure to include your name, address, telephone number, your signature, the Vehicle Identification Number (VIN) of your vehicle (which is located on a placard on the top of the dashboard visible through the driver's side corner of the windshield), and refer to the case as *In Re: Hyundai and Kia Fuel Economy Litigation*, No. MDL 13-2424-GW(FFMx) (C.D. Cal.).  You must mail your exclusion request postmarked no later than [OPT OUT DEADLINE] to:

| To Class Counsel: |
|---|

    Robert B. Carey
    Hagens Berman Sobol Shapiro LLP
    11 West Jefferson Street, Suite 1000
    Phoenix, AZ  85003

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

\DC - 029016/000012 - 5185382 v18

You can't exclude yourself on the phone or by e-mail.

If you ask to be excluded, you will not qualify for any of the Settlement benefits, and you cannot object to the Settlement. You will also not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) HMA, KMA, and the related entities listed in the response to the prior question.

### 14.  If I don't exclude myself, can I sue HMA or KMA for the same thing later?

Unless you exclude yourself, you give up the right to sue HMA, KMA, Hyundai America Technical Center, Inc., (also doing business as Hyundai-Kia America Technical Center), Hyundai Motor Company, Kia Motors Corporation, all affiliates of the Hyundai Motor Group, and any other related entity for the claims that this Settlement resolves.

If you have a pending lawsuit against HMA, KMA, or the related entities listed, speak to your lawyer who represents you in that lawsuit immediately. You must exclude yourself from *this* Class to continue your own lawsuit if it concerns the same legal issues in this case. Remember, the exclusion deadline is [OPT OUT DEADLINE].

### 15.  If I exclude myself, can I get benefits from this Settlement?

If you exclude yourself, you will not be eligible for benefits under the Settlement. But you will not be prohibited by this Settlement from suing, continuing to sue, or being part of a different lawsuit against HMA, KMA, and the other legal entities listed above concerning the legal issues in this case.

## THE LAWYERS REPRESENTING YOU

### 16.  Do I have a lawyer in the case?

The Class Representatives have asked the Court to appoint their lawyers, the law firms of Hagens Berman Sobol Shapiro LLP and McCuneWright, LLP, as Class Counsel to represent you and the Class. Together, the lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17.  How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees and expenses of no more than [AMOUNT]. The Court may award less than this amount. Court-Appointed Liaison Counsel and Plaintiffs' counsel other than Class Counsel will also ask the Court for attorneys' fees and expenses. You can obtain updated information by visiting www.HyundaiMPGClassSettlement.com. HMA or KMA will separately pay the attorneys' fees and expenses that the Court awards. HMA or KMA will also separately pay the costs to administer the Settlement. The payment of settlement administration costs and attorneys' fees and expenses will not diminish the settlement funds available to class members.

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the Settlement or some part of it.

| **18.  How do I tell the Court that I don't like the Settlement?** |
| --- |

If you stay in the Class, you can object to the Settlement if you don't like any part of it.  **The Court can only approve or deny the settlement.**  The Court cannot order that the parties agree to a different settlement.  **If the Court denies approval, no Settlement benefits will be available at this time and the lawsuit will continue.**  You should give reasons why you think the Court should not approve the Settlement.  The Court will consider your views.

To object, you must send a letter saying that you object to the Settlement in *In Re: Hyundai and Kia Fuel Economy Litigation*, No. MDL 13-2424-GW(FFMx) (C.D. Cal.).  Be sure to include your name, address, telephone number, your signature, the Vehicle Identification Number (VIN) of your vehicle (which is located on a placard on the top of the dashboard visible through the driver's side corner of the windshield), and the reasons you object to the Settlement.  Mail the objection to the Clerk of the Court with a postmark no later than [OBJECTION DEADLINE]:

| **To the Court:** |
| --- |

Clerk of Court
U.S. District Court, Central
District of California
312 N. Spring St., Rm G-8,
Civil Intake
Los Angeles, CA 90012

| **19.  What's the difference between objecting and excluding?** |
| --- |

Objecting is simply telling the Court that you don't like something about the Settlement.  You can object only if you stay in the Class.  Excluding yourself is telling the Court that you don't want to be part of the Class.  If you exclude yourself, you cannot object because the case no longer affects you.

