# EXHIBIT D

Last Name: ☐☐☐☐☐☐☐☐☐☐☐☐  First Initial: ☐

**HYUNDAI FUEL ECONOMY CLASS ACTION SETTLEMENT CLAIM FORM**

If you own more than one affected vehicle, you must submit separate claim forms for each vehicle.

**To make a claim for a Hyundai vehicle in the HYUNDAI/KIA FUEL ECONOMY LITIGATION settlement, you must complete and return this form (along with any required documentation) by U.S. mail, postmarked no later than [9 months after deadline for class notice mailing] to:**

**Hyundai Fuel Economy Class Action Settlement Center
P.O. Box 10759
Newport Beach, CA 92658
FAX: 949-260-4190
Email: hyundaimpgsettlement@jnrcorp.com**

**IMPORTANT:  BEFORE FILLING OUT THIS FORM, READ THIS ENTIRE CLAIM FORM AND THE ACCOMPANYING CLASS NOTICE CAREFULLY.  THE CLASS NOTICE CONTAINS ADDITIONAL INFORMATION REGARDING YOUR ELIGIBILITY FOR SETTLEMENT BENEFITS AND OTHER IMPORTANT INFORMATION.**

If you do not have a copy of the class notice, you can download a copy online by visiting www.HyundaiMPGClassSettlement.com or request a copy by calling [HMA TOLLFREE].

> **STEP 1:  Did you purchase or lease a vehicle listed below on or before November 2, 2012?**
> ☐ **YES**    ☐ **NO**

If **YES**, check the box next to your vehicle model, which is listed below and go to **STEP 2**.  ("MY" in the list below stands for "Model Year.")

If you checked **NO**, you are not a class member and **you are not eligible** for Settlement Benefits.

<u>2013 Model Year Vehicles</u>:

- ☐ 2013 MY Accent (automatic transmission; 1.6 liter engine)
- ☐ 2013 MY Accent (manual transmission; 1.6 liter engine)
- ☐ 2013 MY Azera (automatic transmission; 3.3 liter engine)
- ☐ 2013 MY Elantra (automatic transmission; 1.8 liter engine)
- ☐ 2013 MY Elantra (manual transmission; 1.8 liter engine)
- ☐ 2013 MY Elantra Coupe (automatic transmission; 1.8 liter engine)
- ☐ 2013 MY Elantra Coupe (manual transmission; 1.8 liter engine)
- ☐ 2013 MY Elantra GT (automatic transmission; 1.8 liter engine)
- ☐ 2013 MY Elantra GT (manual transmission; 1.8 liter engine)
- ☐ 2013 MY Genesis (automatic transmission; 3.8 liter engine)
- ☐ 2013 MY Santa Fe Sport 2WD Turbo (automatic transmission; 2.0 liter engine)
- ☐ 2013 MY Santa Fe Sport 2WD (automatic transmission; 2.4 liter engine)
- ☐ 2013 MY Santa Fe Sport 4WD Turbo (automatic transmission; 2.0 liter engine)
- ☐ 2013 MY Santa Fe Sport 4WD (automatic transmission; 2.4 liter engine)
- ☐ 2013 MY Tucson 2WD (automatic transmission; 2.0 liter engine)
- ☐ 2013 MY Tucson 2WD (automatic transmission; 2.4 liter engine)
- ☐ 2013 MY Tucson 2WD (manual transmission; 2.0 liter engine)
- ☐ 2013 MY Tucson 4WD (automatic transmission; 2.4 liter engine)
- ☐ 2013 MY Veloster Turbo (automatic transmission; 1.6 liter engine)
- ☐ 2013 MY Veloster (automatic transmission; 1.6 liter engine)
- ☐ 2013 MY Veloster (manual transmission; 1.6 liter engine)
- ☐ 2013 MY Veloster Turbo (manual transmission; 1.6 liter engine)

