QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Joseph R. Ashby (Bar No. 248579)
  josephashby@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Hyundai Motor America and Hyundai Motor Company

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>HYUNDAI AND KIA FUEL ECONOMY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. MDL 13-02424-GW (FFMx)<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH R. ASHBY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: July 24 2014<br>Time: 9:30 a.m.<br>Courtroom: 10<br>Hon. George H. Wu |

SUPPLEMENTAL DECLARATION OF JOSEPH R. ASHBY

I, Joseph R. Ashby, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Hyundai Motor America. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 18** is a true and correct copy of a print-out from the Hyundai website showing details of the Canadian reimbursement program for affected Hyundai vehicles, as available at https://hyundaifuelconsumption.ca/faq.

3. Attached as **Exhibit 19** is a true and correct copy of a print-out from the Kia website showing details of the Canadian reimbursement program for affected Kia vehicles, as available at https://kiafuelconsumption.ca/faq.

4. Attached as **Exhibit 20** is a true and correct copy of a notice of settlement approval hearings in the Superior Court of Quebec and the Ontario Superior Court of Justice, as available at http://www.classaction.ca/CMSFiles/PDF/Consumer/HyundaiKia/Notice%20of%20Settlement%20Approval%20Hearing%20%28English%29.PDF.

5. Attached as **Exhibit 21** is a true and correct copy of the Canadian settlement agreement, as available at https://hyundaifuelconsumption.ca/assets/content/FINAL_Settlement_Agreement_-_Unsigned.pdf.

6. Attached as **Exhibit 22** is a copy of an order from the Ontario Superior Court of Justice regarding the approval of the Canadian class settlement, which is attached as Exhibit 21, and is dated as being released on March 19, 2014.

/ / /
/ / /
/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 9, 2014, at Los Angeles, California.

*Joseph R. Ashby*

_____
Joseph R. Ashby