# EXHIBIT 18



# FAQ

- I heard the U.S. customers are being offered lump-sum payments. What about Canada?
- Why has Hyundai adjusted its fuel consumption ratings?
- How did these errors occur?
- How much is Hyundai's fuel economy being reduced?
- How is Hyundai compensating customers?
- Where can I find detailed information on the vehicles involved?
- Am I eligible for compensation?
- What does this mean for Hyundai's fuel efficiency performance?
- How will Hyundai ensure these errors don't happen again?
- Will changes in fuel ratings mean higher emissions?
- Where does the average fuel price come from?
- How do I get compensated?
- How is compensation calculated?
- How will compensation be provided?
- How soon will I receive my compensation?
- How do I register for compensation?
- I bought my car used – do I qualify?
- What if I've sold an affected vehicle?
- I leased an affected vehicle. Can I participate in the Fuel Reimbursement program?
- I do not achieve the published fuel consumption rates, why is my vehicle not eligible for reimbursement?
- Why can I not achieve the same fuel consumption rates as posted by Transport Canada or in the EnerGUIDE?
- When I convert between U.S. and Canadian fuel consumption figures, the numbers don't seem to match up. Why?
- Is the compensation calculation method different between Canada and the U.S.?
- Where can I find the nearest Hyundai dealership?
- What is a VIN?
- For the compensation registration, where do I find my car's VIN information?
- How should customers contact Hyundai Auto Canada Corp. about the Fuel Reimbursement Program?

## I heard the U.S. customers are being offered lump-sum payments. What about Canada?

Hyundai Auto Canada Corp. is aware of a recent announcement in the U.S. regarding a class action settlement for customers affected by an adjustment to its fuel consumption estimates. A separate class action is in progress in Canada and Hyundai Auto Canada Corp. has been working

Exhibit 18
Page 3

cooperatively with counsel representing affected Canadian customers. While the company hopes to reach an agreement in early 2014, there have been no changes to the company's existing reimbursement program and it remains available to all affected customers.

## Why has Hyundai adjusted its fuel consumption ratings?

Due to procedural errors at our testing operations in Korea, Hyundai is reducing the fuel consumption ratings for approximately 130,000 vehicles sold between 2010 and 2012. We are taking immediate steps to correct these errors, including relabeling the fuel consumption ratings for vehicles currently in showrooms and compensating all affected vehicle owners.

## How did these errors occur?

In order to measure and calculate fuel economy a manufacturer must first assess each vehicle's "coastdown" value. Coastdown testing is used to measure all types of resistance encountered by a vehicle during real-world operation, including aerodynamic, tire rolling and drivetrain resistance, or frictional losses. It was during this process that our testing operations made the procedural errors.

## How much is Hyundai's fuel economy being reduced?

On average, for 2013 models this has resulted in a reduction in fuel efficiency by 0.3 L/100km.

## How is Hyundai compensating customers?

We recognize that fuel consumption plays an important role in many buying decisions. We are putting in place a comprehensive reimbursement program for affected current and former vehicle owners to cover the additional fuel costs associated with the fuel consumption rating change. Detailed information about our reimbursement program is available at www.HyundaiFuelConsumption.ca.

## Where can I find detailed information on the vehicles involved?

Affected vehicles are:

- 2012-2013 Accent
- 2011-2013 Elantra
- 2013 Elantra GT
- 2013 Elantra Coupe
- 2012-2013 Veloster
- 2012-2013 Genesis
- 2012-2013 Tucson
- 2013 Santa Fe
- 2011-2012 Sonata Hybrid

Additional details can be found at www.HyundaiFuelConsumption.ca (http://www.HyundaiFuelConsumption.ca) .

## Am I eligible for compensation?

Exhibit 18
Page 4

If you purchased an <u>affected vehicle</u>, either new or used – or have sold an affected vehicle – you are eligible for reimbursement. Detailed information about our reimbursement program is available at www.HyundaiFuelConsumption.ca (http://www.HyundaiFuelConsumption.ca) .

## What does this mean for Hyundai's fuel efficiency performance?

With the adjusted fuel consumption ratings, the Hyundai brand will continue to deliver among the best fuel consumption performance in the industry.

## How will Hyundai ensure these errors don't happen again?

Hyundai's fuel consumption ratings are certified by the U.S. Environmental Protection Agency (EPA), certification which is accepted by Environment Canada for auto imports into Canada. We worked closely with the EPA to make the changes and have agreed to conduct all future testing in the manner EPA has communicated to us and to rectify certain procedural errors found during the test program.

