# EXHIBIT 19

Case 2:13-ml-02424-GW-FFM   Document 271-7   Filed 07/09/14   Page 2 of 5   Page ID #:4354



# FAQ

## I've applied for reimbursement. When should I expect my pre-paid card to arrive?

Personalized pre-paid cards are currently being sent out to owners who have successfully completed the application process. We appreciate your patience.

## What exactly happened? What went wrong?

Hyundai/Kia have announced an adjustment to the fuel consumption ratings for approximately 172,000 select vehicles, including slightly more than 41,000 select Kia vehicles sold between 2010 and 2012. This announcement was made after identifying some discrepancies in fuel efficiency test results that were traced to procedural errors made during the vehicle testing process at the companies' joint testing operation in Korea.

## How do I know if my vehicle is affected?

Consumers can visit www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) to see if your vehicle is affected, and if so, how to obtain compensation.

## Which vehicles specifically are affected?

The following vehicles are potentially affected:

- 2012 and 2013 Model Year Soul
- 2012 and 2013 Model Year Rio
- 2012 and 2013 Sportage
- Select 2012 and 2013 Sorento (2.4L GDI engine only)
- 2011 and 2012 Optima Hybrid

**NOTE:** This action does not affect our Kia Optima (non-Hybrid), Forte family, Sedona, Rondo and select Sorento (non-2.4L GDI engine).

## How do I find out if I am eligible for compensation?

If you purchased an affected vehicle either new or used – or have sold an affected vehicle – you are eligible for reimbursement for your added fuel costs associated with the fuel ratings adjustments.  Please visit www.kiafuelconsumption.ca (https://kiafuelconsumption.ca/) to see if your vehicle is affected, and if so, how to obtain compensation. For further information, please call our dedicated hotline at 1-877-542-2886.

**Exhibit 19**
**Page 10**
7/7/2014

https://kiafuelconsumption.ca/faq

## I do not achieve the published fuel consumption rates, why is my vehicle not eligible for reimbursement?

The vehicles identified in the fuel consumption ratings announcement made on November 2, 2012 are for specific vehicle models that were determined as having been affected by a procedural error in the fuel economy testing process. As a result, the fuel consumption ratings for those specific models are being corrected.

All other vehicles that are not specifically identified in the announcement are not impacted by this correction. As your vehicle has not been identified on this list, it is not affected and therefore does not qualify for the Reimbursement Program.

With regards to specific fuel consumption concerns, more details on how the fuel consumption ratings are calculated, factors impacting fuel consumption and tips on how to improve fuel consumption can be obtained at the Transport Canada website at:
http://www.tc.gc.ca/eng/programs/environment-fcp-faq-139.htm
(http://www.tc.gc.ca/eng/programs/environment-fcp-faq-139.htm)

## Why can I not achieve the same fuel consumption rates as posted by Transport Canada or in the EnerGUIDE?

The Fuel Consumption ratings, published in the Fuel Consumption Guide or on the EnerGUIDE Label for Vehicles, are determined in laboratories according to a specific, regulated procedure, and provide a standardized and reliable comparison of the fuel consumption of different vehicles.  Actual fuel consumption can be impacted by a number of real-world driving factors. For more details on how the fuel consumption ratings are calculated, factors impacting fuel consumption, and tips on how to improve fuel consumption, please refer to the Transport Canada website at: http://www.tc.gc.ca/eng/programs/environment-fcp-faq-139.htm
(http://www.tc.gc.ca/eng/programs/environment-fcp-faq-139.htm)

## How are affected customers being compensated?

Kia is developing a comprehensive reimbursement program for affected current and former vehicle owners to cover the additional fuel costs associated with the fuel economy rating adjustments. Please visit www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) to see if your vehicle is affected, and if so, how to obtain compensation.

## As an owner of an affected Kia vehicle, how exactly will I be compensated?

Customers will receive a personalized, pre-paid credit card that will reimburse them for the difference in the combined fuel consumption rating, based on the average fuel price in their region and their own actual kilometres driven. Current owners will be able to refill their pre-paid card at any time for as long as they own the vehicle. Prior owners of affected vehicles who have already sold their cars will also be reimbursed using the same formula. As an acknowledgement of the inconvenience this may cause, we have included an extra 15% in the calculation of the total reimbursement amount.

## Do I have to register someplace to get my compensation or will the company contact me?

**Exhibit 19**
**Page 11**

As of Tuesday, Nov. 6 as of 6:00 pm, you will be able to determine your compensation through the calculator tool on www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) . You will not need to register, but will need to provide some basic information in order to determine your eligibility.

## Can I go to my dealer and get my compensation?

Once customers determine their eligibility, they will be required to visit their preferred Kia Canada dealership in order to receive compensation, which will be distributed by mail. For more information about reimbursement and a list of eligible vehicles, customers can visit www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) .

## Your website's compensation registration page asks for VIN. Where do I find this information?

Your VIN is your Vehicle Identification Number – it can be found by looking at the dashboard on the driver's side of the vehicle. The easiest way to view it is to stand outside the vehicle on the driver's side and look at the corner of the dashboard where it meets the windshield.  VIN numbers are also listed on insurance cards/policies and vehicle registration documentation.

## Where can I find the nearest Kia dealership?

Please visit www.kia.ca (http://www.kia.ca) for specific information and directions to the closest Kia dealership.

## I live a long way from a Kia dealership – do I have to actually go to a dealership to get compensated?

Once you have determined online whether your vehicle is affected, you can go to nearly any of our approximately 180 dealers in Canada, and if you have any questions on the logistics please feel free to call your local dealer – or the dealer where you purchased the vehicle – for further info.

## How soon will I get compensated?

We will do everything we can to ensure prompt and proper reimbursement. For more information about reimbursement and a list of eligible vehicles, customers can visit www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) .

## I bought my car used – do I qualify?

All current and former owners of affected vehicles are eligible for this program. Please visit www.kiafuelconsumption.ca (http://www.kiafuelconsumption.ca) to see if your vehicle qualifies.

## I bought one of the affected vehicles, but did not take delivery until after the Nov. 2 cut off date. Will I be entitled to the compensation once I take delivery?

Yes, compensation will be calculated using the same formula as for existing customers, from the

**Exhibit 19**
**Page 12**

time you take delivery of the vehicle for as long as you retain its ownership.

**Exhibit 19**
**Page 13**