Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
Scott Grzenczyk (SBN 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
dsh@girardgibbs.com
smg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative Plaintiffs Kamneel Maharaj, et al.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**LIAISON COUNSEL'S JOINDER IN SUPPORT OF REVISED NOTICE AND CLAIM FORMS SUBMITTED AS ATTACHMENTS TO THE SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY APPROVAL**<br><br>Date: July 24, 2014<br>Time: 9:30am<br>Courtroom: 10<br>Hon. George H. Wu |

On July 9, 2014, the Settling Parties filed a Supplemental Brief in support of their motions for preliminary approval and class certification. (Dkt. No. 271.) Attached to the supplemental brief were revised notices and claim forms. Liaison Counsel submits this joinder is support of the notice and claims process as currently constituted.[1] Given the ease with which class members can submit online claims, Liaison Counsel submits that the notice and claims process – and the settlement on the whole – is fair, adequate, and reasonable.

DATED: July 11, 2014

Respectfully submitted,

By: /s/ Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative Plaintiffs Kamneel Maharaj, et al.*

[1] Liaison Counsel submits this joinder only on behalf of himself and the *Maharaj* plaintiffs.

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on July 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/* Eric H. Gibbs
Eric H. Gibbs