# EXHIBIT 1



# IMPORTANT NOTICE ABOUT YOUR HYUNDAI ELANTRA

**Dear Hyundai Elantra Owner:**

A proposed settlement of a class action affects you, because you purchased a Hyundai Elantra on or before November 2, 2012. **You are entitled to benefits under the settlement**. The U.S. District Court for the Central District of California, authorized this notice. **Please read this notice carefully because it affects your legal rights whether you take action or don't act.**

## What is the lawsuit about?

Class members like you brought a lawsuit alleging Hyundai misrepresented the fuel economy of several of its 2011, 2012, and 2013 vehicles prior to November 2, 2012. The lawsuit claims that people either chose to buy a Hyundai based on the overestimated fuel economy or people would have paid less if they knew the true fuel economy. The lawsuit also claims that Hyundai's Lifetime Reimbursement program did not pay people enough to reimburse them for their fuel costs. Hyundai has denied the lawsuit's allegations. The parties agreed to settle before the Court decided these issues. You are a class member under the settlement because you own a Hyundai Elantra and the last four digits of your Vehicle Identification Number (VIN) are [last four digits]. The settlement will pay class members up to a total of $XXX million.

## How do I get what I am entitled to?

You are entitled to compensation under the settlement. If you want to participate in the settlement, then you can choose <u>one</u> of the following options:

- **You can do nothing. If you do nothing, you will <u>automatically</u> get a cash debit card worth $345.00**; OR
- **IF you want to participate in Hyundai's Lifetime Reimbursement program, <u>then you must file a claim</u>**. This program offers mileage-based compensation for your additional fuel costs for as long as you own your Hyundai. This option may be better for high-mileage drivers (visit www.HyundaiMPGInfo.com for a reimbursement estimator); OR
- **IF you want a Dealer Service Debit Card with a value of $517.50, <u>then you must file a claim</u>**. This card can only be used at an authorized Hyundai dealer for merchandise, parts or service; OR
- **IF you want a New Car Rebate Certificate with a value of $690.00, <u>then you must file a claim</u>**. This certificate can only be used to purchase a new Hyundai vehicle.

**There are some limitations on these options that you should know about.** More information is available at the toll-free number, the address, and the website listed below.

## What if I don't like the settlement?

If you don't like the settlement, then you can choose <u>one</u> of the following options:

- You can object to the settlement. You must object before [date].
- You can exclude yourself from the settlement. The opt-out deadline is [date].

## What else should I know?

**For information about filing a claim, objecting or excluding yourself from the settlement, important deadlines (which can change without notice) or the fees requested by attorneys, you can visit the website below, call toll-free at [number] and/or write to the Hyundai Fuel Economy Class Action Settlement Center, [address details]**. Para vereste aviso en Espanol, vista www.HyundaiMPGClassSettlement.com. For more information, please visit the website at:

www.HyundaiMPGClassSettlement.com





Hyundai Fuel Economy Class Action Settlement Center
P.O. Box 10759
Newport Beach, CA  92658

**IMPORTANT NOTICE FROM THE COURT
ABOUT YOUR 2013 HYUNDAI ELANTRA**

[Name]
Address
[City, State, Zip]

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SANTA ANA, CA
PERMIT NO 222



# IMPORTANT NOTICE FROM THE COURT
# ABOUT YOUR 2013 HYUNDAI ELANTRA
VIN #XXXXXXXXXXXXX[1234]