# **EXHIBIT A**



**Consumer Watchdog Legal Project**

Consumer Watchdog is a non-profit, non-partisan, consumer research and advocacy organization founded in 1985 by consumer attorney and advocate Harvey Rosenfield. Its mission is to provide an effective voice for taxpayers and consumers in an era when special interests dominate public discourse, government, and politics. The organization deploys public interest attorneys, policy experts, strategists, and grassroots activists to expose, confront, and change unjust practices in the private and public sectors.

Consumer Watchdog's Legal Project attorneys advocate for consumers' rights and hold corporations and government officials accountable in federal and state courts and before regulatory agencies.

The Legal Project specializes in highly complex litigation, including class actions in federal and state courts, to address abuses in the marketplace such as illegal overcharges, false advertising, and violation of consumer protection laws. Some of our most notable accomplishments include:

- Settled a class action against Blue Cross for illegally requiring HIV/AIDS patients to purchase their medications from a mail-order pharmacy, threatening their health and privacy. As a result of the settlement, Blue Cross members prescribed HIV/AIDS medications have a right to opt-out of the mail-order program at any time.

- Settled a class action against Blue Cross for illegally closing insurance policies and using large rate hikes to force patients into lower-benefit and higher-deductible health coverage – a practice known as the "death spiral." Relief obtained included a cap on future rate increases and the opportunity for plan members to switch coverage, without medical underwriting, to any open policy regulated by the California Department of Managed Health Care.

- Settled a class action against the Auto Club requiring the insurer to pay $22.5 million in refunds to policyholders who were overcharged for not having prior insurance, a practice that is prohibited by insurance reform Proposition 103.

- Secured a consumer's right to enforce the Insurance Code in court under the state's Unfair Competition Law in a case against Mercury for illegally surcharging drivers without prior insurance.

- Obtained an order from the Insurance Commissioner approving a settlement agreement requiring Farmers Insurance to refund $1.2 million in premium overcharges and pay a $2 million fine to the State for utilizing improper homeowners insurance underwriting practices.

- Successfully blocked insurance rate hike requests by dozens of insurance companies, saving Californians over $2 billion on their auto, homeowners, earthquake, and medical malpractice insurance over the last ten years.

2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: 310-392-0522 • Fax: 310-392-8874

EXPOSE. CONFRONT. CHANGE.
www.ConsumerWatchdog.org

413 E. Capitol St., SE, First Floor
Washington, D.C. 20003
Tel: 202-629-3064 • Fax: 202-629-3066

Consumer Watchdog's attorneys have taken the lead role – authored comprehensive appellate briefs and participated in oral argument – in numerous landmark cases resulting in published appellate and California Supreme Court opinions upholding consumer protection statutes:

- *Consumer Watchdog et al. v. Department of Managed Health Care et al.* (2014) 225 Cal.App.4th 862 (counsel for petitioner Consumer Watchdog) – holding that the Department of Managed Health Care can no longer uphold a health plan's denial of coverage for autism treatment provided or supervised by a nationally board-certified individual on the basis that the provider is not licensed

- *Association of California Insurance Companies v. Poizner* (2009) 180 Cal.App.4th 1029 (counsel for intervenor Consumer Watchdog) – upholding Department of Insurance regulations consistently with the language and purpose of Proposition 103 to promote consumer participation in rate proceedings

- *In re Tobacco II* (2009) 207 P.3d 20 (counsel for amicus curiae Consumer Watchdog) – holding that Prop 64 standing requirements apply only to named plaintiffs and not unnamed putative class members

- *Karnan v. Safeco Ins. Co. of America* (2009) 173 Cal.App.4th 814 (counsel for plaintiff) – allowing plaintiff in a UCL action to proceed with pre-certification discovery to locate class members

- *Fogel v. Farmers Group, Inc.* (2008) 160 Cal.App.4th 1403 (counsel for amicus curiae Consumer Watchdog) – allowing a UCL action to proceed against an insurer challenging as excessive fees paid by policyholders to the insurer's management company

- *Foundation for Taxpayer and Consumer Rights v. Garamendi* (2005) 132 Cal.App.4th 1354 (counsel for plaintiff) – overturning an illegal legislative amendment to Proposition 103 that would have allowed illegal surcharges to drivers who lacked prior insurance coverage

- *State Farm Mutual Automobile Ins. Co. v. Garamendi* (2004) 32 Cal.4th 1029 (counsel for amicus curiae FTCR) – upholding against industry challenge Department of Insurance regulations requiring the public disclosure of insurance redlining data submitted to the Insurance Commissioner as required by Proposition 103

- *Donabedian v. Mercury Ins. Co.* (2004) 116 Cal.App.4th 968 (counsel for amicus curiae Consumer Watchdog) – upholding consumers' right to bring a UCL action to enforce Proposition 103

- *Proposition 103 Enforcement Project v. Quackenbush* (1998) 64 Cal.App.4th 1473 (counsel for plaintiff) – invalidating an illegal legislative amendment to Proposition 103 that would have decreased the amount of refunds owed to policyholders under the initiative's rate rollback provision.

