HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel:  (310) 392-0522 / Fax: (310) 392-8874

*Attorneys for the Krauth and Hasper, et al. Plaintiffs*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**DECLARATION OF LAURA ANTONINI IN SUPPORT OF *KRAUTH/HASPER* PLAINTIFFS' RESPONSE TO SETTLING PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:       June 26, 2014<br>Time:       9:00 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom:  10 |

1.	I am a staff attorney with Consumer Watchdog, a non-profit organization. I and other Consumer Watchdog attorneys represent Plaintiffs Gunther Krauth, Linda Hasper, Kelly Moffett, Evan Grogan, Carlos Medina, Alberto Dominguez, Catherine Bernard, Michael Breien, Laura Gill, Thomas Schille, Judith Stanton, Randy Rickert, and Bryan Zirkel in this matter.  I have personal knowledge of the facts stated herein and if called upon to do so I could and would testify competently thereto.

2.	I submit this declaration in support of *Krauth/Hasper* Plaintiffs' Response to Settling Parties' Supplemental Brief, filed concurrently with this declaration.

3.	Attached hereto as Exhibit A is a true and correct copy of excerpts of a transcript of the June 26, 2014 hearing on Settling Plaintiffs' Motion for Certification of Settlement Class and Motion for Preliminary Approval of Class Settlement.

4.	On July 13, 2014, Liaison Counsel Eric Gibbs sent me a link to the online claim form website via email. Mr. Gibbs provided me with information for five hypothetical Hyundai Class Members in order to test the online claims website. However, the hypothetical data he provided only represented a subset of consumers in the Class: those who have obtained payments through the Voluntary Program.  On July 15, 2014, I emailed Mr. Gibbs requesting examples of how an online claim would look for a Class Member who has not participated in the Voluntary Program. On July 17, Mr. Gibbs forwarded a second set of seven hypothetical Hyundai Class Members to me, two of which were Class Members who have not participated in the Voluntary Program.

5.	Hours before the *Krauth/Hasper* Plaintiffs were to file their Response to Settling Parties' Supplemental Brief, Mr. Gibbs forwarded to me email correspondence between Settling Plaintiffs' counsel and Defense counsel

DECLARATION OF LAURA ANTONINI IN SUPPORT OF KRAUTH/HASPER PLAINTIFFS' RESPONSE TO SETTLING PARTIES' SUPPLEMENTAL BRIEF; Case No. 2:13-ml-02424-GW-FFM

1

1  discussing issues with the online claim form website. Attached hereto as Exhibit B
2  is a true and correct copy of that email chain.
3      I declare under penalty of perjury under the laws of the United States that
4  the foregoing is true and correct.  Executed this 18th day of July, 2014, at Santa
5  Monica, California.

By: _____
    Laura Antonini

DECLARATION OF LAURA ANTONINI IN SUPPORT OF KRAUTH/HASPER PLAINTIFFS'
RESPONSE TO SETTLING PARTIES' SUPPLEMENTAL BRIEF; Case No. 2:13-ml-02424-GW-FFM

2