**EXHIBIT B**

| | |
|---:|:---|
| From: | **Eric Gibbs** EHG@girardgibbs.com |
| Subject: | FW: MPG MDL: Response to Comments Regarding Settlement Website |
| Date: | July 18, 2014 at 10:58 AM |
| To: | Harvey Rosenfield, Consumer Watchdog (harvey@consumerwatchdog.org)  harvey@consumerwatchdog.org, laura@consumerwatchdog.org, lewisadler@verizon.net |
| Cc: | Scott M. Grzenczyk  smg@girardgibbs.com |

fyi

Eric H. Gibbs
GIRARD GIBBS llp
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
EHG@girardgibbs.com
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (415) 981-4800. Thank you.


-----Original Message-----
From: Kidney, Michael L. [mailto:michael.kidney@hoganlovells.com]
Sent: Friday, July 18, 2014 10:56 AM
To: Eric Gibbs
Cc: Scott M. Grzenczyk
Subject: FW: MPG MDL: Response to Comments Regarding Settlement Website

Hi Eric/Scott, feel free to forward the e-mail below to the objectors so that they are kept updated.
Thanks.  Michael

-----Original Message-----
From: Kidney, Michael L.
Sent: Friday, July 18, 2014 12:22 PM
To: John DeStefano
Cc: Shon Morgan (shonmorgan@quinnemanuel.com); josephashby@quinnemanuel.com; Jeffers, Benjamin (BJeffers@dykema.com); Eric Gibbs; Robert Carey; Scott Grzenczyk
Subject: RE: MPG MDL: Response to Comments Regarding Settlement Website

Hi John,

I wanted to let you know that we have already addressed the following numbered comments below:
2, 4, 7, 8, 9, 10 and 11.  If you log back on the website, you should see that all these comments have been addressed.  (With respect to comment 2, if an invalid address is corrected, the error message will disappear once the page is refreshed.)  In addition, we are in the process of addressing the issue identified in comment 5, but this glitch will take at least a couple more days to fix.

Please let me know if you have additional questions or want to discuss any of these issues further.

Thanks,

Michael

Michael Kidney
Partner
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: +1 202 637 5600
Direct: +1 202 637 5883
Fax: +1 202 637 5910
Email: michael.kidney@hoganlovells.com

www.hoganlovells.com

Please consider the environment before printing this e-mail.

-----Original Message-----
From: John DeStefano [mailto:johnd@hbsslaw.com]
Sent: Monday, July 14, 2014 2:06 PM
To: Eric Gibbs; Kidney, Michael L.; Robert Carey; Scott Grzenczyk
Cc: Shon Morgan (shonmorgan@quinnemanuel.com); josephashby@quinnemanuel.com; Jeffers, Benjamin (BJeffers@dykema.com)
Subject: RE: MPG MDL: Revised Long Form Class Notice

Hi Michael,
Thanks for providing the website and password for review.  Based upon our tests with a few different sample VINs, here are some initial comments.

1) The front-page is not very inviting or user-friendly.  It should specify in a prominent way that the settlement website provides a fast and convenient way for class members to submit a claim for settlement benefits.  Info regarding the date of settlement approval might be put to the side, and upcoming deadlines should be highlighted.

2) When we put in an invalid updated address, we got a warning message.  When we changed it to a valid address that we knew, the message did not go away.  We had to de-select "update address" and re-select it to get rid of the message.

3)  Owners updating their address should be warned that they will need to submit proof of their current address such as utility bill, and to follow the instructions on the confirmation page to complete their claim.

4)  The current owner/former owner definitions only appear once the options are selected, but the definitions are necessary for the class members to categorize themselves.  The definitions should be visible at all times, and for clarity and emphasis we should insert "(as of December 23, 2013)" after both Current Owner and Former Owner.

5)  When we select the option for former owners and input mileage/date of sale, there is no further information about the compensation amount or the availability of alternative compensation.

6)  Former owners should be warned that they will be required to submit additional proof of mileage at the time of purchase/sale, and to follow the instructions on the confirmation page to complete their claim.

6)  When we select the option for former owners and input mileage/date of sale for a 4x40 vehicle, with a date of sale of November 12, 2013 (in the timeframe provided by the Addendum), there is no information about the additional 4x40 bump nor any option to elect alternative compensation.

7) For current owners, the lump-sum amount and alternative compensation options must be visible when the class member is selecting between lump sum and reimbursement.  Right now the page says "scroll below for available payment options and amounts," but the class member actually has to select the lump-sum option before the amounts appear.

8) The estimated reimbursement calculator contains some unclear language, "Payments will be sent no earlier than [TBD]" etc.  The claim form can inform consumers of the timing of payment but this seems like an odd place to do so.  We would suggest adding language on the calculator screen stating that reimbursement program benefits correspond to actual miles driven, and class members can claim their reimbursement program benefits by visiting their Hyundai dealership over the lifetime of their vehicle.

9) We would suggest adding language to the form in the lump-sum benefits chart just to clarify the alternative compensation terms.  I.e., for the dealer service card, add "May be used toward parts and service at authorized Hyundai service centers for a period of two years."  And for the new car rebate, "May be used toward the purchase of a new or used Hyundai vehicle at authorized Hyundai dealerships for a period of three years."

10) The same language should be added to the 4x40 alternative compensation table (for current owners participating in the reimbursement program).

11) Could be mistaken but it doesn't look like there are any used vehicle owners to test in the spreadsheet.

Just let us know if you'd like to discuss any of these proposed revisions-- John


John DeStefano | Hagens Berman Sobol Shapiro LLP | Direct: (602) 224-2628

About Hogan Lovells
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed. It may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.