LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR Kathleen Wilson

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: HYUNDIA AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM |
| Kathleen Wilson, individually and on behalf of others similarly situated<br><br>vs.<br><br>Kia Motors America, Inc. and John Doe(s) 1-100 | Case No. 2:13-cv-01625-GW-FFM |

The Plaintiff, Kathleen Wilson, through her counsel joins in the **RESPONSE TO SETTLING PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** filed by the *KRAUTH/HASPER* PLAINTIFFS for the reasons stated in their brief.


_/s/ Lewis G. Adler, Esquire_____
Lewis G. Adler, Esquire
Attorney for Plaintiff Kathleen Wilson

1