# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. MDL 13-2424-GW(FFMx) <br><br> **ORDER GRANTING *KRAUTH/HASPER* PLAINTIFFS' APPLICATION TO EXTEND BRIEFING DEADLINE** <br><br> Hearing Date: March 19, 2015 |

[PROPOSED] ORDER GRANTING *KRAUTH/HASPER* PLAINTIFFS' APPLICATION TO EXTEND BRIEFING DEADLINE

The Court, having fully considered the *Krauth/Hasper* Plaintiffs' Application to Extend Briefing Deadline, and good cause appearing, grants the application and enters the schedule proposed by the *Krauth/Hasper* Plaintiffs.

**IT IS HEREBY ORDERED** that the parties shall adhere to the following date:

- March 5, 2015: *Krauth/Hasper* Plaintiffs' Reply in Support of *Krauth/Hasper* Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses and Compensation to Named Plaintiffs.

**IT IS SO ORDERED**

DATED: February 17, 2015

_____
GEORGE H. WU, U.S. District Judge