QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Joseph R. Ashby (Bar No. 248579)
  josephashby@quinnemanuel.com
  John Lee (Bar No. 272229)
  johnlee@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE:  HYUNDAI AND KIA FUEL ECONOMY LITIGATION | CASE NO. 2:13-ML-02424-GW-FFM<br><br>**SUR-REPLY DECLARATION OF JOSEPH R. ASHBY IN OPPOSITION TO THE *KRAUTH/HASPER* PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION OF NAMED PLAINTIFFS**<br><br>Date:  March 19, 2015<br>Time:  8:30 a.m.<br><br>Courtroom:  10<br>Hon. George H. Wu |

## DECLARATION OF JOSEPH R. ASHBY

I, Joseph R. Ashby, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Hyundai Motor America ("HMA"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 21** is a true and correct copy of a July 10, 2014 letter from Harvey Rosenfield, counsel for the *Krauth* and *Hasper* plaintiffs, to Shon Morgan, counsel for Hyundai Motor America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 12, 2015 at Los Angeles, California

*/s/ Joseph R. Ashby*
_____
Joseph R. Ashby