# EXHIBIT 21



July 10, 2014

**VIA EMAIL**

Mr. Shon Morgan
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
shonmorgan@quinnemanuel.com

Mr. Robert Carey
Hagens Berman Sobol Shapiro LLP
1918 Eigth Avenue, Suite3300
Seattle. WA 98101
steve@hbsslaw.com

Mr. Eric Gibbs
Girard Gibbs LLP
601 California Street #1400
San Francisco, CA 94108
ehg@girardgibbs.com

Re: *In re Hyundai and Kia Fuel Economy Litigation* (MDL 2424)

Counsel:

We are informed that the Hagens Berman Sobol Shapiro LLP and McCune Wright LLP firms, representing the Settling Plaintiffs, have scheduled a mediation on July 30 with Defendants Hyundai and Kia for the purpose of negotiating their attorneys' fees, and that a similar mediation will occur on July 31 to settle requests for attorneys fees made by the 52 Non-Settling Plaintiff firms that have now signed on to the proposed settlement. I write to inform you that the Consumer Watchdog team of lawyers, representing the Krauth and Hasper plaintiffs, do not intend to participate in these negotiations.

As you are well aware, at the June 26, 2014 hearing on the Settling Plaintiffs' Motion for Preliminary Approval, the Court requested changes in the notice and claims forms to correct deficiencies that were pointed out by the Consumer Watchdog team in its brief in opposition to the proposed settlement. Our brief is due on July 18, and the Court set a hearing on July 24 to review the proposed changes. Given our ongoing work on these matters and the improvements that still need to be made to the proposed settlement, it is premature to discuss our fees. Indeed, just as we have consistently sought to improve the terms of the settlement since it was first

2701 Ocean Park Blvd., Suite 112   EXPOSE. CONFRONT. CHANGE.   413 E. Capitol St., SE, First Floor
Santa Monica, CA  90405                                         Washington, D.C. 20003
Tel: 310-392-0522 • Fax: 310-392-8874   www.ConsumerWatchdog.org   Tel: 202-629-3064 • Fax: 202-629-3066

**Exhibit 21**
**Page 210**

Mr. Morgan
Mr. Carey
Mr. Gibbs
July 10, 2014
Page 2 of 2

presented to the Court last December, we intend to continue our advocacy of a better deal for the benefit of class members through final approval – and beyond, if necessary.

At the appropriate time, when our work is done, we will apply to the Court for an award of fees for our efforts to protect the interests of the class.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Harvey Rosenfield

Exhibit 21
Page 211