| | |
|---|---|
| 1 | Elaine T. Byszewski (SBN 222304) |
| 2 | *elaine@hbsslaw.com*<br>Hagens Berman Sobol Shapiro LLP |
| 3 | 301 North Lake Avenue, Suite 203<br>Pasadena, CA  91101 |
| 4 | Tel. (213) 330-7150 |
| 5 | Fax (213) 330-7152 |
| 6 | Robert B. Carey |
| 7 | *rob@hbsslaw.com*<br>John M. DeStefano *(pro hac vice pending)* |
| 8 | *johnd@hbsslaw.com*<br>Hagens Berman Sobol Shapiro LLP |
| 9 | 11 West Jefferson Street, Suite 1000<br>Phoenix, AZ  85003 |
| 10 | Tel. (602) 840-5900<br>Fax (602) 840-3012 |
| 11 | |
| 12 | Steve W. Berman<br>*steve@hbsslaw.com* |
| 13 | Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300 |
| 14 | Seattle, WA 98101<br>Tel. (206) 623-7292 |
| 15 | Fax. (206) 623-0594 |
| 16 | *Attorneys for Plaintiff Kaylene P. Brady, et al. and Nicole Marie Hunter, et al.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  HYUNDAI AND KIA FUEL ECONOMY LITIGATION | MDL Case No. 2:13-ml-2424-GW-FFM<br><br>**DECLARATION OF ROBERT B. CAREY IN SUPPORT OF SETTLING PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Date:  June 11, 2015<br>Time:  9:30 am<br>Judge:  Hon. George Wu<br>Courtroom:  10 |

DECLARATION OF ROBERT B. CAREY IN SUPPORT OF SETTLING
PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL

010339-13  771045 V1

I, Robert B. Carey, declare:

1. I am an attorney admitted *pro hac vice* before this Court. I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for plaintiffs Nicole Hunter and Kaylene Brady, Travis Brissey, Ronald Burkard, Adam Cloutier, Steven Craig, John Dixson, Erin Fanthorpe, Eric Hadesh, Michael Keeth, John Kirk MacDonald, Michael Mandahl, Nicholas McDaniel, Mary Moran-Spicuzza, Gary Pincas, Brandon Potter, Thomas Purdy, Rocco Renghini, Michelle Singleton, Ken Smiley, Gregory M. Sonstein, Roman Starno, Gayle Stephenson, Andres Villicana, and Richard Williams (the Hunter and Brady Plaintiffs).

2. Steve W. Berman (the Managing Partner of Hagens Berman) and I are members of the bar with extensive experience in prosecuting complex litigation, including consumer class actions. We were appointed by the Court as settlement class counsel ("Class Counsel") in this matter on August 29, 2014 (Order Granting Preliminary Approval of Class Settlement and Certifying Settlement Class, Dkt. No. 319 at 2).

3. I am submitting this declaration in support of Settling Plaintiffs' Motion for Final Approval of Class Settlement. I have personal knowledge of the matters in this declaration and if necessary could testify thereto.

4. A true and correct copy of the March 27, 2015 Supplemental Expert Report of Dwight J. Duncan on the Valuation of Kia Lump-Sum Settlement Benefits is attached to this Declaration as Exhibit A.

5. A true and correct copy of the March 27, 2015 Supplemental Expert Report of Dwight J. Duncan on the Valuation of Hyundai Lump-Sum Settlement Benefits is attached to this Declaration as Exhibit B.

6. Based on my experience with similar consumer class actions, I continue to believe that settlement of this action is appropriate and in the best interests of current and former Hyundai and Kia vehicle owners and lessees, as they will receive

- 1 -

substantial benefits and avoid the risks, uncertainty, and delay that is inherent in any litigation. I also believe that the terms of the proposed Settlement are fair, adequate, and reasonable. I base these conclusions on what I have learned regarding the strengths and weaknesses of the parties' respective claims, defenses, and evidence in the course of this action, as well as the facts and analysis regarding the Settlement which are already in the record.

7. I also believe that the robust claims rate in this settlement shows that it delivers fair, adequate, and reasonable compensation to class members. Considered in tandem with the rate of participation in Defendants' Lifetime Reimbursement Program and the ability of class members to register for the Lifetime Reimbursement Program through the end of the claims period, the claims rate reflects a substantial economic benefit to the class. The Settlement will ensure that well over half the class will receive appropriate compensation for the fuel economy-related issues raised in this lawsuit.

8. I believe that the Supplemental Expert Reports of Dwight Duncan submitted herewith further confirm that the settlement is fair, reasonable, and adequate. As compared to the Lifetime Reimbursement Program as it stood before the settlement was negotiated, the Settlement results in a substantial incremental economic benefit to class members. Mr. Duncan estimates the value of this benefit at over $90 million.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of March, 2015, at Phoenix, Arizona.

_____
Robert B. Carey

010339-13 771045 V1

## CERTIFICATE OF SERVICE

I, Robert B. Carey, hereby certify that on March 30, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Courts at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Robert B. Carey

- 3 -

010339-13 771045 V1