RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
ELAINE S. KUSEL (*Pro Hac Vice*)
esk@mccunewright.com
JAE (EDDIE) K. KIM, State Bar No. 236805
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs in *Espinosa, et al. v. Hyundai Motor America, et al.*
[Plaintiffs Lillian E. Levoff and Thomas Ganim]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | MDL Case No. 2:13-ml-2424-GW-(FFMx) <br><br> **DECLARATION OF RICHARD D. MCCUNE IN SUPPORT OF SETTLING PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL** <br><br> Date: June 11, 2015 <br> Time: 9:30 a.m. <br> Judge: Hon. George Wu <br> Courtroom: 10 |

I, Richard D. McCune, declare:

1. I am a partner at the law firm of McCune Wright LLP, counsel of record for Thomas Ganim and Lillian Levoff, (the "*Espinosa* Plaintiffs"). My firm was appointed by the Court as settlement class counsel ("Class Counsel") in this matter on August 29, 2014 (Order Granting Preliminary Approval of Class Settlement and Certifying Settlement Class, Dkt 319 at 2).

2. I am submitting this declaration in support of Settling Plaintiffs' Motion for Final Approval of Class Settlement. I have personal knowledge of the matters in this declaration and if necessary could testify thereto.

3. I am the senior partner of McCune Wright LLP ("McCune Wright"). My firm represents plaintiffs in consumer fraud class actions, product liability and other complex class action litigations in California and across the United States. I obtained my J.D. from the University of Southern California in June of 1987 and became a member of the California Bar in November of 1987. I have more than twenty-five years of litigation experience. Over the last decade, I have focused my practice on representing consumers in class action litigation. Prior to that, I represented plaintiffs in a variety of product liability actions, including many against major vehicle manufacturers.

4. I have been appointed class counsel in numerous state and federal class actions. In particular, in 2010, I served as class counsel, and co-trial counsel in a consumer fraud class action against Wells Fargo Bank, N.A., on behalf of over one million customers, in a case resulting in a $203 million dollar trial verdict. In 2011, my firm and I served as trial class counsel in a consumer class action trial that resulted in a Plaintiffs' verdict on behalf of a class of California Correct Craft, Inc., boat owners. My firm and I have been appointed class counsel in certified class actions in a number of other

- 1 -

consumer fraud class actions, including cases against Gateway Computers, Kaiser Steel Retirees Benefits Trust, Bank of America, N.A., Hewlett-Packard, American Honda Motor Co., Mazda Motors of America, Inc., and JP Morgan Chase Bank, N.A.

5. My firm's attorneys have extensive experience in litigation against most of the major vehicle manufacturers including Ford Motor Company, General Motors, Hyundai, Mazda, Toyota, Chrysler, Honda, and Nissan. This experience includes litigating to conclusion a jury trial against Ford Motor Company.

6. My firm has significant experience in MDL consumer class actions against vehicle manufacturers in a variety of contexts. McCune Wright filed the first consumer class action case against Toyota arising from unintended sudden acceleration. I was appointed by Judge James V. Selna to the Plaintiffs Personal Injury and Wrongful Death Committee *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*. In addition, I was also appointed to the Plaintiffs' Executive Committee *In re: Ford Fusion and C-Max Fuel Economy Litigation* by Judge Kenneth M. Karas.

7. Based on my experience with similar consumer class actions, I continue to believe that settlement of this action is appropriate and in the best interests of current and former Hyundai and Kia vehicle owners and lessees, as they will receive substantial benefits and avoid the risks, uncertainty, and delay that is inherent in any litigation. I also believe that the terms of the proposed Settlement are fair, adequate, and reasonable. I base these conclusions on what I have learned regarding the strengths and weaknesses of the parties' respective claims, defenses, and evidence in the course of this

action, as well as the the facts and analysis regarding the Settlement which are already in the record.

8. I also believe that the robust claims rate in this settlement shows that it delivers fair, adequate, and reasonable compensation to class members. Considered in tandem with the rate of participation in Defendants' Lifetime Reimbursement Program and the ability of class members to register for the Lifetime Reimbursement Program through the end of the claims period, the claims rate reflects a substantial economic benefit to the class. The Settlement will ensure that well over half the class will receive appropriate compensation for the fuel economy-related issues raised in this lawsuit.

9. I believe that the Supplemental Expert Reports of Dwight Duncan submitted herewith further confirm that the settlement is fair, reasonable, and adequate. As compared to the Lifetime Reimbursement Program as it stood before the settlement was negotiated, the Settlement results in a substantial incremental economic benefit to class members. Mr. Duncan estimates the value of this benefit at over $90 million.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed this 30th day of March, 2015, at Redlands, California.

Richard D. McCune

## CERTIFICATE OF SERVICE

I, Robert B. Carey, hereby certify that on March 30, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Courts at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record.

           /s/ Robert B. Carey