QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Joseph R. Ashby (Bar No. 248579)
  josephashby@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendants Hyundai Motor
America and Hyundai Motor Company

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE; HYUNDAI AND KIA FUEL ECONOMY LITIGATION | CASE NO. 2:13-ML-02424 |
| | **DECLARATION OF SANDY ZIELOMSKI IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| | Date:  June 11, 2015<br>Time:  9:30 a.m. |
| | Courtroom: 10<br>Hon. George H. Wu |

## DECLARATION OF SANDY ZIELOMSKI

I, Sandy Zielomski, declare as follows:

1.      I am the Senior Group Manager for Customer Connect at Hyundai Motor America ("HMA").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I have worked at HMA for more than 30 years and am familiar with the company, its corporate structure, and its internal administration.  From 2004 to 2008, I was the manager of dealer advertising at HMA.  From 2008 to 2010, I was the manager of parts sales at HMA.  From 2010 to April 2012, I was a Senior Manager for Service Business Development at HMA.  I have been in my current position of Senior Group Manager for Customer Connect at HMA since April 2012.  In this role, I manage all of HMA's call centers and customer-focused special programs, as well as lemon law and buyback processing.  As part of my responsibilities and experience at HMA, I am familiar with the information that HMA receives and does not receive about who has purchased or leased Hyundai vehicles.  I am also generally familiar with HMA's correspondence with Hyundai customers concerning the settlement in this litigation, as well as the data HMA receives concerning the response rate of Hyundai class members to the settlement.

3.      Attached as **Exhibit A** is true and correct copy of a report on the response rate of Hyundai class members as of March 26, 2015, which was prepared at my direction and with the assistance of an outside vendor.  The report relies on information received from Liaison Counsel regarding the number of objections to the settlement, and on information from the Hagens Berman firm regarding the number of opt-outs to the settlement.

4.      At my direction and with the assistance of an outside vendor, a short-form mailer concerning the settlement was sent to class members for whom

1   address information was available, and an email notification concerning the

2   settlement was sent to class members for whom email address information was

3   available.  Both a short-form mailer and an email notification were sent to class

4   members for whom both address and email address information were available.   As

5   of March 26, 2015, HMA spent approximately ███████ in connection with sending

6   the short-form mailer to class members.

7

8          I declare under penalty of perjury under the laws of the United States of

9   America that the foregoing is true and correct.

10         Executed March 27, 2015, at Fountain Valley, California.

11

12                   _____

13                   Sandy Zielomski

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28