# EXHIBIT A

*In re Hyundai Fuel Economy Litigation:*
**Confidential Report of Hyundai Class Response**

As of COB 3/26/15

| | Tally | Rel. % | Est. value | Notes |
|---|---|---|---|---|
| **PRIOR TO NOTICE DISPATCH** | | | | |
| VIN population | 560,695 | | | |
| LRP Registrants (COB 11/20/14) | 355,001 | 63.3% | $ ▮ | Actual value loaded onto cards to that date |
| LRP Registrants (COB 12/31/13) | 340,756 | 60.8% | $ ▮ | Actual value loaded onto cards to that date |
| | | | | |
| **FOLLOWING NOTICE DISPATCH** | | | | |
| **Mailings** | | | | |
| Dispatched b. 11/20/14, e. 12/31/14 | 572,278 | | | |
| | | | | |
| **Inbound Contacts** | | | | |
| Website hits | 161,404 | | | |
| In-bound calls received | 71,706 | | | |
| | | | | |
| **Claims** | | | | |
| Post-settlement completed claims (rate) | 84,397 | 14.7% | | |
| New | 21,190 | 25.1% | | |
| Prior-LRP participants | 63,207 | 74.9% | | |
| | | | | |
| Of those New claimants | | | | |
| Lump sum | 18,678 | 88.1% | | |
| LRP | 2,512 | 11.9% | | |
| | | | | |
| Of those previously in LRP | | | | |
| Stay | 20,756 | 32.8% | | |
| Switch to lump sum | 42,451 | 67.2% | | |
| | | | | |
| Of those electing Lump Sum | 61,129 | | | |
| Debit card | 52,028 | 85.1% | $ ▮ | |
| Dealer card | 7,770 | 12.7% | $ ▮ | |
| New car certificate | 1,331 | 2.2% | $ ▮ | |
| | | | | |
| Lump sum claims of Elantra claimants | 35,325 | | $ ▮ | |
| Lump sum claims of Sonata Hybrid claimants | 3,380 | | $ ▮ | |
| Lump sum claims of all "4x40" claimants | 48,532 | | $ ▮ | |
| Lump sum claims of all non-"4x40" claimants | 12,597 | | $ ▮ | |
| | | | | |
| "4x40" claims (by new and prior LRP participants) | 17,364 | | $ ▮ | |
| | | | | |
| Pending claims | 26,865 | | | |
| | | | | |
| Total response claims (rate) | 111,262 | 19.4% | | |
| | | | | |
| **Objections** | 38 | | | Combined H-K tally, per Liaison Counsel |
| | | | | |
| **Opt outs** | 459 | | | Combined H-K tally, per Hagens Berman |