# EXHIBIT A

In re Kia Fuel Economy Litigation:
Confidential Report of Kia Class Response

| As of COB 3/26/2015 | Tally | Rel. % | Est. value | Notes |
|---|---|---|---|---|
| **PRIOR TO NOTICE DISPATCH** | | | | |
| LRP VIN Population | **307,695** | | | |
| LRP Registrants (COB 1/2/2015) | 153,743 | 50.0% | [redacted] | Actual value loaded onto cards to that date |
| LRP Registrants (COB 1/5/2014) | 139,393 | 45.3% | [redacted] | Actual value loaded onto cards to that date |
| **FOLLOWING NOTICE DISPATCH** | | | | |
| **Mailings** | | | | |
| Dispatched b. 1/2/2015, e. 1/5/2015 | 295,789 | | | |
| **Inbound Contacts** | | | | |
| Website hits | 96,577 | | *(total hits; actual logins = 67,899)* | |
| Inbound calls received | 18,404 | | *(inbound calls offered only; does not include outbound calls made in follow-up)* | |
| **Claims** | | | | |
| Post-settlement completed claims (rate) | **55,674** | 18.8% | | |
| New | 23,583 | 42.4% | | |
| Prior-LRP participants | 32,091 | 57.6% | | |
| Of those New claimants | | | | |
| Lump sum | 20,834 | 88.3% | | |
| LRP | 2,749 | 11.7% | | |
| Of those previously in LRP | | | | |
| Stay | 10,611 | 33.1% | | |
| Switch to lump sum | 21,480 | 66.9% | | |
| Of those electing Lump sum | **42,314** | | | |
| Cash card | 37,035 | 87.5% | [redacted] | |
| Dealer card | 4,098 | 9.7% | [redacted] | |
| New car certificate | 1,181 | 2.8% | [redacted] | |
| Pending (incomplete) claims | 14,767 | | | |
| Total response claims (rate) | 70,441 | 23.8% | | |
| **Objections** | 38 | | | Combined H-K tally, per Liaison Counsel |
| **Opt outs** | 459 | | | Combinted H-K tally, per Hagens Berman |