HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

JONATHAN W. CUNEO
jonc@cuneolaw.com
WILLIAM ANDERSON
wanderson@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960 / Fax: (202) 789-1813

STEVE M. CAMPORA (SBN 110909)
scampora@dbbwlaw.com
ROBERT A. BUCCOLA (SBN 112880)
rbuccola@dbbwlaw.com
CRAIG C. SHEFFER (SBN 131243)
csheffer@dbbwlaw.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Tel: (916) 379-3500 / Fax: (916) 379-3599

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for the Krauth and Hasper, et al. Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**NOTICE OF ERRATA RE SUPPLEMENTAL BRIEF IN SUPPORT OF *KRAUTH/HASPER* PLAINTIFFS' MOTION FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (DKT. 459)**<br><br>Date:        May 7, 2015<br>Time:       9:30 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom: 10 |

**NOTICE OF ERRATA RE DKT. 459;** Case No. 2:13-ml-02424-GW-FFM

# NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 9, 2015, the *Krauth/Hasper* Plaintiffs filed a Supplemental Memorandum of Points and Authorities in Support of *Krauth/Hasper* Plaintiffs' Motion for Payment of Attorneys' Fees and Reimbursement of Expenses ("Supplemental Brief") (Dkt. 459), and attorney declarations in support thereof. The filing inadvertently contained incorrect hour and/or lodestar values for four of the 24 litigation event categories set forth in the filing (Research, Drafting and Filing the *Bird* Complaint; MDL Petition; Opposition to Motion for Preliminary Approval; and Response to Settling Parties' Supplemental Brief in Support of Preliminary Approval). These errors also resulted in incorrect overall hour and/or dollar values being listed in the filing. None of the errors change the revised total amount requested ($950,000) by the *Krauth/Hasper* Plaintiffs in their Supplemental Brief. The following incorrect numbers have been corrected in the attached documents:

- The Supplemental Brief (Dkt. 459) was filed with incorrect totals for the hour and/or dollar values listed at pages: 2:16-17, 16:22-23, 16:25, 17:2, 17:10, 17:20-21, and 17:25-26. Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Supplemental Brief, with correct numerical values.

- The Supplemental Declaration of Laura Antonini in Support of *Krauth/Hasper* Plaintiffs' Motion for Payment of Attorneys' Fees and Reimbursement of Expenses ("Supplemental Antonini Declaration") (Dkt. 459-1) was filed with incorrect totals for the hour and/or dollar values listed at paragraphs: 10 (at 3:5-7), 11 (at 3:10, 3:12), 15 (at 5:16-18), 43 (at 16:5-6, 16:10, 16:19), 96 (at 38:6, 38:14), and 99 (at 40:7-8, 40:16). Attached hereto as **Exhibit 2** is a true and correct copy of the Corrected Supplemental Antonini Declaration, with correct numerical values.

1  • The Supplemental Declaration of William Anderson in Support of
2    *Krauth/Hasper* Plaintiffs' Motion for Payment of Attorneys' Fees and
3    Reimbursement of Expenses ("Supplemental Anderson Declaration") (Dkt.
4    459-2) was filed with incorrect totals for the hour and dollar values listed at
5    paragraph 6 (at 3:3).  Attached hereto as **Exhibit 3** is a true and correct copy
6    of the Corrected Supplemental Anderson Declaration, with correct
7    numerical values.

Respectfully submitted,

Dated:  April 20, 2015         **CONSUMER WATCHDOG**

By:  */s/ Laura Antonini*
     Laura Antonini

*Attorneys for Krauth and Hasper, et al.*
*Plaintiffs*

**NOTICE OF ERRATA RE DKT. 459;** Case No. 2:13-ml-02424-GW-FFM                    1