# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                    HONORABLE GEORGE WU

 4            UNITED STATES DISTRICT JUDGE PRESIDING

 5                          - - -

 6
     In Re:                              )
 7   Hyundai and Kia Fuel Economy        )
     Litigation                          )
 8                                       )  NO. MDL 13-2424 GW
                                         )
 9                                       )
     _____)
10

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              LOS ANGELES, CALIFORNIA

15              THURSDAY, APRIL 25, 2013

16

17

18         _____

19            KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
20            312 North Spring Street, #436
              Los Angeles, California 90012
21

22

23

24

25

     UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
```

```
 1  APPEARANCES OF COUNSEL:

 2  William Anderson
    Wesley W. Barnett
 3  Derek Brandt
    Bryan L. Clobes
 4  Justin B. Farar
    Jeffrey S. Goldenberg
 5  Jayne A. Goldstein
    Emily Kirk
 6  Anne Marie Murphy
    John Phillips
 7  Justin Saif
    Mark Tate
 8  R. Martin Weber, Jr.
    Sara D. Avila
 9  Robert Carey
    Eric H. Gibbs
10  Alan M. Mansfield
    Richard D. McCune, Jr.
11  Harvey Rosenfield
    Gillian L. Wade
12  Shon Morgan
    Michael L. Kidney
13  James P. Feeney
    Benjamin W. Jeffers
14  Dean Hansell

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1         Just one point on that. The extra time we are
2 building in is going into the front end primarily for
3 communication from liaison to liaison, liaison to
4 nonsettling plaintiffs' counsel. So to the extent that
5 that is inadequate, we would prefer to know now.
6         THE COURT: That is one of the things I do have
7 down because let me just indicate to the parties I am
8 pretty sure, I thought everybody understood this, but if
9 they don't, let me make it perfectly clear now, the
10 reason why I am constantly having these all these status
11 conferences is unless problems are brought up to my
12 attention early on, I presume there are no problems.
13         I tend to look at the glass as being entirely
14 full. Not half full, but all full. So, therefore,
15 unless people bring some problem to my attention, I
16 presume everything is going along as it should. So,
17 therefore, if people have problems, they should bring it
18 to my attention in these status conferences early on so
19 that I can resolve them so that we don't have some delay
20 three quarters of the way through the process by somebody
21 saying I didn't agree with this stuff to begin with.
22 Well, by that point in time, the train has left the
23 station. So make sure that if you have problems, try to
24 resolve it amongst yourselves first. But, then, if you
25 can't, then bring it to the court's attention, and I will

1  address them as soon as I can.  Yes.
2       MR. ROSENFIELD:  Harvey Rosenfield, Consumer
3  Watchdog.
4            I would like to bring a problem to the court's
5  attention now.
6            I want to ask the court to consider what the
7  discovery so far has not provided.  There is nothing in
8  the material -- let me start by saying I believe that the
9  status conference that I attended that the court asked
10 the defendants and the settling attorneys and their
11 plaintiffs to provide the nonsettling plaintiffs with
12 everything that had been provided to the settling
13 plaintiffs.  And --
14      THE COURT:  I don't recall exactly in that format.
15 Although there was discussion.  I indicated to both sides
16 that the more stuff you produce and less stuff you
17 withhold, the more likely it is that the other
18 plaintiff's counsel may possibly go along with whatever
19 settlement you guys reach because, obviously, to the
20 extent that all the material that a party would like to
21 review before making a determination, as long as all that
22 stuff is produced early on, then that should make the
23 process easier.
24           That being said, I don't know if I actually
25 ordered, you know, the settling plaintiffs and the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  defendants to produce everything that exchanged between
2  them, but, you know, unless there is some reason not to,
3  I could say that probably it should be exchanged, but I
4  didn't order anybody to do anything yet?
5       MR. ROSENFIELD:  Your Honor, assuming that was the
6  intention, nothing that was produced indicates how this
7  mistake that led to incorrect advertising occurred.
8  There is no indication of was it an accident, was it done
9  intentionally to improve Hyundai and Kia's sales.
10      THE COURT:  Let me just stop you.  That type of
11 material, it seems to me, would go toward the
12 confirmatory discovery.  It really isn't toward the
13 settlement stuff because I don't think that either side
14 wants to focus on blame when they are trying to reach a
15 settlement.
16          Now, if, in fact, that factor was not
17 considered at all, then I would say, well, maybe
18 something in that regard should be looked into, but I
19 would view that material to be stuff that wouldn't be in
20 the database as it exists now.  It would be part of the
21 discovery for the confirmatory stage.
22      MR. ROSENFIELD:  That is kind of where I am
23 heading, your Honor, but I want to raise one point.  If
24 you don't have that information as a plaintiff's lawyer,
25 how can you make a determination on what the appropriate

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1  amount of a settlement should be?  And the reason why --
 2        THE COURT:  Let me stop you.  You don't have to
 3  make the argument now.  You may have to make the argument
 4  if they don't produce it in the confirmatory stages, but
 5  one of the reasons that we have a liaison counsel is
 6  supposedly that, you know, if there are nonsettling
 7  plaintiff's counsel who want a particular area to be
 8  looked into, that is not to say that that area is
 9  definitely going to be looked into, but, you know, it is
10  something that if the parties, settling parties don't
11  look into it, I may say, well, that is something that I
12  think is a factor that should be looked into so I want
13  the confirmatory discovery to go into that area.
14        MR. ROSENFIELD:  And so, your Honor --
15        THE COURT:  Let me just stop you.  Which is part
16  of the reason I think they are going to Korea anyway,
17  isn't it?
18        MR. MORGAN:  Correct, your Honor.
19        THE COURT:  So I mean that is part of it.
20        MR. MANSFIELD:  Well, let's take that as an
21  example.  I am here standing at the podium to ask the
22  court to expand the number of people who can engage in
23  this process and participate in the discovery because
24  Korea is a good example.  It is not clear that those --
25  they are calling them interviews.  It is not clear that
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  May 3, 2013

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR