# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HON. GEORGE H. WU, JUDGE PRESIDING

```
In Re:                                 )
    Hyundai and Kia Fuel Economy       ) No. MDL 13-2424-GW(FFMx)
    Litigation                         )
                                       )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Thursday, May 23, 2013; 9:34 A.M.

Scheduling Conference

Wil S. Wilcox, CSR 9178
Official U.S. District Court Reporter
312 North Spring Street, # 432-A
Los Angeles, California 90012
Phone: (213) 290-2849

```
 1  APPEARANCES OF COUNSEL:

 2

 3  FOR PLAINTIFFS                    FOR DEFENDANTS

 4

 5  IN PERSON                         IN PERSON

 6

 7  Laura Antonini                    Shon Morgan

 8  Eric H. Gibbs                     John R. Ashby

 9  Scott Grzenczyk                   Dean Hansell

10  Thomas E. Loeser

11  Richard D. McCune, Jr.

12  Harvey Rosenfield

13

14  BY TELEPHONE                      BY TELEPHONE

15

16  William Anderson                  MICHAEL L. KIDNEY

17  Wesley W. Barnett                 JAMES P. FEENEY

18  Derek Brandt

19  Lee A. Cirsch

20  Bryan L. Clobes

21  Justin B. Farar

22  Jeffrey S. Goldenberg

23  Francis Greene

24  Stewart Keller

25  Emily Kirk
```

```
 1   APPEARANCES OF COUNSEL: (Continued)
 2
 3   FOR PLAINTIFFS
 4
 5   BY TELEPHONE
 6
 7   Tom Morriello
 8   Anne Marie Murphy
 9   Justin Saif
10   Mark Tate
11   Bart Turner
12   Sherri Watts
13   Bryan Wood
14
15
16
17
18
19
20
21
22
23
24
25
```

1      **LOS ANGELES, CA.; THURSDAY, MAY 23, 2013; 9:34 A.M.**

2                              -oOo-

3

4           THE COURT:  On the matter of the Hyundai, Kia Fuel

5   Economy Litigation.  I'm not going to ask the counsel to

6   make appearances because my clerk took the appearances.

7   However, I will ask that if a person speaks, that they

8   identify themselves.

9           And let me ask, Wil, do you need anything more

10  than them just identifying themselves?  Do you want them to

11  identify the parties?

12          THE COURT REPORTER:  No.  That's fine, Your Honor.

13          THE COURT:  All right.  Just identify yourselves

14  each time you speak.

15          We are here on a status/scheduling conference.  I

16  have received and looked at the liaison counsel's latest

17  status report and also there was an additional report from

18  plaintiffs' counsel from the Hagens Berman firm, and also, I

19  read the prior liaison counsel's status report.  Those are

20  Documents 92, 99 and 100.

21          Let me ask.  Is there anyone who has any

22  disagreements with the contents of the liaison counsel's

23  status reports?  In other words, Documents Numbers 92 and

24  99?  Is anybody disagreeing with any of the contents of

25  those reports?

1            Hearing nothing, I presume that nobody has any
2    disagreements.
3            Okay.  Let me ask.  Are there any discovery issues
4    that any party feels that the court needs to respond to at
5    this point in time?  I do recognize that in Document Number
6    99 on Pages 5 and 6, there was a couple of items that were
7    referenced.  I don't know if they rise to the level of being
8    something that is in dispute at this point in time, but I
9    guess liaison counsel I guess noted them for the court.
10           But let me ask.  Is there any party that has some
11   sort of issue vis-a-vis discovery at this stage?
12           MR. ROSENFIELD:  Good morning, Your Honor.
13   Harvey Rosenfield, Consumer Watchdog, for the Carlton Task
14   Force plaintiffs.  I believe Mr. Gibbs has a couple of
15   items, but I just wanted to call to the court's attention
16   something that arose at about 7:00 o'clock last night.
17           We got an e-mail from Mr. Gibbs, the liaison
18   counsel, which we had not really had a chance to confer with
19   him about.  But according to the e-mail, the defendants had
20   conveyed or the settling plaintiffs had conveyed on behalf
21   of the defendants that the discovery request will no longer
22   be treated as Rule 34 formal requests, and that's both
23   irregular and troubling to us because, obviously, we will
24   not be able to know what information has been withheld.
25           THE COURT:  Sorry.  It's not going to be treated

```
 1   under Rule 34, it would be treated like what?
 2           MR. ROSENFIELD:  We don't understand how the
 3   requests are going to be treated if the defendant is not
 4   going to respond as if they were Rule 34 requests and so we
 5   would ask the court to ask the defendants to clarify
 6   precisely what their position is.
 7           THE COURT:  Okay.  Let me ask Mr. Gibbs first and
 8   then I will ask the defense thereafter.
 9           MR. GIBBS:  I want to give the court -- this is
10   Eric Gibbs from the Maharaj plaintiffs and liaison counsel.
11           I will give the court a little context.  The issue
12   arose when I was traveling to the airport.  I agreed that
13   the request ought to be served and reserved everyone's
14   right, every other non-settling plaintiffs' right to object
15   if they needed to.  My view was I wanted to get the
16   discovery out and I don't think this is an important issue,
17   personally.
18           I also have a copy of the request, if the court
19   would like to see the language, but essentially, the
20   requests have been converted from formal Rule 34 requests to
21   requests that say these requests are made as part of the
22   confirmatory discovery process and shall be verified and
23   result in a good faith production consistent with
24   confirmatory discovery process.
25           That language is requested by defendants.
```

```
 1                            --oOo--

 2                           CERTIFICATE

 3

 4

 5        I hereby certify that pursuant to Section 753,

 6   Title 28, United States Code, the foregoing is a true and

 7   correct transcript of the stenographically reported

 8   proceedings held in the above-entitled matter and that the

 9   transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11

12   Date:  May 31, 2013

13

14
                         /s/ WIL S. WILCOX
15                       U.S. COURT REPORTER
                            CSR NO. 9178
16

17

18

19

20

21

22

23

24

25
```

**WIL S. WILCOX, OFFICIAL FEDERAL REPORTER**