# EXHIBIT 6

```
 1                    UNITED STATES OF AMERICA

 2                   UNITED STATES DISTRICT COURT

 3                  CENTRAL DISTRICT OF CALIFORNIA

 4                         CENTRAL DIVISION

 5                             - - -
                       HONORABLE GEORGE H. WU
 6              UNITED STATES DISTRICT JUDGE PRESIDING
                               - - -
 7

 8   IN RE:  HYUNDAI AND KIA         )   MDL 13-2424-GW
     FUEL ECONOMY LITIGATION         )
 9   _____)

10


11


12                    SCHEDULING CONFERENCE

13                   LOS ANGELES, CALIFORNIA

14                       JANUARY 9, 2014

15

16

17

18

19

20

21

22
                      ROSALYN ADAMS, CSR 11794
23                 FEDERAL OFFICIAL COURT REPORTER
                  312 NORTH SPRING STREET, ROOM 410
24                 LOS ANGELES, CALIFORNIA 90012
                          (213) 894-2665
25
```

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFFS:

 3            RICHARD MC CUNE
              ROD CAREY
 4            ERIC GIBBS
              SCOTT GRZENCZYK
 5            HARVEY ROSENFIELD
              WILLIAM ANDERSON
 6            ALAN MANSFIELD
              ROBERT BONSIGNORE
 7

 8    ON BEHALF OF DEFENDANTS:

 9            SHON MORGAN
              JIM FEENEY
10            DEAN HANSELL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   IN THE COURTROOM.)
 2           MR. BONSIGNORE:  I LEFT AT 5:30 A.M. YESTERDAY
 3   MORNING AND THE HYDRAULICS WERE FROZEN, THUS BEGAN MY DAY.  I
 4   ENDED UP BEING PUT ON A DIFFERENT PLANE -- NOT TO BURBANK,
 5   BUT TO L.A., BETWEEN TWO LARGE MEN WHO HAD NOT EATEN VERY
 6   WELL, WITH A SCREAMING BABY TWO SEATS OVER.  I ARRIVED AT THE
 7   NEARBY HOTEL LAST NIGHT AT MIDNIGHT, A LITTLE BIT BEYOND.
 8           THE COURT:  THEY DIDN'T BRING YOUR LUGGAGE IN?
 9           MR. BONSIGNORE:  NO ONE KNOWS WHERE IT IS.  THEY
10   SAID IT WAS IN BURBANK.  I'M A CHAIRMAN.  I ASKED FOR THEM TO
11   FIND IT AND --
12           THE COURT:  WHICH AIRLINE WAS THIS AGAIN?  LET'S
13   HAVE A PLUG.  IS IT DELTA?
14           MR. BONSIGNORE:  THE NEW USA AMERICAN TELECAB
15   MERGER DID THEM WELL.  (LAUGHTER).
16           THE COURT:  ALL RIGHT.  AND FOR THE DEFENSE.
17           MR. MORGAN:  SHON MORGAN FOR THE HYUNDAI
18   DEFENDANTS.
19           MR. FEENEY:  JIM FEENEY FOR THE KIA DEFENDANTS.
20           MR. HANSELL:  DEAN HANSELL FOR THE HYUNDAI
21   DEFENDANTS.
22           THE COURT:  ALL RIGHT.  GOOD MORNING, EVERYBODY.
23           WE'RE HERE FOR A NUMBER OF THINGS.  FIRST OF ALL, I
24   NEED TO INFORM COUNSEL THAT I NEED TO MOVE THE HEARING DATE
25   ON THE MOTION FROM JANUARY 23RD.
```

