HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

JONATHAN W. CUNEO
jonc@cuneolaw.com
WILLIAM ANDERSON
wanderson@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960 / Fax: (202) 789-1813

STEVE M. CAMPORA (SBN 110909)
scampora@dbbwlaw.com
ROBERT A. BUCCOLA (SBN 112880)
rbuccola@dbbwlaw.com
CRAIG C. SHEFFER (SBN 131243)
csheffer@dbbwlaw.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Tel: (916) 379-3500 / Fax: (916) 379-3599

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for the Krauth and Hasper, et al. Plaintiffs*

[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE RE MOTION FOR FINAL APPROVAL**<br><br>Date:        June 11, 2015<br>Time:       9:30 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom: 10 |

On October 23, 2015, the Court entered an order setting the deadline to file oppositions to the motion for final approval in this matter for April 27, 2015, and replies in support of the motion for final approval for May 18, 2015. (Dkt. No. 353).

Counsel for the *Krauth* and *Hasper*, *et. al* Plaintiffs, represented by the Consumer Watchdog Legal Team, and Settling Parties hereby stipulate and respectfully request that the Court grant a seven day extension of time to file any oppositions and replies to the motion for final approval of the settlement.

Accordingly, the parties stipulate to the following schedule:

- May 4, 2015: Oppositions to Motion for Final Approval to be filed.
- May 26, 2015: Replies in Support of Motion for Final Approval to be filed.

A Proposed Order accompanies this stipulation.

IT IS SO STIPULATED.

DATED: April 26, 2015          CONSUMER WATCHDOG

                               By /s/ Laura Antonini
                               Laura Antonini
                               Attorneys for Plaintiffs in the *Krauth* and *Hasper* Actions

DATED: April 26, 2015          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                               By /s/ Shon Morgan
                               Shon Morgan
                               Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company

**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE RE MOTION FOR FINAL APPROVAL;** Case No. 2:13-ml-02424-GW-FFM                                    1

| | | |
|---|---|---|
| 1 | DATED: April 26, 2015 | DYKEMMA GOSSETT PLLC |
| 2 | | |
| 3 | | By  /s/ James P. Feeney |
| | | James P. Feeney |
| 4 | | Attorneys for Defendant Kia Motors America, Inc. |
| 5 | | |
| 6 | DATED: April 26, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | | By  /s/ Robert B. Carey |
| 8 | | Robert B. Carey |
| | | Attorneys for Plaintiffs in the *Brady* and *Hunter* Actions |
| 9 | | |
| 10 | DATED: April 26, 2015 | MCCUNEWRIGHT, LLP |
| 11 | | |
| 12 | | By  /s/ Richard D. McCune |
| | | Richard D. McCune |
| 13 | | Attorneys for Plaintiffs in the *Espinosa* Action |

**C.D. Cal. L. R. 5-4.3.4(a)(2) Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Laura Antonini