HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

JONATHAN W. CUNEO
jonc@cuneolaw.com
WILLIAM ANDERSON
wanderson@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960 / Fax: (202) 789-1813

STEVE M. CAMPORA (SBN 110909)
scampora@dbbwlaw.com
ROBERT A. BUCCOLA (SBN 112880)
rbuccola@dbbwlaw.com
CRAIG C. SHEFFER (SBN 131243)
csheffer@dbbwlaw.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Tel: (916) 379-3500 / Fax: (916) 379-3599

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for the Krauth, Hasper, et al. and Bird Plaintiffs*

[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM |
|---|---|
| | **STIPULATION RE: MOTION FOR ATTORNEYS' FEES AND COSTS** |
| | Date: May 7, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

**STIPULATION RE: MOTION FOR ATTORNEYS' FEES AND COSTS;**
Case No. 2:13-ml-02424-GW-FFM

Counsel for the *Krauth* and *Hasper*, *et. al* Plaintiffs, and Plaintiff/Objector Louis Bird, represented by the Consumer Watchdog Legal Team, and Defendants Hyundai Motor America and Kia Motors America, Inc. hereby stipulate to the following facts:

1. Consumer Watchdog requested an investigation by the Environmental Protection Agency concerning Defendant Hyundai Motor America's vehicle fuel economy in November 2011.

2. Representing Plaintiff Louis Bird, attorneys with Consumer Watchdog and Cuneo, Gilbert & LaDuca, LLP, filed *Bird v. Hyundai Motor America*, Case No. 34-2012-00127249 in Sacramento Superior Court in July 2012, one of three lawsuits that were filed prior to the November 2, 2012 announcement of the voluntary reimbursement program and that related to the fuel economy of certain vehicles marketed by Defendants. That matter was litigated until it was stayed in May 2013.

3. After November 2, 2012, attorneys with Consumer Watchdog; Cotchett, Pitre & McCarthy, LLP; Cuneo Gilbert & LaDuca, LLP; and Dreyer, Babich Buccola, Wood, and Campora, LLP ("the Consumer Watchdog Legal Team") filed *Krauth v. Hyundai Motor America*, Case No. 8:12-cv-01935-GW-FFM (C.D. Cal.), and *Hasper et al. v. Hyundai Motor America et al.*, Case No. 8:13-cv-00220-GW-FFM (C.D. Cal.).

4. The Consumer Watchdog Legal Team petitioned the Judicial Panel on Multidistrict Litigation on November 19, 2012 to centralize all federal cases in the Central District of California.

5. Plaintiffs in *Brady* and *Hunter* announced a settlement with Defendants at the initial hearing in this MDL on February 14, 2013.

6. On behalf of the *Krauth* and *Hasper* Plaintiffs, the Consumer Watchdog Legal Team participated with other plaintiffs' firms in the confirmatory discovery process.

7. On behalf of the *Krauth* and *Hasper* Plaintiffs, the Consumer Watchdog Legal Team sought and obtained improvements or changes in the short form and long form notices, and to the claims process.

8. On behalf of Plaintiff/Objector Louis Bird and the *Krauth* and *Hasper* Plaintiffs, the Consumer Watchdog Legal Team has asked the Court to review the settlement claims rate.

9. At all times throughout the litigation, the *Krauth*, *Hasper* and *Bird* Plaintiffs took and continue to take positions adverse to those taken by Defendants.

10. Subject to court approval, Defendants agree to compensate attorneys for the *Krauth* and *Hasper* Plaintiffs for the work undertaken and the benefits provided with respect to item numbers 6 and 7 above, in the amount of $250,000.

11. Subject to court approval, Defendants agree to reimburse attorneys for the *Krauth, Hasper* and *Bird* Plaintiffs for expenses incurred in the amount of $31,329.97.

12. Defendants understand and agree that the *Krauth*, *Hasper* and *Bird* Plaintiffs may continue to advocate for improvements in the settlement claims rate before the Court until such time as the Court resolves that issue, and may respond to any other issues raised by the Court prior to the conclusion of the proceeding, provided that the *Krauth*, *Hasper* and *Bird* Plaintiffs agree they will not seek any further compensation in this matter or in the *Bird* action for (a) any past or future work representing the *Krauth*, *Hasper* and/or *Bird* Plaintiffs or (b) any other past or future work.

A Proposed Order accompanies this stipulation.

**IT IS SO STIPULATED.**

//

//

| | | |
|---|---|---|
| 1 | DATED: May 5, 2015 | CONSUMER WATCHDOG |
| 2 | | |
| 3 | | By  */s/ Laura Antonini* |
| | | Laura Antonini |
| 4 | | Attorneys for Plaintiffs in the *Krauth*, *Hasper,* and *Bird* Actions |
| 5 | | |
| 6 | DATED: May 5, 2015 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | By  */s/ Shon Morgan* |
| | | Shon Morgan |
| 9 | | Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company |
| 10 | | |
| 11 | DATED: May 5, 2015 | DYKEMMA GOSSETT PLLC |
| 12 | | |
| 13 | | By  */s/ James P. Feeney* |
| | | James P. Feeney |
| 14 | | Attorneys for Defendant Kia Motors America, Inc. |

**C.D. Cal. L. R. 5-4.3.4(a)(2) Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Laura Antonini*

STIPULATION RE: MOTION FOR ATTORNEYS' FEES AND COSTS;
Case No. 2:13-ml-02424-GW-FFM                                                              3