HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

JONATHAN W. CUNEO
jonc@cuneolaw.com
WILLIAM ANDERSON
wanderson@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960 / Fax: (202) 789-1813

STEVE M. CAMPORA (SBN 110909)
scampora@dbbwlaw.com
ROBERT A. BUCCOLA (SBN 112880)
rbuccola@dbbwlaw.com
CRAIG C. SHEFFER (SBN 131243)
csheffer@dbbwlaw.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Tel: (916) 379-3500 / Fax: (916) 379-3599

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for the Krauth, Hasper, et al. and Bird Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM <br><br> **STATEMENT RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS** <br><br> Date: May 7, 2015 <br> Time: 9:30 a.m. <br> Judge: Hon. George H. Wu <br> Courtroom: 10 |

**STATEMENT RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS;**
Case No. 2:13-ml-02424-GW-FFM

On the same day as this filing, the Consumer Watchdog Legal Team filed a Stipulation and [Proposed] Order Re: Motion for Attorneys' Fees and Costs (Dkt. 472). The Stipulation resolves the request for attorneys' fees and costs set forth in the Supplemental Memorandum of Points and Authorities in Support of the *Krauth/Hasper* Plaintiffs' Motion for Payment of Attorneys' Fees and Reimbursement of Expenses ("Supplemental Brief") (Dkts. 459 and 461). The Stipulation does not address the incentive awards for the named Plaintiffs in the *Krauth, Hasper* and *Bird* actions.

As set forth in the Supplemental Brief, the Court has indicated that it will grant the request for incentive awards to the fourteen named Plaintiffs represented by the Consumer Watchdog Legal Team in the *Krauth, Hasper* and *Bird* actions[1] in the amount of $1,250 each. (*See* Dkt. 461-1 at 18:24-28).

Thus, the Consumer Watchdog Legal Team respectfully requests that the Court grant the [Proposed] Order Re: Incentive Awards to Named Plaintiffs filed concurrently herewith.

//

//

---

[1] The Consumer Watchdog Legal Team represents Plaintiff Gunther Krauth in *Krauth v. Hyundai Motor America*, Case No. 8:12-cv-01935-GW-FFM (C.D. Cal.); Plaintiffs Linda Hasper, Kelly Moffett, Evan Grogan, Carlos Medina, Alberto Dominguez, Catherine Bernard, Michael Breien, Laura Gill, Thomas Schille, Judith Stanton, Randy Rickert, and Bryan Zirkel in *Hasper, et al. v. Hyundai Motor America, et al.*, Case No. 8:13-cv-00220-GW-FFM (C.D. Cal.); and Plaintiff Louis Bird in *Bird v. Hyundai Motor America*, Case No. 34-2012-00127249 (Sacramento Superior Court). Mr. Bird has filed an objection in the MDL.

STATEMENT RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS;
Case No. 2:13-ml-02424-GW-FFM

1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 5, 2015 | **CONSUMER WATCHDOG** |
| | By: */s/ Laura Antonini* |
| | Laura Antonini |
| | |
| | Harvey Rosenfield |
| | Pamela Pressley |
| | 2701 Ocean Park Blvd., Suite 112 |
| | Santa Monica, CA 90405 |
| | Tel: (310) 392-0522 |
| | Fax: (310) 392-8874 |
| | |
| | Jonathan W. Cuneo |
| | William H. Anderson |
| | **CUNEO GILBERT & LADUCA, LLP** |
| | 507 C Street, N.E. |
| | Washington, DC 20002 |
| | Tel: (202) 789-3960 |
| | Fax: (202) 789-1813 |
| | |
| | Niall P. McCarthy |
| | Anne Marie Murphy |
| | Eric J. Buescher |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| | 840 Malcolm Road |
| | Burlingame, CA 94010 |
| | Tel: (650) 697-6000 |
| | Fax: (650) 692-3606 |
| | |
| | Craig C. Sheffer |
| | Steve M. Campora |
| | Robert A. Buccola |
| | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP** |
| | 20 Bicentennial Circle |
| | Sacramento, CA 95826 |
| | Tel: (916) 379-3500 |
| | Fax: (916) 379-3599 |
| | |
| | *Attorneys for the Krauth, Hasper, et al., and Bird Plaintiffs* |

**STATEMENT RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS;**
Case No. 2:13-ml-02424-GW-FFM

2