1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. MDL 13-2424-GW(FFMx) **ORDER RE: MOTION FOR ATTORNEYS' FEES AND COSTS** Courtroom: 10 Hon. George H. Wu |
|---|---|

**[PROPOSED] ORDER RE MOTION FOR ATTORNEYS' FEES AND COSTS;**
Case No. 2:13-ml-02424-GW-FFM

Based on the files and records in this matter, including the Stipulation Re: Motion for Attorneys' Fees and Costs entered into by counsel for the *Krauth*, *Hasper* and *Bird* Plaintiffs, represented by the Consumer Watchdog Legal Team, and Defendants Hyundai Motor America and Kia Motors America, Inc.,

**IT IS HEREBY ORDERED** that:

The Consumer Watchdog Legal Team is awarded attorneys' fees and costs in the combined amount of $281,329.97.

**IT IS SO ORDERED**.

DATED: May 7, 2015

_____
George H. Wu
U.S. District Judge