1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. MDL 13-2424-GW(FFMx) <br><br>**ORDER RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS** <br><br> Courtroom:          10 <br><br> Hon. George H. Wu |
|---|---|

**[PROPOSED] ORDER RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS;**
Case No. 2:13-ml-02424-GW-FFM

WHEREAS the incentive awards requested for Plaintiffs Gunther Krauth, Linda Hasper, Kelly Moffett, Evan Grogan, Laura Gill, Carlos Medina, Alberto Dominguez, Catherine Bernard, Michael Breien, Thomas Schille, Judith Stanton, Randy Rickert, Bryan Zirkel and Louis Bird are reasonable and appropriate given their contribution to furthering the interests of the Class;

**IT IS HEREBY ORDERED THAT** Plaintiffs Gunther Krauth, Linda Hasper, Kelly Moffett, Evan Grogan, Laura Gill, Carlos Medina, Alberto Dominguez, Catherine Bernard, Michael Breien, Thomas Schille, Judith Stanton, Randy Rickert, Bryan Zirkel and Louis Bird are awarded incentive payments of $1,250 each.

**IT IS SO ORDERED**.

DATED: May 7, 2015

_____
George H. Wu
U.S. District Judge

[PROPOSED] ORDER RE: INCENTIVE AWARDS TO NAMED PLAINTIFFS;
Case No. 2:13-ml-02424-GW-FFM

1