RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
ELAINE S. KUSEL (*Pro Hac Vice*)
esk@mccunewright.com
JAE (EDDIE) K. KIM, State Bar No. 236805
jkk@mccunewright.com
**MᴄCᴜɴᴇWʀɪɢʜᴛ ʟʟᴘ**
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs in *Espinosa, et al. v. Hyundai Motor America, et al.*
[Plaintiffs, Lillian E. Levoff, Thomas Ganim, and Daniel Baldeschi]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION** | Case No.: MDL 13-2424-GW(FFMx) |
| | **ORDER GRANTING IN PART AND MODIFYING IN PART *ESPINOSA* PLAINTIFFS' COUNSEL McCUNEWRIGHT, LLP'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARD TO REPRESENTATIVE PLAINTIFFS** |
| | Courtroom: 10 |
| | Hon. George H. Wu |

//

//

//

-1-

1  The *Espinosa* Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement

2  of Litigation Expenses, and Service Award to Representative Plaintiffs was heard on

3  March 19, 2015, and after supplemental briefing, again on May 7, 2015.  Based upon the

4  court file, the Court's review of the parties' briefing on the motion, and the oral argument

5  of counsel at the hearing:

6  IT IS HEREBY ORDERED that McCuneWright, LLP's request for an award of

7  attorneys' fees and reimbursement of litigation expenses is granted in part and modified

8  in part.  The Court determines that attorneys' fees should be awarded by a lodestar

9  analysis.  The 3,029.4 hours of work submitted by McCuneWright at the time of the

10  filing of the attorneys' fee motion are reasonable.  The hourly rates of McCuneWright

11  attorneys that vary from $450 to $650 an hour are reasonable.  The lodestar of $1,836,210

12  submitted in support of the request is reasonable and is approved.  The Court further

13  applies a 1.5521 multiplier to the lodestar and orders an attorneys' fee award to

14  McCuneWright of $2,850,000 through the time of filing the attorneys' fee motion.

15  McCuneWright may file a supplemental fee request with the Court for reimbursement of

16  attorneys' fees and litigation costs necessarily and reasonably incurred between the date

17  the attorney fee motion was filed and the conclusion of the case.

18  McCuneWright, LLP, is awarded $93,550.02 in litigation expenses that are

19  reasonable and were necessarily expended in the case.

20  Plaintiff Levoff is awarded $5,000 and Plaintiff Ganim is awarded $5,000 for their

21  respective contribution in representing and furthering the interests of the class.

22

23  **IT IS SO ORDERED**.

24

25  DATED:  June 1, 2015                    _____

26                                          Hon. George H. Wu

27                                          United States District Judge

28

-2-