UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>HYUNDAI AND KIA FUEL ECONOMY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | NO. MDL 13-2424-GW(FFMx)<br><br>**ORDER GRANTING MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

# ORDER

The Court, having fully considered the motions for attorneys' fees and supporting declarations, and good cause appearing, grants the requests for attorneys' fees and costs as follows. The attorneys' fees listed in this unified Order include certain fees awarded in the Court's prior Orders in this matter and do not grant a further fee award. (*E.g.*, Dkt. No. 437; Dkt. No. 475).

**IT IS HEREBY ORDERED** that:

1. Ahdoot & Wolfson, PC is awarded attorneys' fees in the amount of $5,000.00; and

2. Albukerk & Associates is awarded attorneys' fees in the amount of $1,200.00 and costs in the amount of $350.00; and

3. Berger & Montague, P.C. is awarded attorneys' fees in the amount of $26,397.00 and costs in the amount of $2,252.09; and

4. Berman DeValerio and Bell Davis Pitt are awarded attorneys' fees in the amount of $205,000 and costs in the amount of $5,534,34; and

5. Bonsignore PLLC is awarded attorneys' fees in the amount of $162,500.00 and costs in the amount of $2707.35; and

6. Cafferty Clobes Meriwether & Sprengel, LLP is awarded attorneys' fees in the amount of $250,000.00 and costs in the amount of $4,623.56; and

7. Crowley Norman LLP and Payne Mitchell Law Group, LLP, Doyle Lowther LLP, Mauriello Law Firm, APC, and Whatley Kallas, LLP are awarded attorneys' fees in the amount of $346,000.00 and costs in the amount of $3,773.57; and

8. Davis & Norris LLP is awarded attorneys' fees in the amount of $138,305.00 and costs in the amount of $1,768.91; and

9. Edelman, Combs, Latturner & Goodwin, LLC is awarded attorneys' fees in the amount of $7,000.00 and costs in the amount of $507.66; and

10. Finkelstein, Blankinship, Frei-Pearson & Garber LLP is awarded attorneys' fees in the amount of $44,944.77 and costs in the amount of $1,005.11; and

11. Girard Gibbs LLP is awarded attorneys' fees in the amount of $1,257,000.00 and costs in the amount of $66,000.00; and

12. Glancy Binkow & Goldberg LLP is awarded attorneys' fees in the amount of $5,000.00; and

13. Goldenberg Schneider, LPA, and Minnillo & Jenkins, LPA are awarded attorneys' fees in the amount of $97,209.40 and costs in the amount of $3,420.36; and

14. Gustafson Gluek PLLC is awarded attorneys' fees in the amount of $33,884 and costs in the amount of $607.55; and

15. Hagens Berman Sobol Shapiro LLP is awarded attorneys' fees in the amount of $2,700,000.00 and costs in the amount of $250,000.00; and

16. Henretta Law Offices is awarded attorneys' fees in the amount of $4,000.00 and costs in the amount of $593.30; and

17. Hyde & Swigart is awarded attorneys' fees in the amount of $5,000.00; and

18. John P. Nash, Attorney, Inc. is awarded attorneys' fees in the amount of $7,500.00 and costs in the amount of $806.00; and

19. Kaplan Fox & Kilsheimer LLP is awarded attorneys' fees in the amount of $134,930.00 and costs in the amount of $8,318.84; and

20. Kazerouni Law Group, APC is awarded attorneys' fees in the amount of $5,000.00; and

21. Law Offices of Lewis G. Adler and Law Offices of Paul DePetris are awarded attorneys' fees in the amount of $27,494.00 and costs in the amount of $3,204.54; and

22. Law Offices of Todd M. Friedman is awarded attorneys' fees in the amount of $6,000.00 and costs in the amount of $1,000.00; and

23. Milstein Adelman, LLP is awarded attorneys' fees in the amount of $5,500.00 and costs in the amount of $739.00; and

24. MLG Automotive Law, APLC is awarded attorneys' fees in the amount of $2,500.00; and

25. Shepherd, Finkelman, Miller & Shah, LLP and Pomerantz LLP are awarded attorneys' fees in the amount of $65,571.00 and costs in the amount of $3,001.92; and

26. Simmons Hanly Conroy and McCallum, Methvin & Terrell, P.C. are awarded attorneys' fees in the amount of $189,691.00 and costs in the amount of $13,021.33; and

27. Tate Law Group, LLC, Savage & Turner, P.C., and Law Office of Drew McElroy are awarded attorneys' fees in the amount of $40,348.00 and costs in the amount of $3,999.21.

**IT IS FURTHER ORDERED** that:

All fees and awards entered in this matter shall be paid consistent with Section 12.3 of the Amended Settlement Agreement filed on October 23, 2014 (Dkt. No. 354-1).

**IT IS SO ORDERED**

DATED: August 5, 2015

_____
GEORGE H. WU, U.S. District Judge