Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
Scott Grzenczyk (SBN 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
dsh@girardgibbs.com
smg@girardgibbs.com

*Liaison Counsel and Counsel
for Individual and Representative
Plaintiffs Kamneel Maharaj, et al.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. 2:13-ml-02424-GW-FFM<br><br>**LIAISON COUNSEL'S AMENDED REPORT LISTING NON-SETTLING PLAINTIFFS SUPPORTING OR NOT OBJECTING TO THE PROPOSED SETTLEMENT** |
|---|---|

The Court has requested that Liaison Counsel update the report filed on May 30, 2014 (ECF No. 239), that listed the Non-Settling Plaintiffs that have indicated that they support, or do not object to, the settlement. Liaison Counsel has conferred with Non-Settling Plaintiffs that, since that time, have expressed support for the settlement. Those firms and the cases they represent have been added to the chart below.

| Case | Counsel |
|---|---|
| *Gordon v. Hyundai Motor America* | • Pomerantz LLP<br>• Shepherd, Finkelman, Miller & Shah LLP |
| *Sanders v. Hyundai Motor America* | • Minnillo & Jenkins Co., LPA<br>• Goldenberg Schneider LPA |
| *Wilton v. Kia Motors America, Inc.* | • Whatley Kallas LLC<br>• Doyle Lowther LLP |
| *Carullo v. Kia Motors America, Inc.* | • Mauriello Law Firm APC |
| *Washburn v. Kia Motors Corporation* | • Payne Mitchell Law Group, LLP<br>• Crowley Norman LLP |
| *Reeves v. Kia Motors America* | • Growe Eisen Karlen<br>• The Furniss Law Firm LLC |
| *Graewingholt v. Hyundai Motor America* | • John P Nash Law Offices<br>• Finkelstein, Blankinship, Frei-Pearson & Garber, LLP |
| *Kievit v. Hyundai Motor America* | • Chimicles & Tikellis LLP |
| *Maturani v. Hyundai Motor America* | • Davis and Norris LLP |
| *Thomson v. Hyundai Motor America* | • The Paynter Law Firm PLLC<br>• Walter H Sargent PC |
| *Rottner v. Hyundai Motor America* | • Edelman Combs Latturner and Goodwin LLC |
| *Olson v. Hyundai Motor Company* | • Robbins Geller Rudman and Dowd LLP |
| *Simmons v. Kia Motors Corporation* | |

LIAISON COUNSEL'S AMENDED REPORT LISTING NON-SETTLING PLAINTIFFS SUPPORTING OR NOT OBJECTING TO THE SETTLEMENT

| Case | Counsel |
|---|---|
| *Gudgalis v. Hyundai Motor America* <br> *Quiroz v. Kia Motors America, Inc.* <br> *Woodruff v. Kia Motors America, Inc.* <br> *Armstrong v. Kia Motors America* <br> *Hoessler v. Kia Motors America* <br> *Leggett v. Kia Motors Corporation* <br> *Hammond v. Hyundai Motor America* | • Simmons Browder Gianaris Angelides & Barnerd LLC <br> • McCallum Methvin & Terrell PC (*Armstrong* only) |
| *Bayard v. Hyundai Motor America* | • Hyde & Swigart <br> • Kazerouni Law Group APC <br> • Law Offices of Todd M. Friedman PC |
| *Kurash v. Hyundai Motor America* | • Hagens Berman Sobol Shapiro LLP <br> • Berger and Montague PC |
| *Weber, et al. v. Hyundai Motor America* | • Gustafson Gluek PLLC <br> • Tostrud Law Group PC |
| *Young v. Kia Motors America, Inc.* | • Kaplan Fox and Kilsheimer LLP |
| *Maharaj v. Hyundai Motor America* | • Girard Gibbs LLP <br> • Stueve Siegel Hanson LLP |
| *Sutta v. Hyundai Motor America* | • Glancy Binkow and Goldberg LLP <br> • Ahdoot & Wolfson APC |
| *Iocovozzi v. Kia Motors America, Inc.* <br> *Setser v. Kia Motors America, Inc.* <br> *Fellers v. Kia Motors America, Inc.* <br> *Elliott v. Hyundai Motor America, Inc.* <br> *Woodward v. Kia Motors America, Inc.* <br> *Brown v. Kia Motors America, Inc.* <br> *Myers v. Hyundai Motor America, Inc.* <br> *Cestaro v. Hyundai Motor America, Inc.* <br> *Terhost v. Kia Motors America, Inc.* <br> *Martyn v. Hyundai Motor America, Inc.* | • The Cartwright Law Firm Inc <br> • The Tate Law Group <br> • Law Office of Drew McElroy <br> • Savage, Turner, Pinckney & Madison <br> • Bonsignore and Brewer |
| *Bonsignore v. Kia Motors America, Inc.* | • The Cartwright Law Firm Inc <br> • The Tate Law Group <br> • Law Offices of Jae Y. Kim |
| *Dunst v. Hyundai Motor America* | • Berman DeValerio |

| Case | Counsel |
|---|---|
| *Patterson v. Kia Motors America, Inc.* | • Bell, Davis & Pitt PA |
| *Figueroa v. Hyundai Motor America* | • Cafferty Clobes Meriwether & Sprengel<br>• Milstein Adelman, LLP |
| *Rezai v. Hyundai Motor America* | • Albukerk & Associates |
| *Wilson v. Kia Motors America* | • Law Offices of Lewis G. Adler<br>Law Offices of Paul DePetris |

A number of other Non-Settling Plaintiffs have not expressed their opinion with respect to the settlement. These cases are not included in the above list.

DATED: August 18, 2015	Respectfully submitted,

By:  */s/ Eric H. Gibbs*

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
ehg@girardgibbs.com

*Liaison Counsel and Counsel for Individual and Representative Plaintiffs Kamneel Maharaj, et al.*

**CERTIFICATE OF SERVICE**

I, Eric H. Gibbs, hereby certify that on August 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

　　　　　　　　　　　　　　　　　　　　　/s/ *Eric H. Gibbs*
　　　　　　　　　　　　　　　　　　　　　Eric H. Gibbs