Steve W. Berman *(pro hac vice)*
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Tel. (206) 623-7292
Fax. (206) 623-0594

Robert B. Carey *(pro hac vice)*
rob@hbsslaw.com
John M. DeStefano *(pro hac vice)*
johnd@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax (602) 840-3012

*Attorneys for Plaintiffs Kaylene P. Brady, et al. and Nicole Marie Hunter, et al.*

Richard D. McCune (SBN 132124)
rdm@mccunewright.com
Elaine S. Kusel *(pro hac vice)*
esk@mccunewright.com
MCCUNE WRIGHT AREVELO, LLP
3281 E. Guasti Road, Ste. 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs Lillian E. Levoff, Thomas Ganim, Daniel Baldeschi in Espinosa. et al. v. Hyundai. et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | Case No. MDL 13-2424-GW-FFMx<br><br>**ORDER GRANTING JOINT MOTION FOR AN AWARD OF ADDITIONAL ATTORNEYS' FEES**<br><br>Date: November 14, 2019<br>Time: 8:30 a.m.<br>Judge: Hon. George Wu<br>Courtroom: 9D |

010339-13/1160063 V1

[PROPOSED] ORDER GRANTING MOT. FOR AWARD OF ATTYS' FEES

WHEREAS, the *Hunter, Brady* and *Espinosa* Plaintiffs have filed a joint motion for additional attorneys' fees;

WHEREAS, upon review of the joint motion, memorandum in support, the Carey and McCune declarations, and the attached exhibit, the Court finds that the attorneys' fees are reasonable based on a lodestar approach;

WHEREAS, the Court further finds that an award of attorneys' fees and a multiplier of 1.3402 is reasonable given the novelty and complexity of the litigation, the skill and experience of the attorneys, and the results obtained for the Settlement Class;

**IT IS HEREBY ORDERED** that the Hagens Berman Sobol Shapiro LLP and McCuneWright firms are jointly awarded additional attorneys' fees in the amount of $1,389,000.

**IT IS SO ORDERED.**

DATED: November 14, 2019.

*/s/ George H. Wu*
_____
Hon. George H. Wu
United States District Judge