The Court will hold a hearing to decide whether to approve the Settlement.  You may attend and you may ask to speak, but you don't have to.

| **20.  When and where will the Court decide whether to approve the Settlement?** |
| --- |

The Court will hold a Fairness Hearing on [DATE], at [TIME] before the Hon. George H. Wu in the U.S. District Court for the District of Central California, Western Division, 312 North Spring Street, Los Angeles, CA 90012-4701, to consider whether the Settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  Judge Wu will listen to people who have asked to speak at the hearing.  The Court may also decide how much Class Counsel should be paid.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long these decisions will take.  The hearing may be rescheduled without further notice.  Updated scheduling information is available in person at the office of the Clerk of Court (see response to Question 18) during business hours

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

\DC - 029016/000012 - 5185382 v18

or from the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cacd.uscourts.gov.  You can also visit www.HyundaiMPGClassSettlement.com.

| **21.  Do I have to come to the hearing?** |
|---|

You do not have to come to the hearing.  Class Counsel will answer any questions Judge Wu may have.  But you are welcome to come at your own expense.  If you send a written objection, you don't have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it.  You may also pay your own lawyer to attend, but it's not necessary.

| **22.  May I speak at the hearing?** |
|---|

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In Re: Hyundai and Kia Fuel Economy Litigation*, No. MDL 13-2424-GW(FFMx)."  Be sure to include your name, address, telephone number, the Vehicle Identification Number (VIN) of your vehicle (which is located on a placard on the top of the dashboard visible through the driver's side corner of the windshield), and your signature.  Your Notice of Intention to Appear must be postmarked no later than [Deadline Date], and be sent to the Clerk of the Court at the address listed in the response to Question 18 above.  You cannot speak at the hearing if you exclude yourself.  You can retain your own attorney to speak on your behalf, but you will be responsible for paying that attorney.

# IF YOU DO NOTHING

| **23.  What happens if I do nothing at all?** |
|---|

If you do nothing, you will remain in the Class but will not receive any benefits from the Settlement.  In order to receive compensation, you must either submit a claim or participate in the Lifetime Reimbursement Program.

If you do not exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against HMA, KMA, or any of the other entities listed in the response to Question No. 14 about the legal issues in this case, ever again.

# GETTING MORE INFORMATION

| **24.  Are there more details about the Settlement?** |
|---|

This notice summarizes the proposed Settlement.  More details are in the Settlement Agreement.  You can get a copy of the Settlement Agreement by writing to Class Counsel at the address listed in the response to Question 13 above, or you can download a copy online by visiting www.HyundaiMPGClassSettlement.com or request a copy by calling [HMA TOLLFREE].

If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

## 25.  How do I get more information?

You can visit the website at www.HyundaiMPGClassSettlement.com where you will find answers to common questions about the Settlement, plus other information to help you determine whether you are a member of the Class and whether you are eligible for the benefits offered in the Settlement.  If the website does not contain the information you are looking for, you can also call toll-free at [HMA TOLLFREE]. You may also contact the Class Counsel listed in the response to Question 13 above.

**Other than a request to review the Court's files at the Clerk of the Court's Office, please do not contact the Clerk of the Court or the Judge with questions.**

BY ORDER OF:

Hon. George H. Wu
U.S. District Court for the Central District of California

14
If you have questions or want more information, you can:
Visit www.HyundaiMPGClassSettlement.com
Call [HMA TOLLFREE], or
E-mail hyundaimpgsettlement@jnrcorp.com.