2012 Model Year Vehicles:

- ☐ 2012 MY Accent (automatic transmission; 1.6 liter engine)
- ☐ 2012 MY Accent (manual transmission; 1.6 liter engine)
- ☐ 2012 MY Azera (automatic transmission; 3.3 liter engine)
- ☐ 2012 MY Elantra (automatic transmission; 1.8 liter engine)
- ☐ 2012 MY Elantra (manual transmission; 1.8 liter engine)
- ☐ 2012 MY Genesis (automatic transmission; 3.8 liter engine)
- ☐ 2012 MY Genesis (automatic transmission; 4.6 liter engine)
- ☐ 2012 MY Genesis (automatic transmission; 5.0 liter engine)

2011 Model Year Vehicles:

- ☐ 2011 MY Elantra (automatic transmission; 1.8 liter engine)
- ☐ 2011 MY Elantra (manual transmission 1.8 liter engine)
- ☐ 2011 MY Sonata Hybrid Electric Vehicle (automatic transmission; 2.4 liter engine)

- ☐ 2012 MY Genesis R-Spec (automatic transmission; 5.0 liter engine)
- ☐ 2012 MY Sonata Hybrid Electric Vehicle (automatic transmission; 2.4 liter engine)
- ☐ 2012 MY Tucson 2WD (automatic transmission; 2.0 liter engine)
- ☐ 2012 MY Tucson 2WD (automatic transmission; 2.4 liter engine)
- ☐ 2012 MY Tucson 2WD (manual transmission; 2.0 liter engine)
- ☐ 2012 MY Tucson 4WD (automatic transmission; 2.4 liter engine)
- ☐ 2012 MY Veloster (automatic transmission; 1.6 liter engine)
- ☐ 2012 MY Veloster (manual transmission; 1.6 liter engine)

**STEP 2: Place an X on the line next to the category that describes you.**

Check one of the boxes below and then go to **STEP 3**.

☐ You are the original purchaser of the vehicle identified in STEP 1 <u>AND</u> you still owned the vehicle as of December 23, 2013.  You are considered a **Current Original Owner**.

☐ You are the second or subsequent purchaser of the vehicle identified in STEP 1 <u>AND</u> you still owned the vehicle as of December 23, 2013.  You are considered a **Current Non-Original Owner**.

☐ You are a former or current lessee of the vehicle identified in STEP 1 <u>AND</u> you still leased the vehicle as of December 23, 2013.  You are considered a **Current Lessee**.

☐ You are a former owner of the vehicle identified in STEP 1, and you no longer owned the vehicle as of December 23, 2013.  You are considered a **Former Owner**.

☐ You are a former lessee of the vehicle identified in STEP 1, and you no longer leased or owned the vehicle as of December 23, 2013.  You are considered a **Former Lessee**.

☐ You are acting on behalf of a governmental entity or a corporation or other entity that is the current or former owner of the vehicle identified in STEP 1 that negotiated the purchase terms directly with Hyundai Motor America, as opposed to one of their authorized dealerships (hereinafter referred to as a "Fleet Vehicle") AND the purchase agreement <u>does not</u> contain a repurchase provision AND the vehicle is not available to be rented or leased.  If you check this box, you must also check one of the two boxes below:

  ☐ The Fleet Vehicle identified in STEP 1 was still owned as of December 23, 2013 by the governmental entity or corporation or other entity that purchased it.  You are considered a **Current Fleet Owner**.

  ☐ The Fleet Vehicle identified in STEP 1 was no longer owned as of December 23, 2013 by the governmental entity or corporation or other entity that purchased it.  You are considered a **Former Fleet Owner**.

\DC - 029016/000012 - 3963821 v28

**STEP 3:  Do you want to receive A Lump Sum Payment or do you want to remain in, or register for, the Lifetime Reimbursement Program?**

**You may elect to receive either a Lump Sum Payment or future benefits under the Lifetime Reimbursement Program, but not both.  A summary of these options is below.  For a step-by-step comparison of these options, go to Question 9 of the Class Notice.**

Lump Sum Payment

> Lump Sum Payments are calculated based upon several factors, including the extra fuel cost for the average time of vehicle ownership.  A Lump Sum Payment provides compensation in one payment, without the need for additional dealer visits or paperwork.  You can determine the maximum cash value of your Lump Sum Payment.  (As explained below, this maximum cash value will be reduced by any amounts already received in the Lifetime Reimbursement Program).  For Current owners and lessees, the maximum cash value of your Lump Sum Payment can be found on Schedule A, at the end of the Class Notice.  Find the compensation amount on Schedule A for (a) your vehicle model as indicated in the answer to STEP 1, and (b) the category you checked in STEP 2.  (If you do not have a copy of the Class Notice, you can download a copy online by visiting www.HyundaiMPGClassSettlement.com or request a copy by calling [HMA TOLLFREE].)  For Former owners and lessees, the maximum cash value of your Lump Sum Payment can be determined by utilizing the reimbursement calculator located at www.HyundaiMPGClassSettlement.com for Hyundai Class Vehicles.