## Will changes in fuel ratings mean higher emissions?

Any emissions impact should be minimal, given that on average, Hyundai's combined fleet fuel consumption levels for the 2013 model year are reduced by 0.3 L/100km.

## How do I get compensated?

<u>Current owners (original and subsequent):</u>  Current owners can make a claim through the following process: (1) visit www.HyundaiFuelConsumption.ca (http://www.hyundaifuelconsumption.ca) to see if they qualify and calculate estimated reimbursement. (2) visit their local Hyundai dealer. The dealership will confirm the vehicle's odometer reading and submit a claim on the owner's behalf.

<u>Former owners (original and subsequent)</u>:  Past owners can make a claim through the following process: (1) visit www.HyundaiFuelConsumption.ca (http://www.hyundaifuelconsumption.ca) to see if they qualify and calculate estimated reimbursement. (2) visit their local Hyundai dealership with proof of kilometres driven during their ownership of the vehicle (e.g., purchase and sale documents, odometer disclosure statements, smog certification, repair orders or other documents demonstrating mileage). The dealership will submit a claim on the owner's behalf.

Detailed information about our reimbursement program is available at www.HyundaiFuelConsumption.ca (http://www.hyundaifuelconsumption.ca) .

## How is compensation calculated?

Compensation is calculated by taking the difference between the old and new combined fuel consumption ratings, multiplied by the 2012 average fuel price in the owner's region, and the actual kilometres driven on the vehicle. The reimbursement amount calculations will also include an additional 15% in acknowledgement of the inconvenience this may cause. Prior owners of affected vehicles will be reimbursed using the same formula.

<u>**Fuel Reimbursement Example:**</u>

Exhibit 18
Page 5

**Vehicle:** 2011 Elantra Automatic
**Kilometers driven:** 20,000
**Location:** Alberta
**Original Combined Fuel Consumption Rating:** 6.0 L/100km
**Revised Combined Fuel Consumption Rating:** 6.3 L/100km
**January-October 2012 Western regional average fuel price (per litre):** $1.241

**Litres of fuel eligible for reimbursement:** [(20,000 * 6.3) / 100] – [(20,000 * 6.0) / 100] = 60
**Fuel reimbursement amount:** 60 * $1.241 = $74.46
**Acknowledgement of inconvenience (15%):** 0.15 * $74.46 = $11.17

**Total Estimated Reimbursement Amount:** $74.46 + $11.17 = $85.63

## Where does the average fuel price come from?

The average fuel price is sourced from The Kent Group, an independent company that also supplies prices used to support analysis found on the Natural Resources Canada Fuel Focus website. For the Hyundai Fuel Reimbursement Program, The Kent Group supplies the average fuel prices in four regions (Western, Ontario, Quebec, and Atlantic) to ensure both rural and urban fuel prices are captured. More information can be found here: http://www.kentmarketingservices.com (http://www.kentmarketingservices.com) .

## How will compensation be provided?

Customers will receive a pre-paid credit card. Current owners will be able to apply for a new pre-paid credit card at any time for as long as they own the vehicle. Hyundai recommends customers apply for a new card annually or every 20,000 km.

## How soon will I receive my compensation?

Hyundai will review customer requests and send the reimbursement within 30 days of their complete claim submission.

## How do I register for compensation?

To obtain an estimate of your reimbursement, please visit www.hyundaifuelconsumption.ca (http://www.hyundaifuelconsumption.ca) . Registration is completed by visiting a dealership to confirm the odometer reading.

## I bought my car used – do I qualify?

Yes, provided the vehicle was purchased prior to November 3, 2012. Owners can make a claim through the following process: (1) visit www.HyundaiFuelConsumption.ca (http://www.hyundaifuelconsumption.ca) to see if they qualify and calculate estimated reimbursement. (2) visit their local Hyundai dealer with proof of purchase and odometer reading at time of purchase. The dealership will confirm the vehicle's odometer reading and submit a claim on the owner's behalf.

## What if I've sold an affected vehicle?

Exhibit 18
Page 6

To make a claim for vehicles sold prior to November 3, 2012, customer must: (1) visit a Hyundai dealer with proof of original purchase and odometer reading as well as proof of sale with odometer reading at time of sale.