- *Amwest Surety Ins. Co. v. Wilson* (1995) 11 Cal.4th 1243 (counsel for intervenor) – Cal. Supreme Court decision invalidating an illegal legislative amendment to Proposition 103 that would have exempted surety insurance from regulation

- *20th Century Ins. Co. v. Garamendi* (1994) 8 Cal.4th 216 (counsel for intervenor) – Cal. Supreme Court decision upholding insurance rate regulations enforcing Proposition 103's prohibition against excessive or inadequate rates

- *Calfarm Ins. Co. v. Deukmejian* (1989) 48 Cal.3d 805 (counsel for intervenor) – Cal. Supreme Court decision upholding Proposition 103 against constitutional challenge by the insurance industry

Consumer Watchdog's Legal Project is currently litigating high impact consumer protection lawsuits and administrative actions, including:

- A California class action challenging DIRECTV's unconscionable contract terms, including the imposition of an early cancellation penalty on people who discontinue DIRECTV's services before the expiration of a supposed 18-24 month term commitment, even when the satellite TV receiver leased from DIRECTV stops working or a customer moves to an area where the service is no longer available.  (*Imburgia et al. v. DIRECTV* (L.A. County Super. Ct.), Nos. BC 398295 and BC398431.)

- An administrative enforcement action against Mercury Insurance Company for charging excessive and unfairly discriminatory rates by allowing its agents to charge illegal broker fees at the point of sale.  (*In the Matter of Mercury Ins. Co., et al.* (Cal. Dept. Ins.), No. NC03027545.)

- A class action against Blue Shield for violating California law by routinely closing more desirable health plans to new customers and then forcing out existing policyholders by sharply increasing their premiums without offering them the option to switch to plans with comparable coverage.  (*Martin, et al. v. California Physicians' Service, dba Blue Shield of California, et al.* (S.F. Super. Ct.), No. CGC-12-521539.)

- A class action against Blue Cross for violating California law by dramatically increasing "annual" deductibles in the middle of the year and announcing that the company may now change any terms of consumers' contracts each month, including which health care services and benefits are covered. (*Kassouf, et al. v. Blue Cross of California* (L.A. Super. Ct.), No. BC473408.)

## Brief Biographies of Consumer Watchdog Attorneys

**Harvey Rosenfield** (Of Counsel) is one of the nation's foremost consumer lawyers and the founder of Consumer Watchdog. Rosenfield has organized and led countless consumer protection lawsuits and administrative proceedings.

Rosenfield authored insurance reform Proposition 103 and organized the campaign that led to its passage by California voters in 1988. He has also authored or co-authored legislative proposals on patient safety, insurance and utility rate regulation. Rosenfield is the author of the book, Silent Violence, Silent Death: The Hidden Epidemic of Medical Malpractice. (Essential Books, 1994).

Rosenfield, who established Consumer Watchdog in 1985, has worked for the Federal Trade Commission, the U.S. Congress, as a staff attorney for Ralph Nader's Public Citizen Congress Watch and as the Program Director for the California Public Interest Research Group (CALPIRG).

Rosenfield graduated magna cum laude from Amherst College and obtained a joint Law and Masters degree in Foreign Service from Georgetown University.  He received an honorary doctorate from Amherst in 2010. He is admitted to practice in D.C. and California. Rosenfield was admitted to the D.C. Bar in 1979 and California Bar in 1986.

**Pamela Pressley** is Consumer Watchdog's Litigation Director, heading up Consumer Watchdog's litigation and regulatory efforts since 1999.  Pressley has served as lead counsel in challenges to insurance industry rate hike proposals resulting in savings to California policyholders of over $2 billion since 2003.

Additionally, Pressley has led Consumer Watchdog's efforts to enforce Proposition 103's mandates to protect California insurance policyholders against discriminatory practices and premium overcharges, including through rulemaking proceedings before the California Department of Insurance and court actions. Pressley has also authored numerous appellate briefs and presented oral argument in cases seeking to enforce Proposition 103 and California's consumer protection laws. Currently, she is one of the lead attorneys in a certified class action against DIRECTV challenging its illegal early cancellation penalties.

Pressley received her B.A. in Sociology from UCLA and her J.D. from Pepperdine University School of Law. She was admitted to the California Bar in 1995. Before joining Consumer Watchdog, Pressley worked for CALPIRG as its Consumer Attorney and as a staff attorney for the Center for Law in the Public Interest, a non-profit, public interest law firm specializing in consumer, environmental, and civil rights advocacy and litigation.

**Laura Antonini** is a staff attorney who has worked on civil litigation and regulatory matters in all of Consumer Watchdog's focus areas.  She previously volunteered as an intern for Consumer Watchdog during her undergraduate education in 2004, helping organize the Rx Express, a campaign calling attention to the high cost of prescription drugs for senior citizens.  She decided to return to Consumer Watchdog as a volunteer attorney in early 2011, and then joined the team full time in Spring 2011.

During law school, Antonini conducted legal and scientific research on several projects, including the development of carbon dioxide quantification software for businesses and municipalities, and water quality and environmental compliance assessments of the Golden Gate National Recreation Area and Point Reyes National Seashore.  Prior to joining Consumer Watchdog, Antonini tutored and mentored law school students and recent law school graduates for the California Bar Exam, and also co-authored a "How To" book for law students, focused on legal writing.

Antonini received a B.S. in Environmental Biology and Management from University of California, Davis, and a J.D. from Pace University School of Law, with a specialization in Environmental Law. She was admitted to the California Bar in 2010.