```
 1                    HAVE I DONE THAT YET?
 2              THE CLERK:  NO, SIR.
 3              THE COURT:  OKAY.  I'M GOING TO HAVE TO DO THAT.
 4              LET ME ASK COUNSEL.  I'M GOING TO BE OUT OF TOWN
 5    BETWEEN THE 20TH AND THE 27TH, AND SO I NEED TO MOVE IT.
 6              LET ME ASK:  WOULD FEBRUARY THE 3RD BE A DOABLE
 7    DATE FOR THE PARTIES?
 8              MR. GIBBS:  YOUR HONOR, THAT'S THE HEARING DATE ON
 9    THE PENDING MOTION FOR CERTIFICATION AND PRELIMINARY
10    APPROVAL.
11              THE COURT:  OKAY.
12              MR. GIBBS:  WHAT WE'VE BEEN DISCUSSING WITH THE
13    COURT IS A TIMELINE THAT WOULD ALLOW THE NON-SETTLING
14    PLAINTIFFS TO FINISH ASSESSING THE SETTLEMENT, FIGURE OUT
15    WHAT THEIR RESPECTIVE POSITIONS ARE, AND, HOPEFULLY, ENGAGE
16    THE SETTLING PARTIES TO THE EXTENT WE CAN AND RESOLVE AS MANY
17    ISSUES AS POSSIBLE, HOPEFULLY, WITHIN THE NEXT TWO OR
18    THREE WEEKS.  SO WHAT I WOULD PREFER TO DO IS TALK ABOUT
19    SETTLING A SCHEDULE TO ALLOW THAT TO HAPPEN SO TO THE EXTENT
20    WE HAVE OBJECTIONS THOSE OBJECTIONS ARE FRAMED AND ARE COMING
21    TO YOUR HONOR IN AN ORGANIZED WAY.
22              THE COURT:  OKAY.  BECAUSE, ACTUALLY, ONE OF THE
23    OTHER THINGS I WANTED TO TALK TO THE PARTIES ABOUT IS THE
24    SECOND THING, OTHER THAN MOVING THE JANUARY 23RD DATE, WAS
25    THAT WHAT I WANTED FROM -- I GUESS IT WOULD PROBABLY COME
```

```
 1    FROM THE LIAISON COUNSEL -- BUT WHAT I WANTED WAS -- AND I DO
 2    UNDERSTAND THAT, OBVIOUSLY, THERE'S GOING TO BE SEPARATE
 3    MOTIONS, ETCETERA, ETCETERA, ETCETERA.  BUT JUST FOR EASE OF
 4    MY REFERENCE, WHAT I WANTED FROM THE LIAISON COUNSEL THAT,
 5    OBVIOUSLY WOULD BE INPUT FROM EVERYBODY, WOULD BE A LIST AS
 6    TO ALL OF THE CURRENT CASES THAT HAVE BEEN INCORPORATED INTO
 7    THIS MDL, AND ALSO TO THE LIAISON COUNSELS' KNOWLEDGE ANY
 8    OTHER CASES THAT HAVE NOT YET BEEN INCORPORATED INTO THIS MDL
 9    BUT MAY BE IN THE PIPELINE OR MAY BE IN SOME EXISTENCE THAT'S
10    KNOWN TO ANYONE IN THIS LITIGATION INSOFAR AS OTHER COURTS
11    ARE CONCERNED.  AND THEN AS TO -- AND I'D LIKE THAT
12    INFORMATION IN TERMS OF THE DATE THAT THE CASE WAS FILED AND
13    WHERE IT WAS ORIGINALLY FILED.  I ALSO WOULD WANT -- AND I
14    GUESS I WOULD LIKE THIS, IF IT'S NOT TOO INCONVENIENT, IN
15    ORDER OF FILING.  SO, FOR EXAMPLE, THE ESPINOSA OR ONE OF
16    THOSE CASES WOULD BE FIRST ON THE LIST.
17              I ALSO WANT THE NAME OF PLAINTIFFS' COUNSEL.
18              ALSO, I WOULD WANT TO KNOW THE CLASS THAT IS BEING
19    SOUGHT FOR THE CASE; FOR EXAMPLE, NATIONWIDE OR JUST WITHIN
20    THE STATE OR ONE OR MORE STATES, ETCETERA, ETCETERA.
21              AND, FINALLY, A LIST OF THE CAUSES OF ACTION.  YOU
22    DON'T NEED TO DESCRIBE THE CAUSES OF ACTION OTHER THAN
23    SAYING, FOR EXAMPLE, IF THERE'S A BREACH OF WARRANTY OR
24    UNFAIR COMPETITION, ETCETERA, ETCETERA; OR FALSE
25    ADVERTISEMENT, OR WHATEVER, JUST A LIST OF THE CAUSES OF
```

1   ACTION AS TO EACH OF THOSE.
2           THEN WHAT I WANT AS TO EACH OF THOSE CASES AS WELL,
3   I WANT TO KNOW WHAT THE POSITION OF THE PLAINTIFFS' COUNSEL
4   IS.  IN OTHER WORDS, ARE PLAINTIFFS IN THAT CASE AGREEING TO
5   THE SETTLEMENT ENTIRELY, OR IS THERE JUST AN AGREEMENT AS TO
6   SOME, BUT NOT ALL, OF THE PROPOSED SETTLEMENT.  AND -- OR IS
7   THERE DISAGREEMENT WITH ALL OF THE SETTLEMENT?  IN OTHER
8   WORDS, TO WHAT EXTENT THE -- THAT PARTICULAR CASE IS ONE THAT
9   WILL HAVE TO SOME LITIGATION OR SOMETHING LIKE THAT IF THERE
10  IS, OTHERWISE, A SETTLEMENT WITH THE OTHER PARTIES.
11          AND I WOULD LIKE TO GET THAT AT SOME POINT IN TIME
12  IN THE NEAR FUTURE.  I DON'T EXPECT IT TOMORROW OR THE DAY
13  AFTER TOMORROW, BUT SOMETIME IN THE NEAR FUTURE.
14          MR. GIBBS:  THE INITIAL THINGS YOUR HONOR IS
15  ASKING -- DATE, WHERE FILED, ORDER OF FILING -- THOSE TYPES
16  OF THINGS I THINK WE COULD PUT TOGETHER GET TO YOU FAIRLY
17  QUICKLY.
18          THE LATTER PART, WHICH IS THE POSITION THAT PEOPLE
19  ARE TAKING, IS WHAT WE'RE WORKING ON NOW.  SO PEOPLE HAVE
20  DIFFERENT VIEWS.  SOME OF THOSE VIEWS MAY BE BASED ON --
21          THE COURT:  WELL, YOU CAN JUST GIVE IT TO ME AT A
22  TIME WHICH -- WHERE THE VIEWS ARE SOMEWHAT CRYSTALIZED,
23  THAT'S WHAT I'M SAYING.  IN OTHER WORDS, I UNDERSTAND THAT
24  THIS -- AND THIS DOCUMENT WON'T BE BINDING ON ANYONE.  IN
25  OTHER WORDS, I WON'T SAY, "OH, YOU AGREED TO AGREE,"