## SCHEDULE A

### VEHICLES AND CASH DEBIT CARD PAYMENT AMOUNTS

| VEHICLE MODEL | CURRENT ORIGINAL OWNER | CURRENT NON-ORIGINAL OWNER | CURRENT FLEET OWNER | CURRENT LESSEE |
|---|---|---|---|---|
| **2013 Model Year** | | | | |
| 2013 Accent (automatic transmission; 1.6 liter engine) | $590 | $295 | $305 | $335 |
| 2013 Accent (manual transmission; 1.6 liter engine) | $590 | $295 | $300 | $330 |
| 2013 Azera (automatic transmission; 3.3 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Elantra (automatic transmission; 1.8 liter engine) | $345 | $173 | $175 | $195 |
| 2013 Elantra (manual transmission; 1.8 liter engine) | $345 | $173 | $175 | $195 |
| 2013 Elantra Coupe (automatic transmission; 1.8 liter engine) | $240 | $120 | $125 | $140 |
| 2013 Elantra Coupe (manual transmission; 1.8 liter engine) | $350 | $175 | $175 | $195 |
| 2013 Elantra GT (automatic transmission; 1.8 liter engine) | $715 | $358 | $375 | $420 |
| 2013 Elantra GT (manual transmission; 1.8 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Genesis (automatic transmission; 3.8 liter engine) | $715 | $358 | $375 | $420 |
| 2013 Santa Fe Sport 2WD Turbo (automatic transmission; 2.0 liter engine) | $715 | $358 | $375 | $420 |
| 2013 Santa Fe Sport 2WD (automatic transmission; 2.4 liter engine) | $715 | $358 | $375 | $420 |
| 2013 Santa Fe Sport 4WD Turbo (automatic transmission; 2.0 liter engine) | $715 | $358 | $375 | $420 |
| 2013 Santa Fe Sport 4WD (automatic transmission; 2.4 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Tucson 2WD (automatic transmission; 2.0 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Tucson 2WD (automatic transmission; 2.4 liter engine) | $240 | $120 | $125 | $140 |
| 2013 Tucson 2WD (manual transmission; 2.0 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Tucson 4WD (automatic transmission; 2.4 liter engine) | $480 | $240 | $250 | $280 |
| 2013 Veloster Turbo (automatic transmission; 1.6 liter engine) | $240 | $120 | $125 | $140 |
| 2013 Veloster (automatic transmission; 1.6 liter engine) | $585 | $293 | $300 | $330 |
| 2013 Veloster (manual transmission; 1.6 liter engine) | $345 | $173 | $175 | $195 |
| 2013 Veloster Turbo (manual transmission; 1.6 liter engine) | $480 | $240 | $250 | $280 |
| **2012 Model Year** | | | | |
| 2012 Accent (automatic transmission; 1.6 liter engine) | $530 | $265 | $275 | $290 |
| 2012 Accent (manual transmission; 1.6 liter engine) | $510 | $255 | $265 | $280 |
| 2012 Azera (automatic transmission; 3.3 liter engine) | $515 | $258 | $275 | $305 |
| 2012 Elantra (automatic transmission; 1.8 liter engine) | $320 | $160 | $160 | $165 |
| 2012 Elantra (manual transmission. 1.8 liter engine) | $320 | $160 | $160 | $165 |
| 2012 Genesis (automatic transmission; 3.8 liter engine) | $450 | $225 | $240 | $270 |
| 2012 Genesis (automatic transmission; 4.6 liter engine) | $600 | $300 | $315 | $355 |
| 2012 Genesis (automatic transmission; 5.0 liter engine) | $600 | $300 | $315 | $355 |
| 2012 Genesis R-Spec (automatic transmission; 5.0 liter engine) | $675 | $338 | $355 | $400 |
| 2012 Sonata Hybrid Electric Vehicle (automatic transmission; 2.4 liter engine) | $320 | $160 | $160 | $170 |
| 2012 Tucson 2WD (automatic transmission; 2.0 liter engine) | $320 | $160 | $170 | $190 |
| 2012 Tucson 2WD (automatic transmission; 2.4 liter engine) | $365 | $183 | $190 | $210 |
| 2012 Tucson 2WD (manual transmission; 2.0 liter engine) | $420 | $210 | $220 | $245 |
| 2012 Tucson 4WD (automatic transmission; 2.4 liter engine) | $425 | $213 | $220 | $245 |
| 2012 Veloster (automatic transmission; 1.6 liter engine) | $535 | $268 | $285 | $320 |
| 2012 Veloster (manual transmission; 1.6 liter engine) | $360 | $180 | $190 | $200 |
| **2011 Model Year** | | | | |
| 2011 Elantra (automatic transmission; 1.8 liter engine) | $320 | $160 | $160 | $160 |
| 2011 Elantra (manual transmission; 1.8 liter engine) | $345 | $173 | $160 | $160 |
| 2011 Sonata Hybrid Electric Vehicle (automatic transmission; 2.4 liter engine) | $280 | $140 | $140 | $140 |