> If you elect to receive a Lump Sum Payment, you may also elect to receive those benefits in the form of a Dealer Service Debit Card worth 150% of the cash value or a New Car Rebate Certificate worth 200% of the cash value in STEP 4, below.

> If you previously registered to receive benefits under the Lifetime Reimbursement Program, you may still choose to receive an up-front Lump Sum Payment instead of the future benefits available to current owners and lessees under the Lifetime Reimbursement Program.  If you choose to receive a Lump Sum Payment, you will receive the value of the Lump Sum Payment less the amount of money you previously received under the Lifetime Reimbursement Program.  (The value of the payment forms selected in STEP 4 will be calculated prior to subtracting any money previously received under the Lifetime Reimbursement Program.)  If you are not sure of the amount that you have already received under the Lifetime Reimbursement Program, you can call [HMA TOLLFREE].

Lifetime Reimbursement Program

> The Lifetime Reimbursement Program allows you to make periodic requests for reimbursement of extra fuel costs at your Hyundai dealer for the time of your vehicle ownership.  You can estimate your Lifetime Reimbursement Program compensation online at www.HyundaiMPGClassSettlement.com.  Certain Class Members selecting this option may be entitled to additional compensation. (See Step 6 below: "Additional Compensation Eligibility.")

In making your election, you should consider your own personal circumstances and which form of compensation is best for you.  Details regarding the Lump Sum Settlement Benefits and the Lifetime Reimbursement Program can be found in Questions 6 through 9 of the Class Notice.  You can also review the FAQ section at www.HyundaiMPGClassSettlement.com.

**Select only one of the options below:**

☐ **Lump Sum Payment**          ☐**Lifetime Reimbursement Program**

If you selected Lump Sum Payment, go to **STEP 4**.
If you selected Lifetime Reimbursement Program, go to **STEP 5.**

Page 4

**STEP 4:  Choose how you prefer to receive your Lump Sum Payment.**

Check one of the boxes below and then go to **STEP 6**.

☐ **Debit Card**.  This debit card can be used like cash and will be pre-loaded with the cash value from Schedule A (at the end of the Class Notice) that corresponds to your vehicle (STEP 1) and the category you checked in STEP 2, less any amounts already received in the Lifetime Reimbursement Program.  The balance of the card can be deposited to a checking or other bank account.  It will expire one year after it is issued.

☐ **Dealer Service Debit Card.**  The dealer service debit card can be used for goods and services at any authorized participating Hyundai dealership and will be pre-loaded with a value that is **1.5 times** (150%) the amount that would otherwise be loaded on a Debit Card, less any amounts already received in the Lifetime Reimbursement Program.  It will expire two years after it is issued.

☐ **New Car Rebate Certificate**.  The new car rebate certificate can be applied toward the purchase of a new Hyundai vehicle and will be pre-loaded with a value that is **double** (200%) the amount that would otherwise be loaded on a Debit Card, less any amounts already received in the Lifetime Reimbursement Program.  It will expire three years after it is issued.

**STEP 5:  ANSWER ONLY IF YOU CHECKED LIFETIME REIMBURSEMENT PROGRAM IN STEP 3.**

Are you considered a Current Original Owner, qualifying Former Owner, Current Lessee, or Current Fleet Owner of an Elantra, Accent, Veloster or Sonata Hybrid Class Vehicle?  (To be a qualifying Former Owner, you must:  (a) be the original *retail* vehicle owner; and (b) have remained the owner on February 12, 2013.)

☐**YES**        ☐**NO**

If you answered **NO**, go to **STEP 6**.