### I leased an affected vehicle. Can I participate in the Fuel Reimbursement program?

Absolutely. The Hyundai Fuel Reimbursement program is also available to customers that have leased affected vehicles. Further, if a lease customer decides to purchase their affected vehicle, they will continue to be eligible to apply for a new pre-paid credit card at any time for as long as they own the vehicle.

### I do not achieve the published fuel consumption rates, why is my vehicle not eligible for reimbursement?

The vehicles identified in the fuel consumption ratings announcement made on November 2, 2012 are specific vehicle models that were determined as having been affected by a procedural error in the fuel economy testing process. As a result, the fuel consumption ratings for those specific models are being corrected.

If your vehicle is not one of the specific affected models, its published fuel consumption rating complies with the guidelines set out by the relevant Canadian federal government agencies. As a result, your vehicle is not eligible for reimbursement.

### Why can I not achieve the same fuel consumption rates as posted by Transport Canada or in the EnerGUIDE?

The Fuel Consumption ratings, published in the Fuel Consumption Guide or on the EnerGUIDE Label for Vehicles, are determined in laboratories according to a specific, regulated procedure. Actual fuel consumption can be impacted by a number of real-world driving factors such as driving style and behaviour, road conditions, and weather conditions. For information on the fuel consumption testing procedure in Canada, please visit the Natural Resources Canada website at: http://oee.nrcan.gc.ca/cars-light-trucks/buying/fuel-consumption-testing/18472 (http://oee.nrcan.gc.ca/cars-light-trucks/buying/fuel-consumption-testing/18472)

Actual fuel consumption can be impacted by a number of real-world driving factors such as driving style and behaviour, road conditions, and weather conditions. For more details on how the fuel consumption ratings are calculated, factors impacting real-world fuel consumption, and tips on how to improve fuel consumption, please refer to the Natural Resources Canada website at: http://oee.nrcan.gc.ca/cars-light-trucks/driving/fuel-efficient-driving-techniques/17823 (http://oee.nrcan.gc.ca/cars-light-trucks/driving/fuel-efficient-driving-techniques/17823)

### When I convert between U.S. and Canadian fuel consumption figures, the numbers don't seem to match up. Why?

The U.S. and Canada estimate fuel efficiency ratings in different ways. In accordance with Canadian Government standards, Canadian fuel consumption values are computed using a two cycle laboratory test procedure to mimic a city and highway drive. In the U.S., the Environmental Protection Agency fuel economy values are computed using a five cycle laboratory test procedure (the two used in Canada, plus three additional tests).

Exhibit 18
Page 7

Details on the Canadian fuel consumption calculations can be found here: http://oee.nrcan.gc.ca/cars-light-trucks/buying/fuel-consumption-testing/18472 (http://oee.nrcan.gc.ca/cars-light-trucks/buying/fuel-consumption-testing/18472)

Details on the US fuel economy calculations can be found here: http://www.fueleconomy.gov/feg/fe_test_schedules.shtml (http://www.fueleconomy.gov/feg/fe_test_schedules.shtml)

### Is the compensation calculation method different between Canada and the U.S.?

No, there is no difference in the compensation calculation method between Canada and the U.S.. The program is tailored for each customer's affected vehicle and calculates compensation by taking the difference between the old and new combined fuel consumption ratings, multiplied by the average fuel price in the owner's region and the actual kilometres driven on the vehicle. The reimbursement calculation amounts also include an additional 15% in acknowledgment of the inconvenience this may cause.

### Where can I find the nearest Hyundai dealership?

Please visit www.hyundaicanada.com (http://www.hyundaicanada.com) to find your local Hyundai dealership.

### What is a VIN?

A Vehicle Identification Number, commonly known as a VIN, is a unique serial number used to identify individual vehicles type, model, body style, engine size and transmission.

### For the compensation registration, where do I find my car's VIN information?

There are a number of ways to locate your VIN:

- On the driver' side dashboard – look through your wind shield on the bottom right hand corner when you are facing the car
- On the inside of the driver's door panel
- On your registration

### How should customers contact Hyundai Auto Canada Corp. about the Fuel Reimbursement Program?

You can contact us by any of these means:

**Phone:**
1-888-673-7773

**Email:**
fueleconomy@hyundaicanada.com (mailto:fueleconomy@hyundaicanada.com)

Exhibit 18
Page 8

**Mail:**
Hyundai Auto Canada Corp.
75 Frontenac Drive
Markham, ON
L3R 6H2

**Exhibit 18**
**Page 9**