```
 1    SOMETHING LIKE THAT.  I JUST WANT TO KNOW -- IT'S LIKE
 2    TESTING THE WATERS.  I'M JUST CURIOUS.  AND I WANT THAT PRIOR
 3    TO THE MOTIONS TO BE HEARD BECAUSE I WANT TO GET A SENSE OF
 4    WHERE THE PROBLEMS ARE, IF THERE ARE PROBLEMS.
 5            MR. GIBBS:  WHAT IF WE AGREE TO PROVIDE WITH YOU
 6    THAT DOCUMENT WITHIN THREE WEEKS?
 7            THE COURT:  YOU GUYS ARE ALSO GOING TO BE
 8    DISCUSSING CONTINUATION OF SOME OF THESE MOTIONS ANYWAY.  AS
 9    LONG AS IT'S THAT TYPE OF CONTEXT WHERE THE OTHER MOTIONS
10    DATES THAT ARE GOING TO BE CHANGED ANYWAY, THAT'S FINE.
11            MR. GIBBS:  BECAUSE IT SEEMS LIKE IF WHAT WE'RE
12    ABLE TO DO IS PULL THAT DOCUMENT TOGETHER IN THREE WEEKS,
13    THEN WE'LL KNOW AT THAT POINT OR SOMETIME BEFORE THEN WHERE
14    EVERYONE STANDS.
15            THE COURT:  YES.
16            MR. GIBBS:  AND THIS IS WHERE YOU'RE GOING, I
17    PRESUME.  THAT'S GOING TO DRIVE WHAT OUR SCHEDULE IS GOING
18    FORWARD.
19            THE COURT:  TO SOME EXTENT, YES.  I PRESUME THAT
20    EITHER THE SETTLING PLAINTIFFS AND THE DEFENDANT HAVE NO
21    PROBLEM WITH THIS?
22            MR. MORGAN:  NO, YOUR HONOR.
23            THE COURT:  OKAY.  ALL RIGHT.
24            SO LET'S TALK, THEN, ABOUT DATES IN THIS REGARD
25    THEN.  AT THIS POINT IN TIME WHY DON'T I TAKE OFF ALL
```

```
 1                    CERTIFICATE OF REPORTER

 2
     COUNTY OF LOS ANGELES    )
 3                            ) SS.
     STATE OF CALIFORNIA      )
 4

 5

 6   I, ROSALYN ADAMS, OFFICIAL COURT REPORTER, IN AND FOR THE

 7   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

 8   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

 9   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

10   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

11   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

12   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

13   OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16   DATED:  FEBRUARY 28, 2014

17

18        /S/   ROSALYN ADAMS

19   ROSALYN ADAMS, CSR 11794
     OFFICIAL COURT REPORTER
20

21

22

23

24

25
```