If you answered **YES**, which of the payment forms described in STEP 4 do you wish to elect for your Additional Compensation?  (This Additional Compensation is described in the response to Question 9 of the Class Notice.)  Check one of the boxes below and then go to **STEP 6**.

☐**Debit Card**

☐**Dealer Service Debit Card**

☐**New Car Rebate Certificate**

☐**No Thanks.  I opt to remain in the Lifetime Reimbursement Program, but do not wish to receive this additional compensation.**

Note:  if you have not already registered for the Lifetime Reimbursement Program and wish to do so (and you have not checked the "Lump Sum Settlement Benefits" box in STEP 3), registration information is available at:  www.HyundaiMPGClassSettlement.com.  Eligible owners and lessees must register within nine (9) months of [Deadline for date that class notice must be mailed.]

Page 5

**STEP 6: Please print your name, address and vehicle information below. Please print neatly.**

First Name: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Last Name: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Address 1: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Address 2: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

City: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐   State: ☐☐

Zip Code: ☐☐☐☐☐ – ☐☐☐☐   Telephone: ☐☐☐ – ☐☐☐ – ☐☐☐☐

Email: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Unique ID: ☐☐☐☐☐☐☐

*Your Unique ID can be found on the Settlement Notice Mailer that you should have received in the mail. If you do not have your Unique ID, see the instructions in Step 7 below.

**Your Vehicle:**

Brand (Hyundai): ☐☐☐☐☐☐   Model: ☐☐☐☐☐☐☐☐

Model Year: ☐☐☐☐   VIN: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

*The VIN is located on a placard on the top of the dashboard and is visible through the driver's side corner of the windshield. It also appears on your vehicle registration card and probably appears on your vehicle insurance card.

Go to **STEP 7**.

\DC - 029016/000012 - 3963821 v28

| Last Name: | | | | | | | | | | First Initial: |
|---|---|---|---|---|---|---|---|---|---|---|

**STEP 7: CERTIFICATION.  You must date, sign, and mail this CLAIM FORM so that it is postmarked by [9 months after deadline for class notice mailing] in order to make a valid claim.**

- Make sure you have written your last name and first initial on the top of each page.

- Be sure to include your VIN number in STEP 6 above.  The VIN is located on a placard on the top of the dashboard and is visible through the driver's side corner of the windshield.  It also appears on your vehicle registration card and probably appears on your vehicle insurance card.

- Be sure to include your Unique ID in STEP 6, above.  Your Unique ID can be found on the Settlement Notice Mailer that you should have received in the mail.  If you do not have your Unique ID, you must also provide proof that you owned or leased the vehicle as of November 2, 2012, such as a copy of the registration certificate in effect on November 2, 2012.

- If you do not have your Unique ID and you are considered a "Current" owner or lessee (see STEP 2), you must also provide a copy of the current registration (or a copy of the registration in effect on December 23, 2013).

- If you have listed, in STEP 6, a new address that is not already on file with Hyundai, please include proof of your current address, such as a utility bill.

- If you are considered a Former owner or lessee, please also include evidence of the mileage when you bought and sold the vehicle (such as purchase and sale contract or related documents, odometer disclosure statements, smog certifications, repair orders, title documents or other documents demonstrating mileage at the time of purchase and/or sale/disposal).

- If you elected to receive Additional Compensation in STEP 5 and you are a qualifying Former Owner, please also include evidence that you:  (a) were the original *retail* vehicle owner; and (b) you remained the owner on February 12, 2013 (such as a purchase and sale contract and registration in effect on February 12, 2013).

**By signing and submitting this Claim Form, you certify that all of the foregoing information is true and correct.**

_____    _____
Date                                               Signature

**PLEASE MAKE SURE YOU WRITE YOUR LAST NAME AND UNIQUE ID ON EACH PAGE OF THIS FORM.**

**PLEASE MAKE A COPY OF YOUR COMPLETED FORM AND ATTACHMENTS FOR YOUR RECORDS**.

**Mail, fax or email this Claim Form and any required documentation to:**

**Hyundai Fuel Economy Class Action Settlement Center
P.O. Box 10759
Newport Beach, CA 92658
FAX: 949-260-4190
Email: hyundaimpgsettlement@jnrcorp.com**